1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Petitioners
7  *Additional counsel listed on following page

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13  ALIA AHMADI, ABDUL GHAFOOR,
    MIAO LING HUANG, YAN WANG, YAN
    YIN, FU ZHONG,
14
                    Plaintiffs-Petitioners,          Case No.
15
          v.
16                                                   **NOTICE OF RELATED CASE**
    MICHAEL CHERTOFF, U.S. Secretary of
17  Homeland Security; ROBERT S. MUELLER
    III, Director of the Federal Bureau of
18  Investigation; ALBERTO GONZALES,
    Attorney General of the United States;
19  EMILIO T. GONZALEZ, Director, U.S.
    Department of Homeland Security, Bureau of
20  Citizenship and Immigration Services; DAVID
    STILL, District Director, U.S. Department of
21  Homeland Security, Bureau of Citizenship and
    Immigration Services, San Francisco District,
22
                    Defendants-Respondents.
23

24

25

26

27

28

                                       1
                              NOTICE OF RELATED CASE

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone: (415) 896-1701
   Facsimile: (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone: (408) 986-9874
16 Facsimile: (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF RELATED CASE

1  Pursuant to Local Rule 3-12(a)(1), Plaintiffs hereby give notice that the instant matter is
2  related to *Zhang, et al. v. Still, et al.*, No. C-07-503-SBA, which was pending before the
3  Honorable Saundra Brown Armstrong until it was dismissed on June 27, 2007.[1] The instant
4  matter and the *Zhang* matter are related within the meaning of Local Rule 3-12(a)(1) because the
5  Plaintiffs in this case were named plaintiffs in *Zhang* until they voluntarily dismissed their claims
6  pursuant to Fed. R. Civ. P. 41(a)(1) by notice filed June 12, 2007.

7  As set forth in their Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1) in
8  No. C-07-503-SBA, Plaintiffs voluntarily dismissed their claims due to a conflict between them
9  and Mr. Zhang. As set forth in the Notice of Voluntary Dismissal, Mr. Zhang wishes to continue
10 as an individual plaintiff in No. C-07-503-SBA, seeking naturalization by the Court pursuant to 8
11 U.S.C. § 1447(b). In contrast, Plaintiffs in the instant matter wish to proceed as putative class
12 representatives and intend to file a motion for class certification. As set forth in the Complaint
13 for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8 U.S.C. §
14 1447(b) filed herewith, Plaintiffs challenge policies, practices and procedures of the Defendants
15 causing systemic delays in the naturalization process. Thus, the instant matter will likely raise
16 facts, legal theories, causes of action and motions that will not be at issue in the *Zhang* matter.

---

[1] All of the plaintiffs in *Zhang*, but for the lead plaintiff, filed a notice of voluntary dismissal of their claims on June 12, 2007. The notice of dismissal specifically stated that only the plaintiffs other than Mr. Zhang wished to dismiss their claims. Although the order signed by the court was limited to the plaintiffs who had filed the notice of voluntary dismissal, the docket entry for the Court's order indicated that the entire case had been closed. The plaintiffs in the instant matter subsequently advised the Court of this error by letter filed June 28, 2007.

| | |
|---|---|
| Dated: July 2, 2007 | Respectfully submitted, |
| | CECILLIA D. WANG<br>LUCAS GUTTENTAG<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111 |
| | JULIA HARUMI MASS<br>ALAN L. SCHLOSSER<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111 |
| | SIN YEN LING<br>JOREN LYONS<br>ASIAN LAW CAUCUS<br>939 Market Street, Suite 201<br>San Francisco, CA 94103<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702 |
| | TODD GALLINGER<br>Of Counsel<br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR) – SAN FRANCISCO BAY AREA<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>Facsimile: (408) 986-9875 |
| | By: _/s/ Cecillia D. Wang_<br>CECILLIA D. WANG |
| | Attorneys for Plaintiffs |

4
NOTICE OF RELATED CASE