# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Alia Ahmadi, et al.

v.

Michael Chertoff, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C 07 3455 WHA

TO: (Name and address of defendant)

Robert S. Mueller III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecillia D. Wang
Senior Staff Attorney
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

an answer to the complaint which is herewith served upon you, within 69 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

(BY) DEPUTY CLERK
ANNA SPRINKLES

DATE July 2, 2007

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE: July 2, 2007 |
| Name of SERVER: Derrick Wortes | TITLE: Litigation Assistant |

Check one box below to indicate appropriate method of service

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Served by Certified Mail upon the Defendant pursuant to Fed. R. Civ. P. 4(i)(2)(A) and Fed. R. Civ. P. 4(i)(1) through: (1) Robert S. Mueller III, Director, Federal Bureau of Investigation, J. Edgar Hoover Building, 935 Pennsylvania Avenue, N.W., Washington, D.C. 20535-0001; and (2) Civil Process Clerk, U.S. Attorney's Office for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102; and (3) Alberto Gonzales, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania Avenue, N.W., Washington D.C. 20530-0001.

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   July 2, 2007
            Date

Signature of Server: *[signed] Derrick Wortes*

39 Drumm Street, San Francisco, CA 94111
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.