CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, MIAO LING HUANG, YAN WANG, FU ZHONG, <br><br>　　　　　Plaintiffs-Petitioners, <br><br>　　　v. <br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District, <br><br>　　　　　Defendants-Respondents. | Case No. 07-CV-3455-WHA <br><br> **PROOF OF SERVICE** |

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

PROOF OF SERVICE
CASE NO. 07-CV-3455-WHA

**PROOF OF SERVICE BY U.S. MAIL**

I, Derrick I. Wortes, hereby declare under penalty of perjury as follows:

1.  I am employed in the office of a member of the bar of this Court at whose direction the following service was made.  I am over the age of eighteen years and am not a party to the within action.

2.  On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for Michael Chertoff; (2) the Complaint for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b); (3) the Notice of Related Case; (4) the Order Setting Initial Case Management Conference and ADR Deadlines; (5) the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup; (6) the Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and (7) the ECF Registration Information Handout, on Michael Chertoff, U.S. Secretary of Homeland Security, via certified U.S. mail at the following address:

> Michael Chertoff
> Secretary of Homeland Security
> U.S. Department of Homeland Security
> Washington, D.C. 20528

3.  On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for Robert S. Mueller III; (2) the Complaint for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b); (3) the Notice of Related Case; (4) the Order Setting Initial Case Management Conference and ADR Deadlines; (5) the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup; (6) the Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and (7) the ECF Registration Information Handout, on Robert S. Mueller III, Director of the Federal Bureau of Investigation, via certified U.S. mail at the following address:

Robert S. Mueller III, Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, N.W.
Washington, D.C. 20535-0001

4.   On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for

Michael Chertoff; (2) the Summons in a Civil Case for Robert S. Mueller III; (3) the

Summons in a Civil Case for Alberto Gonzales; (4) the Summons in a Civil Case for

Emilio T. Gonzalez; (5) the Summons in a Civil Case for David Still; (6) the Complaint

for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8

U.S.C. § 1447(b); (7) the Notice of Related Case; (8) the Order Setting Initial Case

Management Conference and ADR Deadlines; (9) the Supplemental Order to Order

Setting Initial Case Management Conference in Civil Cases Before Judge William

Alsup; (10) the Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and

(11) the ECF Registration Information Handout, on Alberto Gonzales, Attorney General

for the United States, via certified U.S. mail at the following address:

Alberto Gonzales
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

5.   On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for

Emilio T. Gonzalez; (2) the Complaint for Declaratory and Injunctive Relief and

Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b); (3) the Notice of Related

Case; (4) the Order Setting Initial Case Management Conference and ADR Deadlines;

(5) the Supplemental Order to Order Setting Initial Case Management Conference in

Civil Cases Before Judge William Alsup; (6) the Notice of Availability of Magistrate

Judge to Exercise Jurisdiction; and (7) the ECF Registration Information Handout, on

Emilio T. Gonzalez, Director, U.S. Department of Homeland Security, Bureau of

4

Citizenship and Immigration Services, via certified U.S. mail at the following address:

> Emilio T. Gonzalez, Director
> U.S. Citizenship and Immigration Services
> 20 Massachusetts Avenue, N.W.
> Washington, D.C. 20529

6. On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for David Still; (2) the Complaint for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b); (3) the Notice of Related Case; (4) the Order Setting Initial Case Management Conference and ADR Deadlines; (5) the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup; (6) the Notice of Availability of Magistrate Judge to Exercise Jurisdiction; (7) the ECF Registration Information Handout, on David Still, San Francisco District Director of USCIS, via certified U.S. mail at the following address:

> David Still
> District Director
> U.S. Citizenship and Immigration Services
> 630 Sansome Street
> San Francisco, CA 94111

7. On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for Michael Chertoff; (2) the Summons in a Civil Case for Robert S. Mueller III; (3) the Summons in a Civil Case for Alberto Gonzales; (4) the Summons in a Civil Case for Emilio T. Gonzalez; (5) the Summons in a Civil Case for David Still; (6) the Complaint for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b); (7) the Notice of Related Case; (8) the Order Setting Initial Case Management Conference and ADR Deadlines; (9) the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup; (10) the Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and (11) the ECF Registration Information Handout, on the Civil Process Clerk for the

United Attorney's Office for the Northern District of California, via certified U.S. mail at the following address:

> Civil Process Clerk
> United States Attorney's Office for the
>   Northern District of California
> 450 Golden Gate Avenue, 11th Floor
> San Francisco, CA 94102

8.  On July 2, 2007, I served one true copy of: (1) the Summons in a Civil Case for Michael Chertoff; (2) the Summons in a Civil Case for Robert S. Mueller III; (3) the Summons in a Civil Case for Alberto Gonzales; (4) the Summons in a Civil Case for Emilio T. Gonzalez; (5) the Summons in a Civil Case for David Still; (6) the Complaint for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant to 8 U.S.C. § 1447(b); (7) the Notice of Related Case; (8) the Order Setting Initial Case Management Conference and ADR Deadlines; (9) the Supplemental Order to Order Setting Initial Case Management Conference in Civil Cases Before Judge William Alsup; (10) the Notice of Availability of Magistrate Judge to Exercise Jurisdiction; and (11) the ECF Registration Information Handout, on Elizabeth Stevens, Esq. of the United States Department of Justice, Office of Immigration Litigation via regular U.S. mail at the following address:

> Elizabeth Stevens, Esq.
> United States Department of Justice
> Office of Immigration Litigation
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: July 3, 2007                          /s/_____
        San Francisco, California            Derrick I. Wortes