SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
JEFFREY S. ROBINS NYSBN 4355244
Attorney
Office of Immigration Litigation

   P.O. Box 878, Ben Franklin Station
   Washington, D.C. 20044
   Telephone: (202) 616-1246
   FAX: (202) 307-0592

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., | No. 07-CV-3455 WHA |
|     Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
|     Defendants. | |

NOTICE OF APPEARANCE
07-CV-3455-WHA                   1

1  PLEASE TAKE NOTICE that representation of the defendants in the above-entitled
2  proceeding will be by Elizabeth J. Stevens, Senior Litigation Counsel, as co-counsel with Jeffrey
3  S. Robins, Trial Attorney, and Edward A. Olsen, Assistant United States Attorney.
4
5  Dated: July 31, 2007                     Respectfully submitted,
6                                           PETER D. KEISLER
                                            Assistant Attorney General
7
   SCOTT N. SCHOOLS                                /s/
8  United States Attorney                   ELIZABETH J. STEVENS
                                            Senior Litigation Counsel
9
   EDWARD A. OLSEN                          JEFFREY S. ROBINS
10 Assistant United States Attorney         Attorney
                                            Office of Immigration Litigation
11                                          Civil Division
                                            U.S. Department of Justice
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE
07-CV-3455-WHA                              2

**CERTIFICATE OF SERVICE**

Case No. 07-CV-3455-WHA

I hereby certify that on this 31st day of July 2007, one copy of the foregoing ***Notice of Appearance*** was served on counsel for Plaintiffs via the district court ECF system which will send notification of such filing to the following ECF filers:

Julia Harumi Mass
jmass@aclu.org
Alan L. Schlosser
aschlosser@aclu.org
ACLU Foundation of Northern California

Cecillia D. Wang
cwang@aclu.org
Lucas Guttentag
lguttentag@aclu.org
ACLU Immigrants' Rights Project

Christopher Joren Lyons
joren@asianlawcaucus.org
Asian Law Caucus

Edward A. Olsen
edward.Olsen@usdoj.gov
United States Attorney's Office

In addition, I hereby certify that on this 31st day of July 2007, true and correct copies of the NOTICE OF APPEARANCE were served by Federal Express next-day delivery on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations (CAIR)<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

                                                      /s/
                                          ELIZABETH J. STEVENS
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878, Ben Franklin Station
Washington, D.C. 20044