SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
JEFFREY S. ROBINS NYSBN 4355244
Trial Attorney
Office of Immigration Litigation

   P.O. Box 878, Ben Franklin Station
   Washington, D.C.  20044
   Telephone: (202) 616-1246
   FAX: (202) 307-0592

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., | No. 07-CV-3455 WHA |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
| Defendants. | |

NOTICE OF APPEARANCE
07-CV-3455-WHA                          1

1     PLEASE TAKE NOTICE that representation of the defendants in the above-entitled

2  proceeding will be by Jeffrey S. Robins, Trial Attorney as co-counsel with Elizabeth J. Stevens,

3  Senior Litigation Counsel, and Edward A. Olsen, Assistant United States Attorney.

4

5  Dated: July 31, 2007               Respectfully submitted,

6                             PETER D. KEISLER
                                Assistant Attorney General

7

8  SCOTT N. SCHOOLS            ELIZABETH J. STEVENS
  United States Attorney           Senior Litigation Counsel

9

10  EDWARD A. OLSEN                 /s/
  Assistant United States Attorney      JEFFREY S. ROBINS

11                               Trial    Attorney
                               Office of Immigration Litigation

12                               Civil Division
                               U.S. Department of Justice

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Case No. 07-CV-3455-WHA

I hereby certify that on this 31st day of July 2007, one copy of the foregoing ***Notice of Appearance*** was served on counsel for Plaintiffs via the district court ECF system which will send notification of such filing to the following ECF filers:

Julia Harumi Mass
jmass@aclu.org
Alan L. Schlosser
aschlosser@aclu.org
ACLU Foundation of Northern California

Cecillia D. Wang
cwang@aclu.org
Lucas Guttentag
lguttentag@aclu.org
ACLU Immigrants' Rights Project

Christopher Joren Lyons
joren@asianlawcaucus.org
Asian Law Caucus

Edward A. Olsen
edward.Olsen@usdoj.gov
United States Attorney's Office

In addition, I hereby certify that on this 31st day of July 2007, true and correct copies of the NOTICE OF APPEARANCE were served by Federal Express next-day delivery on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling | Todd Gallinger |
| Asian Law Caucus | Council on American-Islamic Relations (CAIR) |
| 939 Market Street, Suite 201 | 3000 Scott Boulevard, Suite 212 |
| San Francisco, CA 94103 | Santa Clara, CA 95054 |

                                    /s/
                          JEFFREY S. ROBINS
                          Trial Attorney
                          Office of Immigration Litigation
                          Civil Division
                          U.S. Department of Justice
                          Post Office Box 878, Ben Franklin Station
                          Washington, D.C.  20044