CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, MIAO LING HUANG, YAN WANG, FU ZHONG,<br><br>            Plaintiffs-Petitioners,<br><br>     v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>            Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG** |

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming


Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On July 2, 2007, plaintiffs Alia Ahmadi, Miao Ling Huang, Yan Wang and Fu Zhong filed the instant action, seeking their naturalization by the Court pursuant to 8 U.S.C. § 1447(b) and declaratory and injunctive relief on behalf of themselves and a proposed class of persons suffering from delays in the naturalization process.

2. Prior to the filing of the complaint on July 2, 2007, but unbeknownst to plaintiffs' counsel, the U.S. Citizenship and Immigration Services agency had adjudicated the naturalization applications of plaintiffs Huang and Zhong, and issued notices of naturalization oath ceremony.

3. Plaintiffs Huang and Zhong took the oath of citizenship on July 24, 2007, and are now U.S. citizens.

4. The claims of plaintiffs Huang and Zhong should therefore be dismissed.

5. Defendants stipulate and agree, in settlement of the claims of plaintiffs Huang and Zhong, that the oaths of naturalization taken by plaintiffs Huang and Zhong are valid and effective.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2007 | Respectfully submitted, |
| 2 | | CECILLIA D. WANG |
| | | LUCAS GUTTENTAG |
| 3 | | AMERICAN CIVIL LIBERTIES UNION |
| | |    FOUNDATION |
| 4 | | IMMIGRANTS' RIGHTS PROJECT |
| | | 39 Drumm Street |
| 5 | | San Francisco, CA 94111 |

1    Dated: August 10, 2007            Respectfully submitted,

2                                          CECILLIA D. WANG
LUCAS GUTTENTAG
3                                          AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
4                                          IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
5                                          San Francisco, CA 94111

6                                          JULIA HARUMI MASS
ALAN L. SCHLOSSER
7                                          AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
8                                              CALIFORNIA
39 Drumm Street
9                                          San Francisco, CA 94111

10                                        SIN YEN LING
JOREN LYONS
11                                        ASIAN LAW CAUCUS
939 Market Street, Suite 201
12                                        San Francisco, CA 94103
Telephone: (415) 896-1701
13                                        Facsimile: (415) 896-1702

14                                        TODD GALLINGER
Of Counsel
15                                        COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS (CAIR) – SAN
16                                        FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
17                                        Santa Clara, CA 95054
Telephone: (408) 986-9874
18                                        Facsimile: (408) 986-9875

19

                             By:    _____/s/_____
20                                                 CECILLIA D. WANG

21                                        Attorneys for Plaintiffs-Petitioners

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG
CASE NO. 07-CV-3455-WHA

Dated: August 10, 2007

SCOTT N. SCHOOLS
United States Attorney
JOANN W. SWANSON
Chief, Civil Division
EDWARD A. OLSEN
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

By: _____/s/_____
    JEFFREY S. ROBINS

Attorneys for Defendants

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the claims of plaintiffs Miao Ling Huang and Fu Zhong are hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1), on the ground that they have taken valid oaths of naturalization and are U.S. citizens.

SO ORDERED.

Dated: August ___, 2007

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 10th day of August 2007, true and correct copies of the STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1    I declare under penalty of perjury under the laws of the State of California that the above

2  is true and correct.

3

4  Dated: August 10, 2007
          San Francisco, California

5

6                                                      _____/s/_____
                                                       CECILLIA D. WANG

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28