1  SCOTT N. SCHOOLS, SC 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102
6        Telephone: (415) 436-6915
         FAX: (415) 436-6927
7
   PETER D. KEISLER
8  United States Department of Justice
   Assistant Attorney General, Civil Division
9  ELIZABETH J. STEVENS VSBN 47445
   Senior Litigation Counsel
10 Office of Immigration Litigation
   JEFFREY S. ROBINS NY SBN 4355244
11 Trial Attorney

12       P.O. Box 878, Ben Franklin Station
         Washington, D.C. 20044
13       Telephone: (202) 616-1246
         FAX: (202) 233-0397
14       Attorneys for Defendants

15
                    UNITED STATES DISTRICT COURT
16
                   NORTHERN DISTRICT OF CALIFORNIA
17
                       SAN FRANCISCO DIVISION
18
   ALIA AHMADI, et al.,                    )   No. C-07-3455-WHA
19                                          )
                 Plaintiffs,                )   **[PROPOSED] ORDER**
20                                          )
          v.                                )
21                                          )
   MICHAEL CHERTOFF, et al.,                )
22                                          )
                                            )
23               Defendants.                )
                                            )
24 ─────────────────────────────────────── )

25       This matter came before the Court on Defendants' Motion to Dismiss the Plaintiff's First

26 Amended Complaint for Declaratory and Injunctive Relief and Petition for Naturalization Pursuant

27 to 8 U.S.C. § 1447(b) for lack of jurisdiction in part, and for failure to state a claim in part; and

28 alternatively, to find that Plaintiffs' claims under 8 U.S.C. § 1447(b) are improperly joined, and to

   remand the individual cases to the USCIS without instructions.

Defendants' Motion to Dismiss - C-07-3455-WHA

1    The Court has carefully considered the pleadings of record and:

2    _____ Grants Defendants' motion to dismiss the action for lack for jurisdiction in

3    part, and for failure to state a claim in part.

4    _____ Grants Defendants' motion, in part, and remands the individual cases to

5    USCIS without instructions.

6    _____ Finds that Plaintiffs' claims under 8 U.S.C. § 1447(b) are improperly joined,

7    and dismisses all Plaintiffs other than A. Ahmadi, and remands Plaintiff

8    Ahmadi's case to USCIS without instructions.

9    IT IS SO ORDERED.

10

Date: _____

11    _____
     HONORABLE WILLIAM H. ALSUP
12    United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendants' Motion to Dismiss - C-07-3455-WHA