SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 233-0397
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., | No. C-07-3455-WHA |
|     Plaintiffs, | **DECLARATION OF** |
| v. | **JEFFREY S. ROBINS** |
| MICHAEL CHERTOFF, et al., | |
|     Defendants. | |

    Pursuant to Local Rule 7-5 and 28 U.S.C. § 1746, I, Jeffrey S. Robins, file this declaration in support of defendants' Motion to Dismiss, and declare as follows:

    1. I am employed as an Trial Attorney for the Department of Justice, Civil Division, Office of Immigration Litigation, and have been assigned *Ahmadi v. Chertoff* Case No. C 07-3455-WHA.

ROBINS DECLARATION - C-07-3455-WHA

As such, I have personal knowledge of the following facts and could testify regarding these facts if called to do so.

2.  Attached as Exhibit 1 is the Declaration of Michael A. Cannon, Section Chief of the National Name Check Program Section ("NNCPS") at the Headquarters of the Federal Bureau of Investigation ("FBI").

3.  Attached as Exhibit 2 is the Declaration of Jonah Hadary, district adjudications officer at the San Francisco District office of U.S. Citizenship and Immigration Services ("USCIS").

4.  Attached as Exhibit 3 is a true and correct copy of an April 26, 2006 Fact Sheet from the Department of Homeland Security, U.S. Citizenship and Immigration Services entitled "Immigration Security Checks—How and Why the Process Works."

5.  Attached as Attachment A is true and correct copy of the decision of the United States Court of Appeals for the Fifth Circuit in *Walji v. Gonzales*, No. 06-20937, slip op. (5th Cir. June 19, 2007) *pending reh'g.*

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed under the laws of the United States on this 31st day of August, 2007, in Washington, D.C..

/S/
JEFFREY S. ROBINS
Trial Attorney
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 878, Ben Franklin Station
Washington, DC 20044
(202) 616-1246
FAX: (202) 233-0397