# ATTACHMENT A