CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District, <br><br> Defendants-Respondents. | Case No. 07-CV-3455-WHA <br><br> **DECLARATION OF HELEN STERLING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge: Hon. William A. Alsup <br> Date: October 11, 2007 <br> Time: 8:00 a.m. |

1
DECLARATION OF HELEN STERLING
07-CV-3455-WHA

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone: (415) 896-1701
   Facsimile: (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone: (408) 986-9874
16 Facsimile: (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF HELEN STERLING
07-CV-3455-WHA

I, Helen Sterling, hereby declare under penalty of perjury as follows:

1. I have been a volunteer case assistant on a part-time basis at the ACLU Immigrants' Rights Project since August 2007. In that capacity, I am responsible for responding to requests for assistance and intake calls regarding delays in naturalization.

2. Since I began my volunteer service with the ACLU in August 2007, I have been in contact with five individuals in the Northern District of California who have suffered prolonged delays in becoming citizens. Based upon information submitted by these individuals, it appears that they are all qualifying lawful permanent residents who have successfully passed their naturalization examinations and appear to meet all statutory requirements for naturalization, but have waited more than 120 days from the time of their naturalization examinations without receiving a decision from Citizenship and Immigration Services ("CIS"). The five individuals with whom I have spoken have waited two to three years for an FBI name check clearance.

3. The individuals whom I have interviewed have attempted in vain to expedite their naturalization process by inquiring with CIS. CIS has informed each of the individuals that their cases are pending due to an FBI name check, and have provided no other information. Some of the individuals have contacted the FBI to inquire, and have either received no response at all, or have been told only that the name check is pending. Frustrated by these responses, some individuals have reached out to local members of Congress for assistance in their naturalization applications. Congressional staff members have reported that CIS provided uninformative responses indicating merely that the FBI name check was pending.

4. Some of the applicants I interviewed are suffering prolonged separation from family members living abroad. These individuals report that as lawful permanent residents, they have been unable to petition for the immigration of their relatives living outside the United States. In one case, the applicant has been unable to petition for his wife to join him, and as a result of his frequent trips to visit her, lost his job.

I hereby declare that the foregoing is true and accurate under penalty of perjury

1 | pursuant to 28 U.S.C. § 1746.

2 | Dated: September 5, 2007
    San Francisco, California

3
4
5                                                         _____/s/_____
                                                          HELEN STERLING
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing DECLARATION OF HELEN STERLING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>*at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>*at lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>*at edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>*at elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>*at jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 31st day of August 2007, true and correct copies of the DECLARATION OF HELEN STERLING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION were served by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.

Dated:  September 5, 2007
        San Francisco, California

_____/s/_____
CECILLIA D. WANG