CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG, <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District, <br><br> Defendants-Respondents. | Case No.  07-CV-3455-WHA <br><br> **DECLARATION OF SIN YEN LING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Judge:   Hon. William A. Alsup <br> Date:    October 11, 2007 <br> Time:    8:00 a.m. |

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14      (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
16 Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SIN YEN LING
07-CV-3455-WHA

I, Sin Yen Ling, hereby declare under penalty of perjury as follows:

1.    I am a staff attorney at the Asian Law Caucus ("ALC").  Founded in 1972, the Asian Law Caucus is the nation's oldest legal and civil rights organization serving low-income, elderly and limited-English speaking Asian and Pacific Islanders living in Northern California.  Ninety percent of clients seeking the services of ALC are immigrants.  In response to the needs of the community, ALC launched the Citizenship Project aimed at providing representation to the elderly and disabled who seek to become United States citizens.  As a result, ALC has represented well over 200 immigrants with mental, physical and developmental disabilities in successfully applying for citizenship.

2.    Since the government's implementation of FBI name checks as a requirement for naturalization, the Asian Law Caucus has received inquiries from at least 230 individuals in the Northern District of California who have suffered prolonged delays in becoming citizens.  All of these long-time lawful permanent residents have successfully passed their naturalization examinations and appear to meet all statutory requirements for naturalization, but have waited more than 120 days from the time of their naturalization examinations without receiving a decision from Citizenship and Immigration Services ("CIS").  Several of these clients have waited as long as four to five years for an FBI name check clearance.

3.    While waiting for CIS to mail them an oath ceremony date, our clients have sought in many ways to contact both CIS and the Federal Bureau of Investigation to inquire into the name check delay.  Clients have made numerous appointments with CIS through CIS's online "Infopass" system, only to be told to wait for a response from their local immigration offices.  Others have written to CIS or called CIS but were again told to wait for a background check clearance.  In desperation, some of our clients have written to the FBI directly or have attempted to file an inquiry under the Freedom of Information Act.  Many of these inquires have led to repetitive, uninformative responses from FBI stating that a background check is pending, and that the applicant should simply wait.  Frustrated by these responses, our clients have reached out to local

1    members of Congress for assistance in their naturalization applications.  Again, these

2    individuals have been given the same repetitive and uninformative responses from

3    congressional staff members.

4        4.    The vast majority of individuals who have contacted ALC about

5    prolonged naturalization delays do not have an effective individual remedy.  Our low-

6    income clients do not have the financial resources to retain private counsel to file

7    individual actions for district court naturalization under 8 U.S.C. § 1447(b).  As a

8    nonprofit organization with limited resources, ALC is not in a position to file hundreds of

9    individual district court actions.  Although most individuals who have contacted ALC

10   have done everything in their power to expedite their applications, though telephone

11   calls, letters, in-person visits to CIS offices, and congressional inquiries, those efforts

12   have been unavailing.  Thus, hundreds of individuals who have contacted ALC find their

13   applications in an indefinite limbo.

14       5.    Many members of the community served by ALC in the Northern District

15   of California are suffering particular harm from prolonged naturalization delays.  For

16   example, many individuals who have contacted ALC about naturalization delays are

17   elderly or disabled persons who are at risk of losing subsistence-level SSI disability

18   benefits, or representatives of such persons.  The government provides certain non-

19   citizens with SSI disability benefits for a limited seven-year period, on the assumption

20   that such recipients will be able to naturalize within that period and then qualify for

21   unlimited benefits as U.S. citizens.  Because of systemic delays in naturalization, many

22   individuals are at risk of losing their benefits, with catastrophic results including eviction,

23   homelessness and the loss of basic daily necessities.  Although CIS has instituted a policy

24   of expediting the naturalization applications of persons at risk of losing SSI disability

25   benefits, CIS requires such persons to contact the government and identify themselves.

26   Because many individuals who would qualify for expedited processing are severely

27   disabled or elderly and suffering from Alzheimer's disease and other forms of dementia,

28   ALC believes that CIS's expediting policy is often ineffective.

6.      Many naturalization applicants suffering from prolonged delays are also suffering the harm of prolonged separation from family members living abroad.  Lawful permanent residents are far more limited than U.S. citizens in their ability to petition for the immigration of immediate relatives.  The population served by ALC is particularly affected by the problem of family separation.  Lawful permanent residents from China, India and the Philippines face particularly long waiting times – in some cases as long as 20 years – for visas for family members who wish to immigrate.  Many such lawful permanent residents who have contacted ALC work in low-income jobs and are often unable to travel to see their family members because of the financial burden of traveling to Asia.  Moreover, family members in Asia are rarely issued tourist visas to the United States.  Thus, many ALC clients are separated from family members for extensive periods of time without even an opportunity for short visits.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: September 5, 2007
San Francisco, California


_____/s/_____
SIN YEN LING

DECLARATION OF SIN YEN LING
07-CV-3455-WHA

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing DECLARATION OF SIN YEN LING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at aschlosser@aclunc.org |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at joren@asianlawcaucus.org |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at lguttentag@aclu.org |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at jmass@aclunc.org |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at edward.olsen@usdoj.gov |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at elizabeth.stevens@usdoj.gov |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at jeffrey.robins@usdoj.gov |

In addition, I hereby certify that on this 5th day of September 2007, true and correct copies of the DECLARATION OF SIN YEN LING IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION were served by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

is true and correct.

Dated:  September 5, 2007
            San Francisco, California

                                        _____/s/_____
                                        CECILLIA D. WANG