1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 ALIA AHMADI, VLADIMIR MIKULICIC,
   IGOR OVCHINNIKOV, BILJANA
   PETROVIC, SERGEI SAPOZHNIKOV,
14 EIMAN TAKY and YAN WANG,
                                                    Case No. 07-CV-3455-WHA
15              Plaintiffs-Petitioners,

16       v.                                         **DECLARATION OF YUMNA DAIMEE
                                                    IN SUPPORT OF PLAINTIFFS' MOTION
17 MICHAEL CHERTOFF, U.S. Secretary of              FOR CLASS CERTIFICATION**
   Homeland Security; ROBERT S. MUELLER
18 III, Director of the Federal Bureau of           Judge:  Hon. William A. Alsup
   Investigation; ALBERTO GONZALES,                 Date:   October 11, 2007
19 Attorney General of the United States;           Time:   8:00 a.m.
   EMILIO T. GONZALEZ, Director, U.S.
20 Department of Homeland Security, Bureau of
   Citizenship and Immigration Services; DAVID
21 STILL, District Director, U.S. Department of
   Homeland Security, Bureau of Citizenship and
22 Immigration Services, San Francisco District,

23              Defendants-Respondents.

24

25

26

27

28

                                     1
                        DECLARATION OF YUMNA DAIMEE
                              07-CV-3455-WHA

1 | Additional counsel:

2 | JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
3 | AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING*
7 | JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702
10 |
*Application for admission pro hac vice forthcoming
11 |

12 | TODD GALLINGER (CSB #238666)
Of Counsel
13 | COUNCIL ON AMERICAN-ISLAMIC RELATIONS
    (CAIR) – SAN FRANCISCO BAY AREA
14 | 3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
15 | Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

I, Yumna Daimee, hereby declare under penalty of perjury as follows:

1. I am the Civil Rights Manager at the Council on American Islamic Relations – Northern California Chapter ("CAIR"). CAIR is a non-profit, grassroots organization dedicated to protecting the civil rights of all Americans, but particularly those who identify as Muslim. A large number of the people we assist are immigrants, and we encourage all who seek our services to apply for citizenship when they are able so that they can more fully participate in American civil society.

2. Since the government's implementation of FBI name checks as a requirement for naturalization, CAIR has received inquiries from at least 71 individuals in the Northern District of California who have suffered prolonged delays in becoming citizens. All of these long-time lawful permanent residents have successfully passed their naturalization examinations and appear to meet all statutory requirements for naturalization, but have waited more than 120 days from the time of their naturalization examinations without receiving a decision from Citizenship and Immigration Services ("CIS").

3. While waiting for CIS to mail them an oath ceremony date, our clients have sought in many ways to contact both CIS and the Federal Bureau of Investigation to inquire into the name check delay. Clients have made numerous appointments with CIS through CIS's online "Infopass" system, only to be told to wait for a response from their local immigration offices. Others have written to CIS or called CIS but were again told to wait for a background check clearance. In desperation, some of our clients have written to the FBI directly or have attempted to file an inquiry under the Freedom of Information Act. Many of these inquires have led to repetitive, uninformative responses from FBI stating that a background check is pending, and that the applicant should simply wait. Frustrated by these responses, our clients have reached out to local members of Congress for assistance in their naturalization applications. Again, these individuals have been given the same repetitive and uninformative responses from congressional staff members.

4. The vast majority of individuals who have contacted CAIR about prolonged naturalization delays do not have an effective individual remedy. Our low-income clients do not have the financial resources to retain private counsel to file individual actions for district court naturalization under 8 U.S.C. § 1447(b). As a nonprofit organization with limited resources, CAIR is not in a position to file hundreds of individual district court actions. Although most individuals who have contacted CAIR have done everything in their power to expedite their applications, through telephone calls, letters, in-person visits to CIS offices, and congressional inquiries, those efforts have been unavailing. Thus, dozens of individuals who have contacted CAIR find their applications in an indefinite limbo.

5. Many naturalization applicants suffering from prolonged delays are also suffering the harm of prolonged separation from family members living abroad. Lawful permanent residents are far more limited than U.S. citizens in their ability to petition for the immigration of immediate relatives. Many such lawful permanent residents who have contacted CAIR work in low-income jobs and are often unable to travel to see their family members because of the financial burden of traveling.

6. I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: September 5, 2007
Santa Clara, California

_____/s/_____
YUMNA DAIMEE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing DECLARATION OF YUMNA DAIMEE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 5th day of September 2007, true and correct copies of the DECLARATION OF YUMNA DAIMEE IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION were served by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

1  is true and correct.

2  Dated: September 5, 2007
           San Francisco, California
3

4                                                      _____/s/_____
                                                       CECILLIA D. WANG