CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No.  07-CV-3455-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Judge:   Hon. William A. Alsup<br>Date:    October 11, 2007<br>Time:    8:00 a.m. |

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
16 Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Having considered the parties' briefing, evidence, and arguments, the Court hereby ORDERS as follows:

It is ORDERED that Plaintiffs' Motion for Class Certification is GRANTED. The Court certifies a class consisting of all persons residing within the jurisdiction of the United States District Court for the Northern District of California who have submitted or will submit applications for naturalization to CIS, and who have met all statutory requirements for naturalization, and whose applications for naturalization are not adjudicated within 120 days of the date of their naturalization examinations because of a pending FBI name check.

It is further ORDERED that Plaintiffs' counsel are appointed as class counsel.

SO ORDERED.

Dated:  September ____, 2007

_____
HON. WILLIAM A. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF<br>at aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF<br>at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF<br>at lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF<br>at jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF<br>at edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF<br>at elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF<br>at jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 5th day of September 2007, true and correct copies of the PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION were served by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: September 5, 2007
       San Francisco, California

_____/s/_____
CECILLIA D. WANG