SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 233-0397
    Attorneys for Defendants

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, et al.,<br><br>    Defendants. | No. C-07-3455-WHA<br><br>**EX PARTE APPLICATION BY DEFENDANTS SEEKING ADDITIONAL TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND [PROPOSED] ORDER** |

    Defendants filed a Motion to Dismiss in the above matter on August 31, 2007, which was noticed for hearing on October 11, 2007 in accordance with the local rules. Plaintiffs subsequently filed a Motion for Class Certification on September 6, 2007, which was also noticed for hearing on

**Ex Parte** Application by Defendants Seeking Additional Time to File Opposition to Class Certification
No. C-07-3455-WHA

October 11, 2007. Because the Court's determination on Defendants' motion will either moot out the issue of class certification in its entirety, or significantly change the nature of the arguments to be considered by the Court for class certification, Defendants respectfully request that their opposition to Plaintiffs' Motion for Class Certification, currently due on September 20, 2007, be extended to 30 days after the Court's determination of their motion to dismiss. Likewise, the hearing date for Plaintiffs' Motion for Class Certification, currently set for October 11, 2007, should also be adjusted accordingly.

Defendants' request is made pursuant to Fed. R. Civ. P. 6(b)(1),[1] in order to allow the case to proceed logically. Defendants believe they have a meritorious substantive motion. Good cause exists for this extension, as otherwise the Court would require briefing and a hearing on Plaintiffs' Motion for Class Certification, a matter which may become moot or significantly modified after consideration of Defendants' motion to dismiss or partial motion to dismiss.

Dated: September 10, 2007

Respectfully submitted,

SCOTT N. SCHOOLS,
United States Attorney
ILA C. DEISS
Assistant United States Attorney

ELIZABETH J. STEVENS
Senior Litigation Counsel

/s/ Jeffrey S. Robins
JEFFREY S. ROBINS
Trial Attorney
U.S. Department of Justice Civil Division
Office of Immigration Litigation

---

[1] Such an order is authorized under Fed. R. Civ. P. 6(b)(1), which provides discretionary authority to enlarge time "with or without motion or notice. . . ." Authority to enlarge time naturally encompasses the power to designate the proper time for response to a motion.

**Ex Parte Application by Defendants Seeking Additional Time to File Opposition to Class Certification**
No. C-07-3455-WHA                    2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL CHERTOFF, et al., ) <br> ) <br> Defendants. ) <br> _____ ) | No. C-07-3455-WHA <br><br> **[PROPOSED] ORDER** |

    Before the Court is Defendants' application for an <u>ex parte</u> order requesting that Defendants' opposition to Plaintiffs' Motion for Class Certification be due 30 days after the Court's determination of Defendants' motion to dismiss or partial motion to dismiss. Good cause having been shown, said application is GRANTED, and Defendants' opposition to Plaintiffs' Motion for Class Certification, currently due on September 20, 2007, shall be due 30 days after the Court's determination of Defendants' motion. Furthermore, the hearing on Plaintiffs' Motion for Class Certification, currently set for October 11, 2007, shall be postponed until another hearing date can be set after Defendants' opposition to Plaintiffs' Motion for Class Certification has been filed.

    IT IS SO ORDERED.

    San Francisco, California, this ____ day of _____, 2007.

_____
Hon. William H. Alsup
United States District Judge

3

**CERTIFICATE OF SERVICE**

Case No. C-07-3455-WHA

I hereby certify that on this 10th day of September 2007, one copy of the foregoing **EX PARTE APPLICATION BY DEFENDANTS SEEKING ADDITIONAL TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND [PROPOSED] ORDER** was served on counsel for Plaintiffs via the district court ECF system which will send notification of such filing to the following ECF filers:

Julia Harumi Mass
jmass@aclu.org
Alan L. Schlosser
aschlosser@aclu.org
Cecillia D. Wang
cwang@aclu.org
ACLU Foundation of Northern California
Lucas Guttentag
lguttentag@aclu.org
ACLU Immigrants' Rights Project
Christopher Joren Lyons
joren@asianlawcaucus.org
Asian Law Caucus
Edward A. Olsen
edward.olsen@usdoj.gov
United States Attorney's Office
Elizabeth J. Stevens
Elizabeth.Stevens@usdoj.gov
Department of Justice, Office of Immigration Litigation

In addition, I hereby certify that on this 10th day of September 2007, true and correct copies of the **EX PARTE APPLICATION BY DEFENDANTS SEEKING ADDITIONAL TIME TO FILE OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION, AND [PROPOSED] ORDER** were served by Federal Express next-day delivery on the following non-ECF filers:

Sin Yen Ling                         Todd Gallinger
Asian Law Caucus                     Council on American-Islamic Relations (CAIR)
939 Market Street, Suite 201         3000 Scott Boulevard, Suite 212
San Francisco, CA 94103              Santa Clara, CA 95054

    /S/
JEFFREY S. ROBINS
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
Post Office Box 878, Ben Franklin Station
Washington, D.C. 20044