IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIA AHMADI; MIAO LING HUANG; YAN WANG, FU ZHONG,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigations; ALBERTO GONZALEZ, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>    Defendants. | No. C 07-03455 WHA<br><br>**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' REQUEST FOR AN EX PARTE ORDER** |

The Court has received defendants' ex parte application for additional time to file an opposition to plaintiffs' motion for class certification. Defendants' opposition will be due no later than **OCTOBER 18, 2007**. Plaintiffs' reply will be due no later than **OCTOBER 25, 2007**. The hearing on plaintiffs' motion for class certification is continued to **THURSDAY, NOVEMBER 8, 2007, AT 8:00 A.M.**

    **IT IS SO ORDERED.**

Dated: September 12, 2007.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE