# EXHIBIT A

**Table 23.**
**PERSONS NATURALIZED BY CORE BASED STATISTICAL AREA (CBSA) OF RESIDENCE: FISCAL YEARS 1997 TO 2006**
(Ranked by 2006 Naturalizations)

| Geographic area | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | 596,010 | 461,169 | 837,418 | 886,026 | 606,259 | 572,646 | 462,435 | 537,151 | 604,280 | 702,589 |
| New York-Northern New Jersey-Long Island, NY-NJ-PA | 121,121 | 61,553 | 104,755 | 158,596 | 118,284 | 114,972 | 82,432 | 89,926 | 108,440 | 132,326 |
| Los Angeles-Long Beach-Santa Ana, CA | 95,523 | 78,957 | 162,700 | 169,126 | 96,852 | 69,497 | 62,559 | 66,737 | 78,183 | 65,813 |
| Miami-Fort Lauderdale-Miami Beach, FL | 25,694 | 26,969 | 49,423 | 44,078 | 33,506 | 31,117 | 23,996 | 28,852 | 24,112 | 63,623 |
| Chicago-Naperville-Joliet, IL-IN-WI | 27,399 | 16,998 | 37,822 | 38,747 | 30,492 | 31,323 | 22,787 | 28,264 | 27,054 | 29,047 |
| Washington-Arlington-Alexandria-Rockville, DC-VA-MD-WV | 7,704 | 14,269 | 19,594 | 15,540 | 9,980 | 18,214 | 16,981 | 19,708 | 22,473 | 26,462 |
| San Francisco-Oakland-Fremont, CA | 26,883 | 23,958 | 28,298 | 32,926 | 32,375 | 22,394 | 23,745 | 22,934 | 25,492 | 24,042 |
| Boston-Cambridge-Quincy, MA-NH | 5,824 | 6,850 | 14,615 | 18,690 | 14,247 | 14,850 | 9,198 | 13,177 | 18,274 | 18,585 |
| Atlanta-Sandy Springs-Marietta, GA | 3,921 | 4,133 | 7,509 | 10,258 | 2,636 | 9,395 | 9,328 | 5,634 | 6,647 | 16,824 |
| San Jose-Sunnyvale-Santa Clara, CA | 9,212 | 8,258 | 20,615 | 22,781 | 16,316 | 15,320 | 10,174 | 15,408 | 15,494 | 14,129 |
| Houston-Sugar Land-Baytown, TX | 18,377 | 9,756 | 18,573 | 23,317 | 22,220 | 16,743 | 10,363 | 12,815 | 13,401 | 13,893 |
| Philadelphia-Camden-Wilmington, PA-NJ-DE-MD | 6,578 | 8,417 | 11,464 | 11,741 | 6,838 | 6,540 | 6,773 | 7,623 | 10,526 | 13,252 |
| San Diego-Carlsbad-San Marcos, CA | 8,874 | 8,554 | 14,608 | 19,511 | 14,239 | 9,666 | 8,757 | 11,183 | 12,265 | 12,681 |
| Dallas-Fort Worth-Arlington, TX | 6,525 | 6,279 | 18,520 | 17,372 | 10,197 | 13,417 | 7,587 | 11,252 | 12,751 | 12,112 |
| Riverside-San Bernardino-Ontario, CA | 10,113 | 8,911 | 20,625 | 19,849 | 10,490 | 7,264 | 9,522 | 8,368 | 13,417 | 11,312 |
| Seattle-Tacoma-Bellevue, WA | 10,446 | 8,403 | 8,469 | 11,476 | 6,949 | 7,144 | 9,059 | 9,586 | 11,318 | 9,407 |
| Orlando-Kissimmee, FL | 1,037 | 1,283 | 6,585 | 7,104 | 4,355 | 3,970 | 1,965 | 2,382 | 5,326 | 9,247 |
| Detroit-Warren-Livonia, MI | 4,097 | 5,224 | 5,482 | 11,046 | 4,440 | 8,331 | 3,709 | 10,811 | 8,271 | 8,724 |
| Minneapolis-St. Paul-Bloomington, MN-WI | 2,872 | 3,722 | 5,799 | 3,826 | 5,060 | 4,825 | 5,447 | 6,764 | 6,379 | 7,916 |
| Phoenix-Mesa-Scottsdale, AZ | 2,470 | 2,250 | 6,011 | 8,432 | 5,823 | 4,007 | 4,768 | 4,239 | 4,460 | 7,007 |
| Las Vegas-Paradise, NV | 5,208 | 2,900 | 2,496 | 703 | 2,753 | 2,945 | 3,188 | 3,905 | 4,833 | 6,986 |
| Sacramento-Arden-Arcade-Roseville-Woodland, CA | 4,074 | 3,061 | 4,719 | 7,273 | 7,089 | 4,932 | 5,906 | 5,916 | 7,560 | 6,428 |
| Tampa-St. Petersburg-Clearwater, FL | 283 | 558 | 3,812 | 7,815 | 4,550 | 4,489 | 3,939 | 4,650 | 4,754 | 5,394 |
| Baltimore-Towson, MD | 995 | 2,742 | 2,869 | 1,371 | 1,471 | 3,580 | 3,946 | 3,454 | 3,391 | 4,311 |
| Honolulu, HI | 3,364 | 3,957 | 3,113 | 3,639 | 2,385 | 2,250 | 1,915 | 1,854 | 4,326 | 4,207 |
| Portland-Vancouver-Beaverton, OR-WA | 1,253 | 1,748 | 4,143 | 3,929 | 3,788 | 3,941 | 4,023 | 3,586 | 4,424 | 4,040 |
| Denver-Aurora, CO | 2,387 | 2,273 | 5,779 | 4,284 | 2,869 | 4,072 | 3,364 | 4,220 | 3,987 | 3,688 |
| Providence-New Bedford-Fall River, RI-MA | 3,494 | 4,121 | 4,865 | 2,159 | 1,939 | 1,632 | 2,456 | 3,024 | 3,746 | 3,390 |
| Charlotte-Gastonia-Concord-Rock Hill, NC-SC | 688 | 971 | 985 | 2,402 | 1,051 | 2,293 | 797 | 1,195 | 1,455 | 3,277 |
| Columbus, OH | 570 | 1,111 | 689 | 1,522 | 1,300 | 837 | 478 | 2,529 | 3,624 | 3,090 |
| Raleigh-Cary, NC | 676 | 576 | 571 | 1,827 | 781 | 1,723 | 699 | 996 | 1,148 | 2,774 |
| Oxnard-Thousand Oaks-Ventura, CA | 3,236 | 2,350 | 5,016 | 4,894 | 3,001 | 2,357 | 1,991 | 2,087 | 3,387 | 2,743 |
| Cleveland-Elyria-Mentor, OH | 1,823 | 2,078 | 2,244 | 1,968 | 537 | 2,580 | 941 | 3,014 | 2,568 | 2,583 |
| Hartford-West Hartford-East Hartford, CT | 3,328 | 2,723 | 3,667 | 1,960 | 1,651 | 1,955 | 1,485 | 1,874 | 2,561 | 2,496 |

| Area | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| Bridgeport-Stamford-Norwalk, CT | 3,283 | 2,955 | 1,968 | 3,360 | 1,933 | 2,491 | 1,527 | 2,291 | 3,320 | 2,441 |
| Jacksonville, FL | 369 | 353 | 1,411 | 1,244 | 1,080 | 644 | 1,079 | 1,860 | 2,491 | 2,278 |
| Virginia Beach-Norfolk-Newport News, VA-NC | 1,509 | 1,468 | 1,291 | 615 | 977 | 1,419 | 1,705 | 1,705 | 2,176 | 2,156 |
| Worcester, MA | 351 | 598 | 1,459 | 1,881 | 1,413 | 1,704 | 986 | 1,494 | 2,128 | 2,151 |
| Austin-Round Rock, TX | 1,537 | 962 | 2,048 | 2,815 | 2,008 | 2,448 | 2,110 | 1,934 | 2,042 | 2,120 |
| Saint Louis, MO-IL | 1,414 | 1,055 | 1,034 | 2,169 | 1,502 | 1,379 | 1,943 | 2,471 | 1,656 | 2,119 |
| Stockton, CA | 1,522 | 1,310 | 2,012 | 2,544 | 2,507 | 1,563 | 1,976 | 1,850 | 2,218 | 2,104 |
| Salt Lake City, UT | 1,823 | 873 | 1,524 | 532 | 1,240 | 1,267 | 1,179 | 2,082 | 1,962 | 1,835 |
| Fresno, CA | 4,756 | 3,035 | 2,460 | 2,124 | 2,859 | 3,482 | 1,579 | 1,483 | 1,579 | 1,812 |
| Kansas City, MO-KS | 968 | 1,380 | 1,757 | 1,407 | 1,598 | 1,167 | 1,612 | 1,725 | 1,485 | 1,770 |
| San Antonio, TX | 3,000 | 2,496 | 3,891 | 3,565 | 1,788 | 2,354 | 1,944 | 1,713 | 2,069 | 1,756 |
| Nashville-Davidson--Murfreesboro, TN | 471 | 442 | 1,112 | 962 | 636 | 1,041 | 954 | 932 | 1,835 | 1,661 |
| New Haven-Milford, CT | 1,355 | 1,216 | 1,766 | 1,197 | 974 | 1,151 | 888 | 1,276 | 1,649 | 1,642 |
| Indianapolis-Carmel, IN | 788 | 774 | 506 | 934 | 859 | 966 | 1,181 | 883 | 873 | 1,617 |
| McAllen-Edinburg-Mission, TX | 1,851 | 2,125 | 2,832 | 13 | 460 | 1,049 | 1,266 | 1,000 | 1,274 | 1,529 |
| Trenton-Ewing, NJ | 805 | 493 | 634 | 896 | 705 | 71 | 64 | 392 | 998 | 1,468 |
| Naples-Marco Island, FL | 93 | 170 | 480 | 614 | 322 | 455 | 493 | 835 | 496 | 1,459 |
| Other CBSAs | 67,011 | 69,510 | 93,871 | 88,404 | 71,255 | 79,497 | 64,725 | 79,771 | 86,581 | 104,450 |
|   Other metropolitan areas | 57,425 | 58,906 | 80,066 | 76,581 | 62,064 | 69,481 | 56,299 | 69,602 | 75,784 | 89,854 |
|   Other micropolitan areas | 9,586 | 10,604 | 13,805 | 11,823 | 9,191 | 10,016 | 8,426 | 10,169 | 10,797 | 14,596 |
| Non-CBSA | 15,124 | 12,245 | 14,413 | 8,773 | 4,670 | 4,611 | 3,754 | 4,826 | 4,666 | 5,945 |
| Unknown | 61,931 | 21,796 | 94,514 | 71,815 | 27,009 | 15,312 | 7,192 | 8,661 | 6,735 | 8,467 |

Note: Based on N-400 data for persons age 18 and over.
Source: U.S. Department of Homeland Security.