CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; PETER KEISLER, Acting Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**ADR CERTIFICATION** |

1   Additional counsel:

2   JULIA HARUMI MASS (CSB #189649)
    ALAN L. SCHLOSSER (CSB #49957)
3   AMERICAN CIVIL LIBERTIES UNION
         FOUNDATION OF NORTHERN CALIFORNIA
4   39 Drumm Street
    San Francisco, CA 94111
5   Telephone: (415) 621-2493
    Facsimile: (415) 255-8437
6
    SIN YEN LING*
7   JOREN LYONS (CSB #203403)
    ASIAN LAW CAUCUS
8   939 Market Street, Suite 201
    San Francisco, CA 94103
9   Telephone:  (415) 896-1701
    Facsimile:  (415) 896-1702
10
    *Application for admission pro hac vice forthcoming
11

12  Of counsel:

13  TODD GALLINGER (CSB #238666)
    COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14      (CAIR) – SAN FRANCISCO BAY AREA
    3000 Scott Boulevard, Suite 212
15  Santa Clara, CA 95054
    Telephone:  (408) 986-9874
16  Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

**SIGNATURE AND CERTIFICATION BY PARTIES AND LEAD TRIAL COUNSEL**

Pursuant to Civ. L.R. 16 and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the Court and private entities, and considered whether this case might benefit from any of them.

Dated:  September 20, 2007

_____/s/_____
CECILLIA D. WANG
Attorney for Plaintiffs

Dated:  September 20, 2007          _____/s/_____
JEFFREY S. ROBINS
Attorney for Defendants

**CERTIFICATE OF SERVICE**

I, Benjamin F. Chandler, declare as follows:

I hereby certify that today I electronically filed the foregoing ADR CERTIFICATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 20th day of September 2007, true and correct copies of the ADR CERTIFICATION were served by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1   Dated: September 20, 2007
            San Francisco, California
2
                                                    _____/s/_____
3                                                   BENJAMIN F. CHANDLER
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28