CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; PETER KEISLER, Acting Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>　　　　Defendants-Respondents. | Case No.  07-CV-3455-WHA<br><br>**NOTICE OF NEED FOR ADR PHONE CONFERENCE** |

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

The parties have not reached an agreement to an ADR process. Plaintiffs propose mediation or an early settlement conference before a Magistrate Judge, while Defendants believe that there is no prospect of settlement except as to the individual claims of the named Plaintiffs under 8 U.S.C. § 1447(b), and that ADR would therefore be futile as to the claims made on behalf of the putative class.

Accordingly, ADR L.R. 3-5 requires a telephone conference with the ADR Director or Program Counsel before the case management conference.

Joint Case Management Statement due:        October 4, 2007

Case Management Conference:        October 11, 2007

The following counsel will participate in the ADR phone conference:

| *Name* | *Party Representing* | *Phone No.* | *Fax No.* |
| --- | --- | --- | --- |
| Elizabeth J. Stevens | Defendants | (202) 616-9752 | (202) 307-0592 |
| Edward A. Olsen | Defendants | (415) 436-6915 | (415) 436-7169 |
| Jeffrey S. Robins | Defendants | (202) 616-1246 | (202) 307-8801 |
| Cecillia D. Wang | Plaintiffs | (415) 343-0775 | (415) 395-0950 |
| Julia Harumi Mass | Plaintiffs | (415) 293-6339 | (415) 255-8437 |
| Sin Yen Ling | Plaintiffs | (415) 896-1701 ext. 110 | (415) 896-1702 |

*The ADR Unit will notify you by return fax indicating, in the space below, the date and time of your phone conference. Plaintiff's counsel shall initiate the call using the following number: (415) 522-4603. Please consult ADR L.R. 3-5(d).*

_____

**For court use only:**

**ADR Phone Conference Date:**_____        **Time:**_____

                                                                                                                        **AM/PM**

**For scheduling concerns, call 415-522-2199.**

**Date:**_____        _____

**ADR Case Administrator**

**CERTIFICATE OF SERVICE**

I, Benjamin F. Chandler, declare as follows:

I hereby certify that today I electronically filed the foregoing NOTICE OF NEED FOR ADR PHONE CONFRENCE with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 20th day of September 2007, true and correct copies of the NOTICE OF NEED FOR ADR PHONE CONFRENCE were served by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: September 20, 2007
San Francisco, California

_____/s/_____
BENJAMIN F. CHANDLER