AE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MOHAMED ABBAS, et al., )
                       )
        Plaintiffs,    )
                       )
v.                     )   No. 06 C 4553
                       )
ALBERTO R. GONZALES, et al., )
                       )
        Defendants.    )

MEMORANDUM ORDER

This Court has just received by random assignment this action in which each of 11 plaintiffs, all asserting that they are lawful permanent residents of the United States whose applications for naturalization have been pending for extended periods of time, seek immediate naturalization. Although it thus seems likely that the several claims may present one or more common questions of law, and although it is possible that common questions of fact may be involved as well, it does not appear that plaintiffs' rights to relief "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences" within the meaning of Fed. R. Civ. P. ("Rule") 20(a):

> All persons may join in one action as plaintiffs if they assert any right to relief jointly, severally, or in the alternative in respect of or arising out of the same transaction, occurrence, or series of transactions or occurrences and if any question of law or fact common to all these persons will arise in the action.[1]

---

[1] [Footnote by this Court]  It is of course obvious that the individual claims here do not fit under the compulsory

What that means is that each of the plaintiffs, although he advances a claim similar to the others, ought to have brought his own lawsuit. If after such individual filings the plaintiffs with higher-numbered cases believe that they may qualify for reassignment of those cases to this Court's calendar on grounds of relatedness under this District Court's LR 40.4, they may of course file motions seeking such treatment--not at all a guaranteed matter, for the hurdle of LR 40.4(b)(4)(an issue on which the present Complaint is not sufficiently informative) would have to be overcome.

Accordingly plaintiffs' counsel is granted until September 5, 2006 to elect which plaintiff is to remain in the case and, having done so, to dismiss the other plaintiffs without prejudice. In the meantime this Court is contemporaneously issuing its customary initial scheduling order and is also bringing this action to the attention of the Assistant United States Attorney who handles such immigration and naturalization matter.

                                              /s/ Milton I. Shadur
                                              Milton I. Shadur
                                              Senior United States District Judge

Date: August 24, 2006

---

joinder rubric of Rule 19.

2