CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, MIAO LING HUANG, YAN WANG, FU ZHONG,<br><br>        Plaintiffs-Petitioners,<br><br>  v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>        Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG** |

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
   (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On July 2, 2007, plaintiffs Alia Ahmadi, Miao Ling Huang, Yan Wang and Fu Zhong filed the instant action, seeking their naturalization by the Court pursuant to 8 U.S.C. § 1447(b) and declaratory and injunctive relief on behalf of themselves and a proposed class of persons suffering from delays in the naturalization process.

2. Prior to the filing of the complaint on July 2, 2007, but unbeknownst to plaintiffs' counsel, the U.S. Citizenship and Immigration Services agency had adjudicated the naturalization applications of plaintiffs Huang and Zhong, and issued notices of naturalization oath ceremony.

3. Plaintiffs Huang and Zhong took the oath of citizenship on July 24, 2007, and are now U.S. citizens.

4. The claims of plaintiffs Huang and Zhong should therefore be dismissed.

5. Defendants stipulate and agree, in settlement of the claims of plaintiffs Huang and Zhong, that the oaths of naturalization taken by plaintiffs Huang and Zhong are valid and effective.

| | | |
|---|---|---|
| 1 | Dated: August 10, 2007 | Respectfully submitted, |
| 2 | | CECILLIA D. WANG |
| | | LUCAS GUTTENTAG |
| 3 | | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| 4 | | IMMIGRANTS' RIGHTS PROJECT |
| | | 39 Drumm Street |
| 5 | | San Francisco, CA 94111 |

```
1    Dated:  August 10, 2007                         Respectfully submitted,

2                                                    CECILLIA D. WANG
                                                     LUCAS GUTTENTAG
3                                                    AMERICAN CIVIL LIBERTIES UNION
                                                         FOUNDATION
4                                                    IMMIGRANTS' RIGHTS PROJECT
                                                     39 Drumm Street
5                                                    San Francisco, CA 94111

6                                                    JULIA HARUMI MASS
                                                     ALAN L. SCHLOSSER
7                                                    AMERICAN CIVIL LIBERTIES UNION
                                                         FOUNDATION OF NORTHERN
8                                                        CALIFORNIA
                                                     39 Drumm Street
9                                                    San Francisco, CA 94111

10                                                   SIN YEN LING
                                                     JOREN LYONS
11                                                   ASIAN LAW CAUCUS
                                                     939 Market Street, Suite 201
12                                                   San Francisco, CA 94103
                                                     Telephone:  (415) 896-1701
13                                                   Facsimile:  (415) 896-1702

14                                                   TODD GALLINGER
                                                     Of Counsel
15                                                   COUNCIL ON AMERICAN-ISLAMIC
                                                         RELATIONS (CAIR) – SAN
16                                                   FRANCISCO BAY AREA
                                                     3000 Scott Boulevard, Suite 212
17                                                   Santa Clara, CA 95054
                                                     Telephone:  (408) 986-9874
18                                                   Facsimile:  (408) 986-9875

19
                                              By:    _____/s/_____
20                                                   CECILLIA D. WANG

21                                                   Attorneys for Plaintiffs-Petitioners

22

23

24

25

26

27

28

                                              4
     STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG
                              CASE NO. 07-CV-3455-WHA
```

Dated: August 10, 2007

SCOTT N. SCHOOLS
United States Attorney
JOANN W. SWANSON
Chief, Civil Division
EDWARD A. OLSEN
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

By: _____/s/_____
JEFFREY S. ROBINS

Attorneys for Defendants

1  **ORDER**

2  Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the claims

3  of plaintiffs Miao Ling Huang and Fu Zhong are hereby DISMISSED pursuant to Federal

4  Rule of Civil Procedure 41(a)(1), on the ground that they have taken valid oaths of

5  naturalization and are U.S. citizens.

6  SO ORDERED.

7  Dated: ~~August~~ October 2, 2007

9  _____
10 HON. WILLIAM H. ALSUP
   UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED / Judge William Alsup / United States District Court / Northern District of California]

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 10th day of August 2007, true and correct copies of the STIPULATION OF DISMISSAL OF CLAIMS OF PLAINTIFFS MIAO LING HUANG AND FU ZHONG were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1    I declare under penalty of perjury under the laws of the State of California that the above
2 is true and correct.

4 Dated: August 10, 2007
      San Francisco, California

6                                                                      _____/s/_____
                                                                   CECILLIA D. WANG