**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: October 11, 2007

Case No.  C 07-03455 WHA

Title: ALIA AHMADI v. MICHAEL CHERTOFF

Plaintiff Attorneys: Julie Harumi Mass; Cecillia Wang

Defense Attorneys: Jefrey Robins; Ed Olsen

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Dft's Motion to Dismiss - HELD

2)    CMC - NOT HELD


Continued to _ for Further Case Management Conference

Continued to __ for Pretrial Conference

Continued to __ for Trial

**ORDERED AFTER HEARING:**