CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; PETER KEISLER, Acting Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS VLADIMIR MIKULICIC, BILJANA PETROVIC, EIMAN TAKY AND YAN WANG** |

1 | Additional counsel:

2 | JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
3 | AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING*
7 | JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702
10 |
\*Application for admission pro hac vice forthcoming
11 |

12 | Of counsel:

13 | TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14 |    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
15 | Santa Clara, CA 95054
Telephone:  (408) 986-9874
16 | Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF
PLAINTIFFS VLADIMIR MIKULICIC, BILJANA PETROVIC, EIMAN TAKY AND YAN WANG
CASE NO. 07-CV-3455-WHA

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. Defendants are prepared to grant the naturalization applications of Plaintiffs Biljana Petrovic and Yan Wang and to administer the oath of citizenship, contingent upon Plaintiffs' continued eligibility for naturalization, no later than October 24, 2007.

2. Defendants are prepared to grant the naturalization applications of Plaintiffs Eiman Taky and Vladimir Mikulicic, contingent on Plaintiffs' continued eligibility for naturalization, no later than November 28, 2007.

3. Under the Ninth Circuit's decision in *United States v. Hovsepian*, 359 F.3d 1144, 1159-1164 (9th Cir. 2004), during the pendency of litigation under 8 U.S.C. § 1447(b), the government agency loses authority to act upon the pending naturalization application and the district court has exclusive jurisdiction. Thus, U.S. Citizenship and Immigration Services ("CIS") currently may not grant the naturalization applications of Plaintiffs Mikulicic, Petrovic, Taky and Wang.

4. The individual 8 U.S.C. § 1447(b) claims of Plaintiffs Mikulicic, Petrovic, Taky and Wang as stated in the First Cause of Action in the First Amended Complaint therefore should be dismissed so that they may be naturalized.

5. In agreeing to this Stipulation, Defendants do not concede that this Court has jurisdiction over the Second, Third and Fourth Causes of Action in the First Amended Complaint.

6. This Stipulation does not affect the claims of Plaintiffs Mikulicic, Petrovic, Taky and Wang as to the Second, Third and Fourth Causes of Action in the First Amended Complaint.

7. This Stipulation does not affect the claims of Plaintiffs Ahmadi, Ovchinnikov and Sapozhnikov as to any of the causes of action in the First Amended Complaint.

Dated:  October 11, 2007

Respectfully submitted,

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
   RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875


By:  _____/s/_____
         CECILLIA D. WANG

Attorneys for Plaintiffs-Petitioners

| | |
|---|---|
| Dated:  October 11, 2007 | SCOTT N. SCHOOLS<br>United States Attorney<br>JOANN W. SWANSON<br>Chief, Civil Division<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102<br><br>PETER D. KEISLER<br>United States Department of Justice<br>Assistant Attorney General, Civil Division<br>ELIZABETH J. STEVENS<br>Senior Litigation Counsel, Office of Immigration Litigation<br>JEFFREY S. ROBINS<br>Trial Attorney, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C.  20044<br><br>By:  _____/s/_____<br>       JEFFREY S. ROBINS<br><br>Attorneys for Defendants |

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the individual claims of Plaintiffs Vladimir Mikulicic, Biljana Petrovic, Eiman Taky and Yan Wang under 8 U.S.C. § 1447(b), as set forth in the First Cause of Action in the First Amended Complaint, are hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1), so that U.S. Citizenship and Immigration Services ("CIS") may grant their naturalization applications, contingent on Plaintiffs' continued eligibility for naturalization and, where appropriate, administer the oath of citizenship.

It is further ORDERED that in the event that CIS does not administer the oath of citizenship to Plaintiffs Petrovic and Wang by October 24, 2007, and Mikulicic and Taky by November 28, 2007, those Plaintiffs may reinstate their claims before this Court by amending the pleadings in this matter.

This Order does not affect the claims of Plaintiffs Mikulicic, Petrovic, Taky and Wang as to the Second, Third and Fourth Causes of Action in the First Amended Complaint. Nor does this Order affect the claims of Plaintiffs Ahmadi, Ovchinnikov and Sapozhnikov as to any of the causes of action in the First Amended Complaint.

SO ORDERED.

Dated: October ___, 2007

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS VLADIMIR MIKULICIC, BILJANA PETROVIC, EIMAN TAKY AND YAN WANG with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 11th day of October 2007, true and correct copies of the STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS VLADIMIR MIKULICIC, BILJANA PETROVIC, EIMAN TAKY AND YAN WANG were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: October 11, 2007
San Francisco, California

_____/s/_____
CECILLIA D. WANG