CECILLIA D. WANG (CA Bar No. 187782)
LUCAS GUTTENTAG (CA Bar No. 90208)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG, <br><br>    Plaintiffs-Petitioners, <br><br>    v. <br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; PETER KEISLER, Acting Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District, <br><br>    Defendants-Respondents. | Case No. 07-CV-3455-WHA <br><br>**STIPULATION TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR** <br><br> Date:        November 8, 2007 <br> Time:       8:00 a.m. <br> Courtroom: 9 <br> Judge:       Hon. William H. Alsup |

Additional Plaintiffs' counsel:

JULIA HARUMI MASS (CA Bar No. 189649)
ALAN L. SCHLOSSER (CA Bar No. 49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING
JOREN LYONS (CA Bar No. 203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

TODD GALLINGER (CA Bar No. 238666), Of Counsel
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875

Counsel for Defendants:

SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
JOANN W. SWANSON (CA Bar No. 88143)
Chief, Civil Division
EDWARD A. OLSEN (CA Bar No. 214150)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6915
Facsimile: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Acting Attorney General
ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-1246
Facsimile: (202) 307-8801

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

    The parties hereby stipulate and agree as follows:

1. On September 5, 2007, plaintiffs filed a motion seeking certification of a class with respect to the second, third and fourth causes of action in the above-referenced matter.

2. On August 31, 2007, defendants filed a motion to dismiss all of plaintiffs' claims.

3. On September 19, 2007, the Court scheduled briefing and hearing for plaintiffs' class certification motion as follows: defendants' opposition brief due October 18, 2007; plaintiffs' reply brief due October 25, 2007, and hearing on the Motion November 8, 2007.

4. By order dated October 15, 2007, the Court granted defendants' motion to dismiss as to plaintiffs' second, third, and fourth causes of action.

5. Because the claims for which plaintiffs' class certification motion was filed have been dismissed, the parties agree and stipulate that said motion should be taken off calendar. This stipulation is made without prejudice to plaintiffs' ability to seek hearing on the motion or any amended motion for class certification at any later stage of this litigation and without prejudice to defendants' ability to raise any objections to class certification at any appropriate time.

1 | Dated: October 17, 2007

Respectfully submitted,

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA  94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA  94103

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054

By: _____/s/_____
    JULIA HARUMI MASS

Attorneys for Plaintiffs

Dated: October 17, 2007

SCOTT N. SCHOOLS
United States Attorney
JOANN W. SWANSON
Chief, Civil Division
EDWARD A. OLSEN
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102

PETER D. KEISLER
United States Department of Justice
Acting Attorney General
ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

By: _____/s/_____
ELIZABETH J. STEVENS

Attorneys for Defendants

**ORDER**

Based on the stipulation of the parties, IT IS HEREBY ORDERED that plaintiffs' motion for class certification currently set for hearing on November 8, 2007 is taken off calendar. This order is made without prejudice to plaintiffs' ability to seek hearing on the motion or any amended motion for class certification at any later stage of this litigation and without prejudice to defendants' ability to raise any objections to class certification at any appropriate time.

SO ORDERED.

Dated: October ____, 2007

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Julia Harumi Mass, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 17th day of October 2007, true and correct copies of the STIPULATION TO TAKE CLASS CERTIFICATION MOTION OFF CALENDAR were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1  Dated: October 17, 2007
        San Francisco, California

                                                    _____/s/_____
                                                    JULIA HARUMI MASS