SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney
    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 233-0397
    Attorneys for Defendants

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, et al, <br><br> Defendants-Respondents. | Case No. 07-CV-3455-WHA <br><br> **STIPULATION OF EXTENSION OF TIME TO FILE ANSWER** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On July 2, 2007, plaintiffs Alia Ahmadi, Miao Ling Huang, Yan Wang and Fu Zhong filed the instant action, seeking their naturalization by the Court pursuant to 8 U.S.C. § 1447(b) and declaratory and injunctive relief on behalf of themselves and a proposed class.

2. On August 10, 2007, plaintiffs filed an amended Complaint, adding plaintiffs Vladimir Mikulicic, Igor Ovchinnikov, Biljana Petrovic, Sergei Sapozhnikov, and Eiman Taky.

3. Since the filing of the original complaint, plaintiffs Miao Ling Huang and Fu Zhong have been voluntarily dismissed from this action, and the claims pursuant to 8 U.S.C. § 1447(b) for plaintiffs Mikulicic, Petrovic, Wang and Taky have been dismissed from this action.

4. On October 15, 2007, the Court entered an Order granting Defendants' Motion to Dismiss in part and denying it in part.

5. The Court has granted permission for plaintiffs to amend their Complaint to add additional plaintiffs on or before October 31, 2007.

6. The parties agree to extend the time for Plaintiffs to amend their Complaint and for Defendants to file a formal answer to the Amended Complaint to Thursday, November 15, 2007.

| | |
|---|---|
| Dated: October 29, 2007 | Respectfully submitted, |
| | SCOTT N. SCHOOLS<br>United States Attorney<br>JOANN W. SWANSON<br>Chief, Civil Division<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| | PETER D. KEISLER<br>United States Department of Justice<br>Assistant Attorney General, Civil Division<br>ELIZABETH J. STEVENS<br>Senior Litigation Counsel, Office of Immigration Litigation<br>JEFFREY S. ROBINS<br>Trial Attorney, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044 |
| | By: _____/s/_____<br>ELIZABETH J. STEVENS |
| | Attorneys for Defendants |

| | |
|---|---|
| 1   Dated:  October _29, 2007 | CECILLIA D. WANG |
|  | LUCAS GUTTENTAG |
| 2 | AMERICAN CIVIL LIBERTIES UNION |
|  |     FOUNDATION |
| 3 | IMMIGRANTS' RIGHTS PROJECT |
|  | 39 Drumm Street |
| 4 | San Francisco, CA 94111 |
| 5 | JULIA HARUMI MASS |
|  | ALAN L. SCHLOSSER |
| 6 | AMERICAN CIVIL LIBERTIES UNION |
|  |     FOUNDATION OF NORTHERN |
| 7 |     CALIFORNIA |
|  | 39 Drumm Street |
| 8 | San Francisco, CA 94111 |
| 9 | SIN YEN LING |
|  | JOREN LYONS |
| 10 | ASIAN LAW CAUCUS |
|  | 939 Market Street, Suite 201 |
| 11 | San Francisco, CA 94103 |
|  | Telephone:  (415) 896-1701 |
| 12 | Facsimile:  (415) 896-1702 |
| 13 | TODD GALLINGER |
|  | Of Counsel |
| 14 | COUNCIL ON AMERICAN-ISLAMIC |
|  |     RELATIONS (CAIR) – SAN |
| 15 | FRANCISCO BAY AREA |
|  | 3000 Scott Boulevard, Suite 212 |
| 16 | Santa Clara, CA 95054 |
|  | Telephone:  (408) 986-9874 |
| 17 | Facsimile:  (408) 986-9875 |

By:  _____/s/_____
JULIA HARUMI MASS

Attorneys for Plaintiffs-Petitioners

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the time for Plaintiffs to amend their Complaint to add plaintiffs, and the time for Defendants to file their Answer to Plaintiffs' Second Amended Complaint be extended to November 5, 2007.

.

SO ORDERED.

Dated: October ___, 2007

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE