SCOTT N. SCHOOLS, SC 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney
    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 233-0397
    Attorneys for Defendants

Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., <br><br> Plaintiffs-Petitioners, <br><br> v. <br><br> MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, et al, <br><br> Defendants-Respondents. | Case No. 07-CV-3455-WHA <br><br> **[CORRECTED] STIPULATION OF EXTENSION OF TIME TO FILE ANSWER** |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On July 2, 2007, plaintiffs Alia Ahmadi, Miao Ling Huang, Yan Wang and Fu Zhong filed the instant action, seeking their naturalization by the Court pursuant to 8 U.S.C. § 1447(b) and declaratory and injunctive relief on behalf of themselves and a proposed class.

2. On August 10, 2007, plaintiffs filed an amended Complaint, adding plaintiffs Vladimir Mikulicic, Igor Ovchinnikov, Biljana Petrovic, Sergei Sapozhnikov, and Eiman Taky.

3. Since the filing of the original complaint, plaintiffs Miao Ling Huang and Fu Zhong have been voluntarily dismissed from this action, and the claims pursuant to 8 U.S.C. § 1447(b) for plaintiffs Mikulicic, Petrovic, Wang and Taky have been dismissed from this action.

4. On October 15, 2007, the Court entered an Order granting Defendants' Motion to Dismiss in part and denying it in part.

5. The Court has granted permission for plaintiffs to amend their Complaint to add additional plaintiffs on or before October 31, 2007.

6. The parties agree to extend the time for Plaintiffs to amend their Complaint and for Defendants to file a formal answer to the Amended Complaint to Thursday, November 15, 2007.

1  Dated: October 29, 2007                      Respectfully submitted,

2                                               SCOTT N. SCHOOLS
                                                United States Attorney
3                                               JOANN W. SWANSON
                                                Chief, Civil Division
4                                               EDWARD A. OLSEN
                                                Assistant United States Attorney
5                                               450 Golden Gate Avenue, Box 36055
                                                San Francisco, CA  94102
6
                                                PETER D. KEISLER
7                                               United States Department of Justice
                                                Assistant Attorney General, Civil Division
8                                               ELIZABETH J. STEVENS
                                                Senior Litigation Counsel, Office of
9                                               Immigration Litigation
                                                JEFFREY S. ROBINS
10                                              Trial Attorney, Office of Immigration
                                                Litigation
11                                              P.O. Box 878, Ben Franklin Station
                                                Washington, D.C.  20044
12

13                                    By:   _____/s/_____
                                                ELIZABETH J. STEVENS
14
                                                Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

```
 1   Dated:  October _29, 2007           CECILIA D. WANG
                                         LUCAS GUTTENTAG
 2                                       AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION
 3                                       IMMIGRANTS' RIGHTS PROJECT
                                         39 Drumm Street
 4                                       San Francisco, CA 94111

 5                                       JULIA HARUMI MASS
                                         ALAN L. SCHLOSSER
 6                                       AMERICAN CIVIL LIBERTIES UNION
                                            FOUNDATION OF NORTHERN
 7                                          CALIFORNIA
                                         39 Drumm Street
 8                                       San Francisco, CA 94111

 9                                       SIN YEN LING
                                         JOREN LYONS
10                                       ASIAN LAW CAUCUS
                                         939 Market Street, Suite 201
11                                       San Francisco, CA 94103
                                         Telephone:  (415) 896-1701
12                                       Facsimile:  (415) 896-1702

13                                       TODD GALLINGER
                                         Of Counsel
14                                       COUNCIL ON AMERICAN-ISLAMIC
                                            RELATIONS (CAIR) – SAN
15                                       FRANCISCO BAY AREA
                                         3000 Scott Boulevard, Suite 212
16                                       Santa Clara, CA 95054
                                         Telephone:  (408) 986-9874
17                                       Facsimile:  (408) 986-9875

18
                                 By:   _____/s/_____
19                                     JULIA HARUMI MASS

20                                     Attorneys for Plaintiffs-Petitioners
```

**<u>ORDER</u>**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the time for Plaintiffs to amend their Complaint to add plaintiffs, and the time for Defendants to file their Answer to Plaintiffs' Second Amended Complaint be extended to November 15, 2007.

.

SO ORDERED.

Dated: October ___, 2007

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE