1  SCOTT N. SCHOOLS, SC 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney
        450 Golden Gate Avenue, Box 36055
5       San Francisco, California 94102
        Telephone: (415) 436-6915
6       FAX: (415) 436-6927

7  PETER D. KEISLER
   United States Department of Justice
8  Assistant Attorney General, Civil Division
   ELIZABETH J. STEVENS VSBN 47445
9  Senior Litigation Counsel
   Office of Immigration Litigation
10 JEFFREY S. ROBINS NY SBN 4355244
   Trial Attorney
11      P.O. Box 878, Ben Franklin Station
        Washington, D.C. 20044
12      Telephone: (202) 616-1246
        FAX: (202) 233-0397
13      Attorneys for Defendants

14 Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., | |
| Plaintiffs-Petitioners, | |
| v. | Case No. 07-CV-3455-WHA |
| MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, et al, | [CORRECTED] STIPULATION OF EXTENSION OF TIME TO FILE ANSWER |
| Defendants-Respondents. | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On July 2, 2007, plaintiffs Alia Ahmadi, Miao Ling Huang, Yan Wang and Fu Zhong filed the instant action, seeking their naturalization by the Court pursuant to 8 U.S.C. § 1447(b) and declaratory and injunctive relief on behalf of themselves and a proposed class.

2. On August 10, 2007, plaintiffs filed an amended Complaint, adding plaintiffs Vladimir Mikulicic, Igor Ovchinnikov, Biljana Petrovic, Sergei Sapozhnikov, and Eiman Taky.

3. Since the filing of the original complaint, plaintiffs Miao Ling Huang and Fu Zhong have been voluntarily dismissed from this action, and the claims pursuant to 8 U.S.C. § 1447(b) for plaintiffs Mikulicic, Petrovic, Wang and Taky have been dismissed from this action.

4. On October 15, 2007, the Court entered an Order granting Defendants' Motion to Dismiss in part and denying it in part.

5. The Court has granted permission for plaintiffs to amend their Complaint to add additional plaintiffs on or before October 31, 2007.

6. The parties agree to extend the time for Plaintiffs to amend their Complaint and for Defendants to file a formal answer to the Amended Complaint to Thursday, November 15, 2007.

1  Dated: October 29, 2007                           Respectfully submitted,

2                                                    SCOTT N. SCHOOLS
                                                     United States Attorney
3                                                    JOANN W. SWANSON
                                                     Chief, Civil Division
4                                                    EDWARD A. OLSEN
                                                     Assistant United States Attorney
5                                                    450 Golden Gate Avenue, Box 36055
                                                     San Francisco, CA 94102
6
                                                     PETER D. KEISLER
7                                                    United States Department of Justice
                                                     Assistant Attorney General, Civil Division
8                                                    ELIZABETH J. STEVENS
                                                     Senior Litigation Counsel, Office of
9                                                    Immigration Litigation
                                                     JEFFREY S. ROBINS
10                                                   Trial Attorney, Office of Immigration
                                                     Litigation
11                                                   P.O. Box 878, Ben Franklin Station
                                                     Washington, D.C. 20044
12

13                                          By:  _____/s/_____
                                                 ELIZABETH J. STEVENS
14
                                                 Attorneys for Defendants
15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated:  October _29, 2007 | CECILLIA D. WANG <br> LUCAS GUTTENTAG <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br><br> JULIA HARUMI MASS <br> ALAN L. SCHLOSSER <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA <br> 39 Drumm Street <br> San Francisco, CA 94111 <br><br> SIN YEN LING <br> JOREN LYONS <br> ASIAN LAW CAUCUS <br> 939 Market Street, Suite 201 <br> San Francisco, CA 94103 <br> Telephone:  (415) 896-1701 <br> Facsimile:  (415) 896-1702 <br><br> TODD GALLINGER <br> Of Counsel <br> COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR) – SAN FRANCISCO BAY AREA <br> 3000 Scott Boulevard, Suite 212 <br> Santa Clara, CA 95054 <br> Telephone:  (408) 986-9874 <br> Facsimile:  (408) 986-9875 <br><br> By:  _____/s/_____ <br> JULIA HARUMI MASS <br><br> Attorneys for Plaintiffs-Petitioners |

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the time for Plaintiffs to amend their Complaint to add plaintiffs, and the time for Defendants to file their Answer to Plaintiffs' Second Amended Complaint be extended to November 15, 2007.

.

SO ORDERED.

Dated: October 30, 2007

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE