1 | CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
2 | AMERICAN CIVIL LIBERTIES UNION
　　FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
4 | San Francisco, CA 94111
Telephone: (415) 343-0775
5 | Facsimile: (415) 395-0950
Email: CWang@aclu.org
6 |
Attorneys for Plaintiffs-Petitioners
7 | *Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SKOVAJSA,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　　v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>　　　　Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**PROPOSED ORDER AND ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B)**<br><br>Judge: Hon. William A. Alsup |

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
16 Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

PROPOSED ORDER AND ENTRY OF PARTIAL JUDGMENT

**ORDER AND ENTRY OF PARTIAL JUDGMENT**

In an order dated October 15, 2007, granting in part and denying in part the Defendants' Motion to Dismiss, the Court dismissed Plaintiffs' claims under the Administrative Procedure Act and Due Process Clause (Counts Two, Three and Four). The Court held as a matter of law that (1) Plaintiffs failed to state a claim for unreasonable delay under the Administrative Procedure Act ("APA"), as Congress provided an adequate remedy for naturalization delays in 8 U.S.C. § 1447(b); (2) Plaintiffs failed to state a claim for failure to comply with notice-and-comment requirements under the APA; and (3) Plaintiffs failed to state a claim for unreasonable delay in violation of the Due Process Clause based on a failure to identify a protected liberty or property interest.

Upon the application of the Plaintiffs, and after having considered the submissions and arguments of the parties, the Court hereby finds that there is no just reason for delay of Plaintiffs' appeal of the Court's order dismissing their claims under the APA and the Due Process Clause. The Court further finds that an immediate appeal of those claims would not result in piecemeal appeal of issues in this litigation, as Plaintiffs' remaining claims under 8 U.S.C. § 1447(b) are sufficiently independent of the dismissed claims. Finally, the Court finds that the balance of equities favors an immediate appeal of the Court's order dismissing Plaintiffs' Administrative Procedure Act and Due Process Clause claims, as Plaintiffs' claims concern an alleged administrative delay caused by the Defendants. While this Court held as a matter of law that Plaintiffs failed to state a claim under applicable law, Plaintiffs should be permitted to pursue their appeal of that ruling expeditiously.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a final partial judgment dismissing Plaintiffs' claims under the Administrative Procedure Act and Due Process Clause (Counts Two, Three and Four) pursuant to Federal Rule of Civil Procedure 54(b).

IT IS FURTHER ORDERED that the parties shall each bear their own costs and attorneys' fees relating to the dismissed claims.

SO ORDERED.

1 | Dated: January \_\_\_\_, 2007

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing PROPOSED ORDER AND ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B) with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | Via ECF<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | Via ECF<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | Via ECF<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | Via ECF<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | Via ECF<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | Via ECF<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | Via ECF<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 27th day of December 2007, true and correct copies of the PROPOSED ORDER AND ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B) were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1   I declare under penalty of perjury under the laws of the State of California that the above
2   is true and correct.

Dated: December 27, 2007
       San Francisco, California

_____/s/_____
CECILLIA D. WANG