1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13 ALIA AHMADI, ANGEL GENTCHEV,
   JIWEI HUANG, IGOR OVCHINNIKOV,
   SERGEI SAPOZHNIKOV, and HELGA
14 SKOVAJSA,
                                              Case No. 07-CV-3455-WHA
15              Plaintiffs-Petitioners,

16      v.                                    **AMENDED PROPOSED ORDER AND
                                              ENTRY OF PARTIAL FINAL
17 MICHAEL CHERTOFF, U.S. Secretary of        JUDGMENT PURSUANT TO FEDERAL
   Homeland Security; ROBERT S. MUELLER       RULE OF CIVIL PROCEDURE 54(B)**
18 III, Director of the Federal Bureau of
   Investigation; MICHAEL MUKASEY,
19 Attorney General of the United States;     Judge: Hon. William A. Alsup
   EMILIO T. GONZALEZ, Director, U.S.
20 Department of Homeland Security, Bureau of
   Citizenship and Immigration Services; DAVID
21 STILL, District Director, U.S. Department of
   Homeland Security, Bureau of Citizenship and
22 Immigration Services, San Francisco District,

23              Defendants-Respondents.

24

25

26

27

28

                                    1
       AMENDED PROPOSED ORDER AND ENTRY OF PARTIAL JUDGMENT

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12  Of counsel:

13  TODD GALLINGER (CSB #238666)
    COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14      (CAIR) – SAN FRANCISCO BAY AREA
    3000 Scott Boulevard, Suite 212
15  Santa Clara, CA 95054
    Telephone:  (408) 986-9874
16  Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED PROPOSED ORDER AND ENTRY OF PARTIAL JUDGMENT

**ORDER AND ENTRY OF PARTIAL JUDGMENT**

In an order dated October 15, 2007, granting in part and denying in part the Defendants' Motion to Dismiss, the Court dismissed Plaintiffs' claims under the Administrative Procedure Act and Due Process Clause (Counts Two, Three and Four). The Court held as a matter of law that (1) Plaintiffs failed to state a claim for unreasonable delay under the Administrative Procedure Act ("APA"), as Congress provided an adequate remedy for naturalization delays in 8 U.S.C. § 1447(b); (2) Plaintiffs failed to state a claim for failure to comply with notice-and-comment requirements under the APA; and (3) Plaintiffs failed to state a claim for unreasonable delay in violation of the Due Process Clause based on a failure to identify a protected liberty or property interest.

Upon the application of the Plaintiffs, and after having considered the submissions and arguments of the parties, the Court hereby finds that there is no just reason for delay of Plaintiffs' appeal of the Court's order dismissing their claims under the APA and the Due Process Clause. The Court further finds that an immediate appeal of those claims would not result in piecemeal appeal of issues in this litigation, as Plaintiffs' remaining claims under 8 U.S.C. § 1447(b) are sufficiently independent of the dismissed claims. Finally, the Court finds that the balance of equities favors an immediate appeal of the Court's order dismissing Plaintiffs' Administrative Procedure Act and Due Process Clause claims, as Plaintiffs' claims concern an alleged administrative delay caused by the Defendants. While this Court held as a matter of law that Plaintiffs failed to state a claim under applicable law, Plaintiffs should be permitted to pursue their appeal of that ruling expeditiously.

IT IS THEREFORE ORDERED that the Clerk of the Court shall enter a final partial judgment dismissing the claims of Plaintiffs (including all Plaintiffs listed in the caption of the Second Amended Complaint and Vladimir Mikulicic, Biljana Petrovic, Eiman Taky and Yan Wang, who were Plaintiffs in the First Amended Complaint) under the Administrative Procedure Act and Due Process Clause (Counts Two, Three and Four) pursuant to Federal Rule of Civil Procedure 54(b).

IT IS FURTHER ORDERED that the parties shall each bear their own costs and

1 attorneys' fees relating to the dismissed claims.

2        SO ORDERED.

3 Dated: January \_\_\_\_, 2008

4

5                                     _____
                                    HON. WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing AMENDED PROPOSED ORDER AND ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B) with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>*at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>*at lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>*at edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>*at elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>*at jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 17th day of January 2008, true and correct copies of the AMENDED PROPOSED ORDER AND ENTRY OF PARTIAL FINAL JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(B) were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.

Dated: January 17, 2008
       San Francisco, California

_____/s/_____
CECILLIA D. WANG