CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SKOVAJSA,<br><br>　　　　Plaintiffs-Petitioners,<br><br>　v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>　　　　Defendants-Respondents. | Case No.  07-CV-3455-WHA<br><br>**AMENDED NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Judge:　Hon. William A. Alsup<br>Date:　February 21, 2008<br>Time:　8:00 a.m. |

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
16 Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

1  TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE that on February 21, 2008, at 8:00 a.m., before the Honorable
3  William H. Alsup, at the United States Courthouse at 450 Golden Gate Avenue, San Francisco,
4  California, Plaintiffs will and hereby do move the Court for an order certifying a class in this
5  matter as follows:  All persons residing in the Northern District of California who have
6  submitted or will submit applications for naturalization to CIS, and who have met all statutory
7  requirements for naturalization, and whose applications for naturalization are not adjudicated
8  within 120 days of the date of their naturalization examinations because of a pending FBI name
9  check.

10  Plaintiffs further will and hereby do move for an order appointing them as representatives
11  of the class defined above, appointing Plaintiffs' counsel as counsel for the class, and requiring
12  the government to identify members of the class.

13  This Motion is made pursuant to the Federal Rule of Civil Procedure 23(a) and 23(b)(2).
14  Plaintiffs move for certification of a class with regard to the Second, Third and Fourth causes of
15  action in the Second Amended Complaint.  The Motion is based upon this Amended Notice of
16  Motion and the Memorandum of Points and Authorities and the accompanying Declarations of
17  Sin Yen Ling, Leona Kwon and Helen Sterling filed in support of Plaintiffs' Motion for Class
18  Certification filed September 5, 2007.

19  In addition to the reasons set forth in the foregoing pleadings, Plaintiffs seek the Court's
20  adjudication of their motion for class certification in light of Defendants' opposition to Plaintiffs'
21  motion for certification of an immediate appeal of this Court's order dismissing their Second,
22  Third and Fourth causes of action.  The government has suggested that Plaintiffs' class claims
23  would become moot if the named Plaintiffs' individual claims are resolved through their
24  naturalization and that any appeal of those claims would also be moot unless a class is properly
25  certified.  Opposition to Plaintiffs' Motion for Partial Judgment filed January 10, 2008 ("Opp.")
26  at 4:21-24; 5:25-26; 8:12-15; 7:6-15 (citing *Employers-Teamsters Local Nos. 175 & 505 Pension*
27  *Trust Fund v. Anchor Capital Advisor*, 498 F.3d 920, 924 (9th Cir. 2007)).  Defendants'
28  argument is based on speculation about future events and, in any event, Plaintiffs would dispute

1  Defendants' mootness claims if such events come to pass.  However, in order to resolve

2  conclusively any prospective dispute about justiciability, Plaintiffs seek certification of the

3  proposed class so that there will be no question about their ability to seek appellate review of the

4  Court's decision dismissing Counts Two, Three and Four.

5  Dated:  January 17, 2008                                       Respectfully submitted,

6                                                                                       CECILLIA D. WANG
                                                                                         LUCAS GUTTENTAG
7                                                                                       AMERICAN CIVIL LIBERTIES UNION
                                                                                              FOUNDATION
8                                                                                       IMMIGRANTS' RIGHTS PROJECT
                                                                                         39 Drumm Street
9                                                                                       San Francisco, CA 94111

10                                                                                     JULIA HARUMI MASS
                                                                                         ALAN L. SCHLOSSER
11                                                                                     AMERICAN CIVIL LIBERTIES UNION
                                                                                              FOUNDATION OF NORTHERN
12                                                                                            CALIFORNIA
                                                                                         39 Drumm Street
13                                                                                     San Francisco, CA 94111

14                                                                                     SIN YEN LING
                                                                                         JOREN LYONS
15                                                                                     ASIAN LAW CAUCUS
                                                                                         939 Market Street, Suite 201
16                                                                                     San Francisco, CA 94103
                                                                                         Telephone:  (415) 896-1701
17                                                                                     Facsimile:  (415) 896-1702

18                                                                                     TODD GALLINGER
                                                                                         Of Counsel
19                                                                                     COUNCIL ON AMERICAN-ISLAMIC
                                                                                              RELATIONS (CAIR) – SAN
20                                                                                            FRANCISCO BAY AREA
                                                                                         3000 Scott Boulevard, Suite 212
21                                                                                     Santa Clara, CA 95054
                                                                                         Telephone:  (408) 986-9874
22                                                                                     Facsimile:  (408) 986-9875

23
                                                                    By:  _____/s/_____
24                                                                          CECILLIA D. WANG

25                                                                   Attorneys for Plaintiffs

26

27

28

4
AMENDED NOTICE OF MOTION FOR CLASS CERTIFICATION
07-CV-3455-WHA

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing AMENDED NOTICE OF MOTION FOR CLASS CERTIFICATION with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that today I served true and correct copies of the AMENDED NOTICE OF MOTION FOR CLASS CERTIFICATION on the following counsel not registered for ECF, by U.S. first-class mail:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of State of California that the foregoing is true and correct.

Dated: January 17, 2008
       San Francisco, California

                                                 _____/s/_____
                                                 CECILLIA D. WANG