UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIA AHMADI, et al., <br><br> Plaintiff(s), <br><br> v. <br><br><br> MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, <br><br><br> Defendant(s). | No. C07-3455 WHA (BZ) <br><br> **ORDER SCHEDULING FURTHER SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that a further settlement conference is scheduled for **Wednesday, March 26, 2008, at 9:00 a.m.**, provided that by no later than **March 3, 2008** the parties file a joint stipulation that another settlement conference is desirable.

Dated: January 29, 2008

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\REFS.08\AHMADI.FURTHER.SC.wpd

1