JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

JEFFREY S. BUCHOLTZ
United States Department of Justice
Acting Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 233-0397
    Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL CHERTOFF, et al., <br><br> Defendants. | No. C-07-3455-WHA (BZ) <br><br> **DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF UNDER L.R. 7-11 TO FILE SURRPRELY** <br><br> Date: January 31, 2008 <br> Time: 8:00 a.m. <br> Courtroom: 9, 19th Floor |

    Defendants in the above-entitled action hereby move this Court for an order granting the Defendants leave to file a Surreply to Plaintiff's Reply to Defendants' Opposition to Plaintiffs' Motion for Entry of Partial Final Judgment pursuant to Fed. R. Civ. P. 54(b).

Defendants' Administrative Motion
C-07-3455-WHA (BZ)

1.  This motion is made pursuant to Civil L.R. 7-11 and the inherent power of the Court. The undersigned government attorney consulted with Plaintiffs' attorneys, who stated that they took no position on the defendants' request to file a Surreply. *See* Declaration of Jeffrey Robins (attached).

2.  The Defendants submit that they have good cause to file a Surreply to address: (1) Plaintiffs' efforts to use their Reply to Defendants' Opposition to Plaintiffs' Rule 54(b) Motion to reintroduce Plaintiffs to the litigation who were not named in Plaintiffs' Second Amended Complaint; and (2) Plaintiffs' efforts to have the Court consider the impact of potential class certification on Plaintiffs' Rule 54(b) Motion when Plaintiffs' chose to notice their Rule 54(b) Motion before they re-noticed their Motion for Class Certification; and (3) Plaintiffs' mischaracterization of Defendants' position regarding the potential mootness of the claims of the individual Plaintiffs.

3.  Accordingly, the Defendants respectfully request leave to file the attached Surreply. A proposed order follows.

                                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO  
United States Attorney

JOANN M. SWANSON  
Assistant United States Attorney  
Chief, Civil Division

EDWARD A. OLSEN  
Assistant United States Attorney

JEFFREY S. BUCHOLTZ  
United States Department of Justice  
Acting Assistant Attorney General, Civil Division

ELIZABETH J. STEVENS  
Senior Litigation Counsel

By:       /s/  
      JEFFREY S. ROBINS  
      Trial Attorney

Dated: January 29, 2008

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Administrative Relief under L.R. 7-11, and for good cause shown, the Defendants' request for leave to file a Surreply IS HEREBY GRANTED.

IT IS SO ORDERED.

Dated: January ___, 2008

_____
WILLIAM ALSUP