JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

JEFFREY S. BUCHOLTZ
United States Department of Justice
Acting Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Senior Litigation Counsel
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney

    P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 233-0397
Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, et al., | No. C-07-3455-WHA (BZ) |
|     Plaintiffs, | **DECLARATION OF JEFFREY S. ROBINS IN SUPPORT OF DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF UNDER L.R. 7-11 TO FILE A SURREPLY** |
| v. | |
| MICHAEL CHERTOFF, et al., | |
|     Defendants. | Date: January 31, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor |

I, Jeffrey S. Robins, hereby declare:

1. Oral argument on Plaintiffs' Motion for Entry of Partial Final Judgment pursuant to Fed. R. Civ. P. 54(b) is scheduled for January 31, 2008.

ROBINS DECLARATION
C-07-3455-WHA (BZ)

1 | 2. On January 29, 2008, I spoke with Plaintiffs' counsel regarding Defendants' request that they stipulate to the filing of a Surreply to Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Rule 54(b) Motion.

3. Plaintiffs' attorneys informed me that they took no position on the filing of a Surreply.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 29, 2008 in San Francisco, California.

/s/

JEFFREY S. ROBINS
Trial Attorney

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS DECLARATION
C-07-3455-WHA (BZ)                    3