1 | CECILLIA D. WANG (CA Bar No. 187782)
2 | LUCAS GUTTENTAG (CA Bar No. 90208)
  | AMERICAN CIVIL LIBERTIES UNION FOUNDATION
3 | IMMIGRANTS' RIGHTS PROJECT
  | 39 Drumm Street
4 | San Francisco, CA  94111
  | Telephone: (415) 343-0775
5 | Facsimile: (415) 395-0950
  | Email: CWang@aclu.org
6 |
  | Attorneys for Plaintiffs
7 | *Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, VLADIMIR MIKULICIC, IGOR OVCHINNIKOV, BILJANA PETROVIC, SERGEI SAPOZHNIKOV, EIMAN TAKY and YAN WANG,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; PETER KEISLER, Acting Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |

1  Additional Plaintiffs' counsel:

2  JULIA HARUMI MASS (CA Bar No. 189649)
   ALAN L. SCHLOSSER (CA Bar No. 49957)
3  AMERICAN CIVIL LIBERTIES UNION
            FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA  94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING
7  JOREN LYONS (CA Bar No. 203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA  94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   TODD GALLINGER (CA Bar No. 238666), Of Counsel
11 COUNCIL ON AMERICAN-ISLAMIC RELATIONS
            (CAIR) – SAN FRANCISCO BAY AREA
12 3000 Scott Boulevard, Suite 212
   Santa Clara, CA 95054
13 Telephone:  (408) 986-9874
   Facsimile:  (408) 986-9875
14

15 Counsel for Defendants:

16 SCOTT N. SCHOOLS (SC Bar No. 9990)
   United States Attorney
17 JOANN W. SWANSON (CA Bar No. 88143)
   Chief, Civil Division
18 EDWARD A. OLSEN (CA Bar No. 214150)
   Assistant United States Attorney
19 450 Golden Gate Avenue, Box 36055
   San Francisco, CA  94102
20 Telephone:  (415) 436-6915
   Facsimile:  (415) 436-6927
21
   PETER D. KEISLER
22 United States Department of Justice
   Acting Attorney General
23 ELIZABETH J. STEVENS
   Senior Litigation Counsel, Office of Immigration Litigation
24 JEFFREY S. ROBINS
   Trial Attorney, Office of Immigration Litigation
25 P.O. Box 878, Ben Franklin Station
   Washington, D.C.  20044
26 Telephone:  (202) 616-1246
   Facsimile:  (202) 307-8801
27

28

Following a productive settlement conference with Magistrate Judge Bernard Zimmerman on January 29, 2008, the parties to the above-captioned action submit this Supplemental Joint Case Management Statement to request that certain dates in the case be continued while settlement discussions continue.  In particular, although counsel intend to appear for Plaintiffs' Motion for Partial Judgment currently scheduled for January 31, 2008, the parties jointly seek to continue both that motion and Plaintiffs' motion for class certification, currently set for hearing on February 21, 2008 to April 24, 2008 in order to allow the parties first to exhaust settlement possibilities at a March 26, 2008 settlement conference scheduled with Magistrate Judge Zimmerman.

The parties would like to retain the litigation schedule with respect to individual plaintiffs' claims, with one exception: to extend the non-expert discovery deadline from March 17 to April 7, 2008.

We therefore supplement the Joint Case Management Statement filed October 4, 2007, and seek to modify the Court's Case Management Order filed October 11, 2007, as indicated below in **bold typeface**:

| | |
|---|---|
| Last day for Defendants to file Opposition to Plaintiffs' Motion for Class Certification | **April 3, 2008** |
| Non-expert discovery cut-off | April 7, 2008 |
| Last day for Plaintiffs to file Reply in support of Motion for Class Certification | **April 10, 2008** |
| Deadline for expert witness disclosures | April 18, 2008 |
| Hearing on Plaintiffs' Motion for Class Certification | **April 24, 2008** |
| Hearing on Plaintiffs' Motion for Partial Judgment Under Rule 54(b) | **April 24, 2008** |
| Expert discovery cut-off | June 2, 2008 |
| Last day to file motions for summary judgment | July 17, 2008 |
| Last day to file oppositions to motions for summary judgment | July 31, 2008 |
| Last day to file reply memoranda re motions for summary judgment | August 7, 2008 |
| Hearing on motions for summary judgment | August 21, 2008 |

| Last day to serve motions in limine | August 26, 2008 |
|---|---|
| Last day to serve oppositions to motions in limine | September 5, 2008 |
| Last day to file motions in limine; last day to file joint proposed final pretrial order | September 9, 2008 |
| Pretrial conference | September 15, 2008 |
| Trial date | September 22, 2008 |

Dated:  January 30, 2008

Respectfully submitted,

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION OF NORTHERN
   CALIFORNIA
39 Drumm Street
San Francisco, CA  94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA  94103

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054

By:  _____/s/_____
JULIA HARUMI MASS

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: January 30, 2008 | SCOTT N. SCHOOLS<br>United States Attorney |
| 2 | | JOANN W. SWANSON<br>Chief, Civil Division |
| 3 | | EDWARD A. OLSEN<br>Assistant United States Attorney |
| 4 | | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102 |
| 5 | | |
| 6 | | PETER D. KEISLER<br>United States Department of Justice<br>Acting Attorney General |
| 7 | | ELIZABETH J. STEVENS<br>Senior Litigation Counsel, |
| 8 | | Office of Immigration Litigation<br>JEFFREY S. ROBINS |
| 9 | | Trial Attorney, Office of Immigration Litigation |
| 10 | | P.O. Box 878, Ben Franklin Station<br>Washington, D.C.  20044 |
| 11 | | |
| 12 | | By:  _____/s/_____<br>     JEFFREY S. ROBINS |
| 13 | | |
| 14 | | Attorneys for Defendants |

5

SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

The revised hearing dates and deadlines suggested in the Supplemental Joint Case Management Statement are hereby adopted by the Court. The parties are ordered to comply with this Order.

SO ORDERED.

Dated: January ___, 2008

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE