**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: January 29, 2008 @ 9:00 a.m.

TIME: 4 hours

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| AHMADI V. CHERTOFF | C07-3455 WHA (BZ) | ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** | |
| Yan Wang; Julia H Mass; Sin Yen Ling | Edward A. Olsen; Elizabeth J. Stevens; Jeffrey S. Robins | |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: _____

**PROCEEDINGS**

| | | | |
|---|---|---|---|
| ☐ | NONDISPOSITIVE MOTION | ☐ | INITIAL PRETRIAL CONFERENCE (CMC) |
| | ☐ CONTESTED | ☐ | DISCOVERY CONFERENCE |
| | ☐ UNCONTESTED | ☒ | SETTLEMENT CONFERENCE |
| ☐ | DISPOSITIVE MOTION | ☐ | FINAL PRETRIAL CONFERENCE |
| ☐ | EVIDENTIARY HEARING | ☐ | MOTION HEARING/ARGUMENT |
| ☐ | FEE APPLICATION | ☐ | IRS ENFORCEMENT ORDERS |
| ☐ | STATUS CONFERENCE | ☐ | OTHER: SPECIFY BELOW |

ORDER TO BE PREPARED BY:   ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO:   March 26, 2008 at 9:00 a.m.

**NOTES**

G:\BZALL\-REFS\REFS.08\AHMADI.MINUTE.ORD.wpd