**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: January 31, 2008

Case No.  C 07-03455 WHA

Title: ALIA AHMADI  v. MICHAEL CHERTOFF

Plaintiff Attorneys: Julia Mass; Cecillia Wang

Defense Attorneys: Ed Olsen; Jeffrey Robins

Deputy Clerk:  Dawn Toland

Court Reporter: Sahar McVickar

**PROCEEDINGS**

1)    Plt's Motion for Judgment - HELD

2)

Continued to _ for Claim Construction Hearing

**ORDERED AFTER HEARING:**

Court signed a proposed order re joint case management statement and postponed the hearing on this motion and the motion for class certification to allow the parties to appear before Magistrate Judge Zimmerman for settlement conference.