CECILLIA D. WANG (CA Bar No. 187782)
LUCAS GUTTENTAG (CA Bar No. 90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SCOVAJSA,<br><br>　　　　　Plaintiffs-Petitioners,<br><br>　v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>　　　　　Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**AMENDED SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER** |

1 | Additional Plaintiffs' counsel:

2 | JULIA HARUMI MASS (CA Bar No. 189649)
ALAN L. SCHLOSSER (CA Bar No. 49957)
3 | AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING
7 | JOREN LYONS (CA Bar No. 203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone: (415) 896-1701
Facsimile: (415) 896-1702
10 |
TODD GALLINGER (CA Bar No. 238666), Of Counsel
11 | COUNCIL ON AMERICAN-ISLAMIC RELATIONS
        (CAIR) – SAN FRANCISCO BAY AREA
12 | 3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
13 | Telephone: (408) 986-9874
Facsimile: (408) 986-9875
14 |

15 | Counsel for Defendants:

16 | SCOTT N. SCHOOLS (SC Bar No. 9990)
United States Attorney
17 | JOANN W. SWANSON (CA Bar No. 88143)
Chief, Civil Division
18 | EDWARD A. OLSEN (CA Bar No. 214150)
Assistant United States Attorney
19 | 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
20 | Telephone: (415) 436-6915
Facsimile: (415) 436-6927
21 |
PETER D. KEISLER
22 | United States Department of Justice
Acting Attorney General
23 | ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
24 | JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
25 | P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
26 | Telephone: (202) 616-1246
Facsimile: (202) 307-8801
27 |
28 |

AMENDED SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

Following a productive settlement conference with Magistrate Judge Bernard Zimmerman on January 29, 2008, the parties to the above-captioned action submit this Revised Joint Case Management Statement to request that certain dates in the case be continued while settlement discussions continue. In particular, although counsel intend to appear for Plaintiffs' Motion for Partial Judgment currently scheduled for January 31, 2008, the parties jointly seek to continue both that motion and Plaintiffs' motion for class certification, currently set for hearing on February 21, 2008, to April 24, 2008 in order to allow the parties first to exhaust settlement possibilities at a March 26, 2008 settlement conference scheduled with Magistrate Judge Zimmerman.

The parties would like to retain the litigation schedule with respect to individual plaintiffs' claims, with one exception: to extend the non-expert discovery deadline from March 17 to April 7, 2008.

We therefore supplement the Joint Case Management Statement filed October 4, 2007, and seek to modify the Court's Case Management Order filed October 11, 2007, as indicated below in **bold typeface**:

| | |
|---|---|
| Last day for Defendants to file Opposition to Plaintiffs' Motion for Class Certification | **April 3, 2008** |
| Non-expert discovery cut-off | **April 7, 2008** |
| Last day for Plaintiffs to file Reply in support of Motion for Class Certification | **April 10, 2008** |
| Deadline for expert witness disclosures | April 18, 2008 |
| Hearing on Plaintiffs' Motion for Class Certification | **April 24, 2008** |
| Hearing on Plaintiffs' Motion for Partial Judgment Under Rule 54(b) | **April 24, 2008** |
| Expert discovery cut-off | June 2, 2008 |
| Last day to file motions for summary judgment | July 17, 2008 |
| Last day to file oppositions to motions for summary judgment | July 31, 2008 |
| Last day to file reply memoranda re motions for summary judgment | August 7, 2008 |
| Hearing on motions for summary judgment | August 21, 2008 |

| | |
|---|---|
| Last day to serve motions in limine | August 26, 2008 |
| Last day to serve oppositions to motions in limine | September 5, 2008 |
| Last day to file motions in limine; last day to file joint proposed final pretrial order | September 9, 2008 |
| Pretrial conference | September 15, 2008 |
| Trial date | September 22, 2008 |

Dated:  February 1, 2008                                  Respectfully submitted,

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA  94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA  94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA  94103

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054

By:  _____/s/_____
     JULIA HARUMI MASS

Attorneys for Plaintiffs

| | |
|---|---|
| Dated:  February 1, 2008 | SCOTT N. SCHOOLS<br>United States Attorney<br>JOANN W. SWANSON<br>Chief, Civil Division<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102<br><br>PETER D. KEISLER<br>United States Department of Justice<br>Acting Attorney General<br>ELIZABETH J. STEVENS<br>Senior Litigation Counsel, Office of Immigration Litigation<br>JEFFREY S. ROBINS<br>Trial Attorney, Office of Immigration Litigation<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C.  20044<br><br>By:  _____/s/_____<br>       JEFFREY S. ROBINS<br><br>Attorneys for Defendants |

**ORDER**

The revised hearing dates and deadlines suggested in the Amended Supplemental Joint Case Management Statement are hereby adopted by the Court. The parties are ordered to comply with this Order.

SO ORDERED.

Dated: February ___, 2008

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

AMENDED SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

**CERTIFICATE OF SERVICE**

I, Julia Harumi Mass, declare as follows:

I hereby certify that today I filed the foregoing AMENDED SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at* aschlosser@aclunc.org |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>*at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>*at* lguttentag@aclu.org |
| Cecilia D. Wang<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>*at cwang@aclu.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>*at* edward.olsen@usdoj.gov |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>*at* elizabeth.stevens@usdoj.gov |
| Jeffrey S. Robins<br>United States Department of Justice | Via ECF<br>*at* jeffrey.robins@usdoj.gov |

In addition, I hereby certify that on this 1st day of February, 2008, true and correct copies of the AMENDED SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA  94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA  95054 |

/ / /

1
AMENDED SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT AND PROPOSED ORDER

1    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: February 1, 2008
          San Francisco, California

/ s /
JULIA HARUMI MASS