CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SCOVAJSA,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SCOVAJSA** |

1 | Additional counsel:

2 | JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
3 | AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING*
7 | JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702
10 |
*Application for admission pro hac vice forthcoming
11 |

12 | Of counsel:

13 | TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14 |    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
15 | Santa Clara, CA 95054
Telephone:  (408) 986-9874
16 | Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. Defendants are prepared to grant the naturalization applications of Plaintiffs Angel Gentchev, Jiwei Huang, Igor Ovchinnikov, Sergei Sapozhnikov, and Helga Scovajsa, and to administer the oath of citizenship, contingent upon the foregoing Plaintiffs' continued eligibility for naturalization, no later than March 14, 2008.

2. Defendants are prepared to grant the naturalization application of Plaintiff Alia Ahmadi and to administer the oath of citizenship, contingent upon her appearance for a second naturalization interview and her continued eligibility for naturalization. The parties stipulate that the second naturalization interview of Plaintiff Alia Ahmadi shall not include an examination on U.S. government and history. The parties further stipulate that the second naturalization interview of Plaintiff Alia Ahmadi shall take place no later than March 14, 2008, that her naturalization application shall be adjudicated no later than 30 days after the second naturalization interview, and that contingent upon Plaintiff Ahmadi's continued eligibility for naturalization, that she be administered the oath of citizenship prior to April 14, 2008.

3. Under the Ninth Circuit's decision in *United States v. Hovsepian*, 359 F.3d 1144, 1159-1164 (9th Cir. 2004), during the pendency of litigation under 8 U.S.C. § 1447(b), the government agency loses authority to act upon the pending naturalization application and the district court has exclusive jurisdiction. Thus, U.S. Citizenship and Immigration Services ("CIS") currently may not grant the naturalization applications of Plaintiffs Ahmadi, Gentchev, Huang, Ovchinnikov, Sapozhnikov and Scovajsa.

4. The individual 8 U.S.C. § 1447(b) claims of Plaintiffs Ahmadi, Gentchev, Huang, Ovchinnikov, Sapozhnikov, and Scovajsa, as stated in the First Cause of Action in the Second Amended Complaint therefore should be dismissed so that they may be naturalized. The parties agree that such dismissal shall be without prejudice. If Plaintiffs Gentchev, Huang, Ovchinnikov, Sapozhnikov, and Scovajsa are not sworn in as U.S. citizens by March 14, 2008, the Court shall resume jurisdiction over their claims. If Plaintiff Ahmadi is not re-interviewed

1  for naturalization by March 14, 2008, or if she is not sworn in as a U.S. citizen by April 14,
2  2008, the Court shall resume jurisdiction over her claim.
3       5.     This Stipulation does not affect the claims of Plaintiffs Ahmadi, Gentchev,
4  Huang, Ovchinnikov, Sapozhnikov and Scovajsa as to the Second, Third and Fourth Causes of
5  Action in the Second Amended Complaint, which were dismissed by the Court in an order dated
6  October 15, 2007.  The parties reserve all claims and arguments concerning the Second, Third
7  and Fourth Causes of Action.

| | |
|---|---|
| Dated:  February 15, 2008 | Respectfully submitted, |

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875


By:  _____/s/_____
     CECILLIA D. WANG

Attorneys for Plaintiffs-Petitioners

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Dated: February 15, 2008

SCOTT N. SCHOOLS
United States Attorney
JOANN W. SWANSON
Chief, Civil Division
EDWARD A. OLSEN
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 878, Ben Franklin Station
Washington, D.C.  20044

By:  _____/s/_____
     JEFFREY S. ROBINS

Attorneys for Defendants

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the individual claims of Plaintiffs Alia Ahmadi, Angel Gentchev, Jiwei Huang, Igor Ovchinnikov, Sergei Sapozhnikov, and Helga Scovajsa under 8 U.S.C. § 1447(b), as set forth in the First Cause of Action in the Second Amended Complaint, are hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(1), so that U.S. Citizenship and Immigration Services ("CIS") may grant their naturalization applications, contingent on Plaintiffs' continued eligibility for naturalization and, where appropriate, administer the oath of citizenship.

It is further ORDERED that in the event that CIS does not administer the oath of citizenship to Plaintiffs Gentchev, Huang, Ovchinnikov, Sapozhnikov and Scovajsa by March 14, 2008, those Plaintiffs may reinstate their claims before this Court by amending the pleadings in this matter.

If is further ORDERED that in the event that CIS does not re-interview Plaintiff Alia Ahmadi by March 14, 2008, or if she is not sworn in as a U.S. citizen by April 14, 2008, Plaintiff Ahmadi may reinstate her claim before this Court by amending the pleadings in this matter.

This Order does not affect the claims or arguments of Plaintiffs Ahmadi, Gentchev, Huang, Ovchinnikov, Sapozhnikov and Scovajsa as to the Second, Third and Fourth Causes of Action in the Second Amended Complaint.

SO ORDERED.

Dated: February ___, 2008

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SCOVAJSA with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that today I served true and correct copies of the STIPULATION OF PARTIAL DISMISSAL OF CLAIMS OF PLAINTIFFS ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SCOVAJSA by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1    I declare under penalty of perjury under the laws of the State of California that the above
2 is true and correct.

Dated:  February ___, 2008
        San Francisco, California

                                              _____/s/_____
                                              CECILLIA D. WANG