CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SKOVAJSA,<br><br>          Plaintiffs-Petitioners,<br><br>   v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>          Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**DECLARATION OF CECILLIA D. WANG IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Judge: Hon. William A. Alsup<br>Date: April 17, 2008<br>Time: 8:00 a.m. |

1 | <u>Additional counsel:</u>

2 | JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
3 | AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING*
7 | JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702
10 |
*Application for admission pro hac vice forthcoming
11 |

12 | <u>Of counsel:</u>

13 | TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14 |    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
15 | Santa Clara, CA 95054
Telephone:  (408) 986-9874
16 | Facsimile:  (408) 986-9875

17
18
19
20
21
22
23
24
25
26
27
28

1   I, Cecillia D. Wang, hereby declare under penalty of perjury as follows:

2   1.   I am an attorney admitted to practice in the State of California and a member in good standing of the Bar of this Court. I am one of the counsel for Plaintiffs in this matter. I make this Declaration in support of the Plaintiffs' Motion for Leave to File a Third Amended Complaint. Except where indicated, I make this Declaration based upon personal knowledge.

3   2.   Attached hereto as Exhibit A is a true and correct copy of the First Amended Complaint in *Zhang v. Still*, No. 07-305-SBA, a predecessor to the instant action that was filed in this District and subsequently dismissed upon the stipulation of the parties. I obtained and printed this true and correct copy from this Court's Electronic Case Filing system.

4   3.   Attached hereto as Exhibit B is a true and correct copy of the defendants' Motion to Dismiss in *Zhang v. Still*, No. 07-305-SBA, including the original attachments. I obtained and printed this true and correct copy from this Court's Electronic Case Filing system.

5   4.   On March 3, 2008, counsel for Defendants informed me that they would not consent to the filing of an amended complaint.

6   5.   I am informed and believe that Plaintiffs Angel Gentchev, Jiwei Huang, Igor Ovchinnikov, Sergei Sapozhnikov and Helga Scovajsa took the oath of naturalization on March 11, 2008.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: March 13, 2008
San Francisco, California

_____/s/_____
CECILLIA D. WANG

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that on this date, I electronically filed the foregoing DECLARATION OF CECILLIA D. WANG IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>*at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>*at lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>*at edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>*at elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>*at jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this date, I served true and correct copies of the DECLARATION OF CECILLIA D. WANG IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

1 is true and correct.

2 Dated: March 13, 2008
3        San Francisco, California

4                                                                 _____/s/_____
                                                                CECILLIA D. WANG