1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

8

9                UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12

13  ALIA AHMADI, ANGEL GENTCHEV,
    JIWEI HUANG, IGOR OVCHINNIKOV,
    SERGEI SAPOZHNIKOV, and HELGA
14  SKOVAJSA,
                                              Case No. 07-CV-3455-WHA
15           Plaintiffs-Petitioners,

16      v.                                    **DECLARATION OF SIN YEN LING IN
                                              SUPPORT OF PLAINTIFFS' MOTION
17  MICHAEL CHERTOFF, U.S. Secretary of       FOR LEAVE TO FILE THIRD
    Homeland Security; ROBERT S. MUELLER      AMENDED COMPLAINT**
18  III, Director of the Federal Bureau of
    Investigation; MICHAEL MUKASEY,           Judge: Hon. William A. Alsup
19  Attorney General of the United States;    Date:  April 17, 2008
    EMILIO T. GONZALEZ, Director, U.S.        Time:  8:00 a.m.
20  Department of Homeland Security, Bureau of
    Citizenship and Immigration Services; DAVID
21  STILL, District Director, U.S. Department of
    Homeland Security, Bureau of Citizenship and
22  Immigration Services, San Francisco District,

23           Defendants-Respondents.

24

25

26

27

28

                              1
                 DECLARATION OF SIN YEN LING
                       07-CV-3455-WHA

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
16 Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

1  I, Sin Yen Ling, hereby declare under penalty of perjury as follows:

2  1.  I am an attorney admitted to practice in the State of New York. I am one of the counsel for Plaintiffs in this matter. I make this Declaration in support of the Plaintiffs' Motion for Leave to File a Third Amended Complaint. I make this Declaration based upon personal knowledge.

3  2.  On March 4, 2008, I accompanied Plaintiff Alia Ahmadi to a second naturalization interview.

4  3.  At the conclusion of Ms. Ahmadi's second naturalization interview, the examining officer informed me that U.S. Citizenship and Immigration Services intended to grant the naturalization application contingent upon Ms. Ahmadi's submission of additional evidence by April 1, 2008.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: March 13, 2008
San Francisco, California

_____/s/_____
SIN YEN LING

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that on this date, I electronically filed the foregoing DECLARATION OF SIN YEN LING IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF<br>at aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF<br>at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF<br>at lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF<br>at jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF<br>at edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF<br>at elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF<br>at jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this date, I served true and correct copies of the DECLARATION OF SIN YEN LING IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

1  is true and correct.

2  Dated: March 13, 2008
3         San Francisco, California

4                                                         _____/s/_____
                                                         CECILLIA D. WANG