CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALIA AHMADI, ANGEL GENTCHEV, JIWEI HUANG, IGOR OVCHINNIKOV, SERGEI SAPOZHNIKOV, and HELGA SKOVAJSA,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**AMENDED NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT TO ADD NEW PLAINTIFFS**<br><br>**CLASS ACTION**<br><br>Judge: Hon. William A. Alsup<br>Date: April 24, 2008<br>Time: 8:00 a.m. |

1  Additional counsel:

2  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
3  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
4  39 Drumm Street
   San Francisco, CA 94111
5  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
6
   SIN YEN LING*
7  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
8  939 Market Street, Suite 201
   San Francisco, CA 94103
9  Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
10
   *Application for admission pro hac vice forthcoming
11

12 Of counsel:

13 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
15 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
16 Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
NO. 07-3455-WHA

**AMENDED NOTICE OF MOTION**

TO THE COURT, ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on April 24, 2008, at 8:00 a.m., before the Honorable William H. Alsup, at the United States Courthouse at 450 Golden Gate Avenue, San Francisco, California, Plaintiffs will and hereby do move the Court for leave to file a Third Amended Complaint, pursuant to Federal Rule of Civil Procedure 15(a)(2), for the purpose of (1) adding new plaintiffs to serve as class representatives pending disposition of the Motion for Class Certification scheduled for hearing on April 24, 2008; and (2) restoring allegations relating to four Plaintiffs that were inadvertently omitted from the Second Amended Complaint.

Plaintiffs filed the original notice of this motion on March 13, 2008, scheduling the hearing for April 17, 2008. On March 14, 2008, the Court informed Plaintiffs that it will not hold its regular civil motions calendar on April 17, 2008, and requested that Plaintiffs file this amended notice of motion, re-scheduling the hearing on the motion for the next available civil motions calendar, April 24, 2008.

Plaintiffs' motion is based upon this Amended Notice of Motion and the original Notice of Motion, attached Memorandum of Points and Authorities, and the declarations of Cecillia D. Wang and Sin Yen Ling filed on March 13, 2008.

Dated: March 14, 2008                                   Respectfully submitted,


_____/s/_____
CECILLIA D. WANG
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that on this date, I electronically filed the foregoing AMENDED NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>*at joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>*at lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>*at jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>*at edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>*at elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>*at jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this date, I served true and correct copies of the AMENDED NOTICE OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

1  is true and correct.

2

3  Dated: March 14, 2008
       San Francisco, California

4
                                          _____/s/_____
5                                         CECILLIA D. WANG