1  SCOTT N. SCHOOLS, SC 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney
         450 Golden Gate Avenue, Box 36055
5        San Francisco, California 94102
         Telephone: (415) 436-6915
6        FAX: (415) 436-6927

7  JEFFREY S. BUCHOLTZ
   United States Department of Justice
8  Acting Assistant Attorney General, Civil Division
   ELIZABETH J. STEVENS VSBN 47445
9  Senior Litigation Counsel
   Office of Immigration Litigation
10 JEFFREY S. ROBINS NY SBN 4355244
   Trial Attorney
11       P.O. Box 878, Ben Franklin Station
         Washington, D.C. 20044
12       Telephone: (202) 616-1246
         FAX: (202) 353-7000
13       Attorneys for Defendants

14 Attorneys for Defendants-Respondents

15

16                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
17                        SAN FRANCISCO DIVISION

18 ALIA AHMADI, et al.,

19              Plaintiffs-Petitioners,

20     v.                                          Case No. 07-CV-3455-WHA

21 MICHAEL CHERTOFF, U.S. Secretary of
   Homeland Security, et al,                      **STIPULATION TO REMOVE
22                                                MEDIATION CONFERENCE OF
                Defendants-Respondents.           MARCH 26, 2008, FROM CALENDAR**
23

24

25

26

27

28

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. Pursuant to an order of the Court, the parties participated in a Settlement Conference with Magistrate Judge Zimmerman on January 29, 2008.

2. At the conclusion of the settlement conference on January 29, 2008, the parties scheduled a supplemental settlement conference to take place March 26, 2008 and Magistrate Judge Zimmerman ordered the parties to communicate with him on or before March 3, 2008 to confirm that the March 26, 2008 settlement conference would go forward.

3. On March 3, 2008, the parties agreed to go forward with the March 26 supplemental settlement conference and communicated that intention to Magistrate Judge Zimmerman through a letter sent by Plaintiffs' counsel.

4. After lengthy and serious internal discussions, Defendants informed Plaintiffs on or about March 20, 2008, that they wished to withdraw from settlement negotiations. Plaintiffs would continue to engage in settlement negotiations but for Defendants' position.

5. As Defendants have expressed their intention to withdraw from settlement negotiations, and at the request of Magistrate Judge Zimmerman, the parties submit this stipulation, agreeing that the supplemental settlement conference, currently set for March 26, 2008, should be removed from the Court's calendar.

| | |
|---|---|
| 1  Dated: March 21, 2008 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | JOANN W. SWANSON<br>Chief, Civil Division |
| 4 | EDWARD A. OLSEN<br>Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102 |
| 6 | |
| 7 | JEFFREY S. BUCHOLTZ<br>United States Department of Justice<br>Acting Assistant Attorney General |
| 8 | Civil Division<br>ELIZABETH J. STEVENS |
| 9 | Senior Litigation Counsel, Office of<br>Immigration Litigation |
| 10 | JEFFREY S. ROBINS<br>Trial Attorney, Office of Immigration |
| 11 | Litigation<br>P.O. Box 878, Ben Franklin Station |
| 12 | Washington, D.C.  20044 |
| 13 | |
| 14 | By:  _____/s/_____<br>ELIZABETH J. STEVENS |
| 15 | Attorneys for Defendants |

3

STIPULATION TO REMOVE MEDIATION CONFERENCE OF MARCH 26, 2008, FROM CALENDAR
CASE NO. 07-CV-3455-WHA

| | |
|---|---|
| Dated: March 21, 2008 | CECILLIA D. WANG<br>LUCAS GUTTENTAG<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br><br>JULIA HARUMI MASS<br>ALAN L. SCHLOSSER<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA<br>39 Drumm Street<br>San Francisco, CA 94111<br><br>SIN YEN LING<br>JOREN LYONS<br>ASIAN LAW CAUCUS<br>939 Market Street, Suite 201<br>San Francisco, CA 94103<br>Telephone: (415) 896-1701<br>Facsimile: (415) 896-1702<br><br>TODD GALLINGER<br>Of Counsel<br>COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR) – SAN FRANCISCO BAY AREA<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054<br>Telephone: (408) 986-9874<br>Facsimile: (408) 986-9875<br><br>By: _____/s/_____<br>JULIA HARUMI MASS<br><br>Attorneys for Plaintiffs-Petitioners |

1 **ORDER**

2     Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the mediation

3 conference set for March 26, 2008 be taken off calendar.

4     .

5     SO ORDERED.

6 Dated:  March  ___, 2008

                                                  _____
                                                  HON. BERNARD ZIMMERMAN
                                                  UNITED STATES MAGISTRATE JUDGE