1 | SCOTT N. SCHOOLS, SC 9990
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 | Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
5 |     San Francisco, California 94102
    Telephone: (415) 436-6915
6 |     FAX: (415) 436-6927

7 | JEFFREY S. BUCHOLTZ
United States Department of Justice
8 | Acting Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
9 | Senior Litigation Counsel
Office of Immigration Litigation
10 | JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney
11 |     P.O. Box 878, Ben Franklin Station
    Washington, D.C. 20044
12 |     Telephone: (202) 616-1246
    FAX: (202) 353-7000
13 |     Attorneys for Defendants

14 | Attorneys for Defendants-Respondents

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| ALIA AHMADI, et al., | |
|---|---|
| Plaintiffs-Petitioners, | |
| v. | Case No. 07-CV-3455-WHA |
| MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, et al, | **STIPULATION TO REMOVE MEDIATION CONFERENCE OF MARCH 26, 2008, FROM CALENDAR** |
| Defendants-Respondents. | |

1
STIPULATION TO REMOVE MEDIATION CONFERENCE OF MARCH 26, 2008, FROM CALENDAR
CASE NO. 07-CV-3455-WHA

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. Pursuant to an order of the Court, the parties participated in a Settlement Conference with Magistrate Judge Zimmerman on January 29, 2008.

2. At the conclusion of the settlement conference on January 29, 2008, the parties scheduled a supplemental settlement conference to take place March 26, 2008 and Magistrate Judge Zimmerman ordered the parties to communicate with him on or before March 3, 2008 to confirm that the March 26, 2008 settlement conference would go forward.

3. On March 3, 2008, the parties agreed to go forward with the March 26 supplemental settlement conference and communicated that intention to Magistrate Judge Zimmerman through a letter sent by Plaintiffs' counsel.

4. After lengthy and serious internal discussions, Defendants informed Plaintiffs on or about March 20, 2008, that they wished to withdraw from settlement negotiations. Plaintiffs would continue to engage in settlement negotiations but for Defendants' position.

5. As Defendants have expressed their intention to withdraw from settlement negotiations, and at the request of Magistrate Judge Zimmerman, the parties submit this stipulation, agreeing that the supplemental settlement conference, currently set for March 26, 2008, should be removed from the Court's calendar.

| | | |
|---|---|---|
| 1 | Dated: March 21, 2008 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | | JOANN W. SWANSON<br>Chief, Civil Division |
| 4 | | EDWARD A. OLSEN<br>Assistant United States Attorney |
| 5 | | 450 Golden Gate Avenue, Box 36055<br>San Francisco, CA 94102 |
| 6 | | |
| 7 | | JEFFREY S. BUCHOLTZ<br>United States Department of Justice<br>Acting Assistant Attorney General |
| 8 | | Civil Division<br>ELIZABETH J. STEVENS |
| 9 | | Senior Litigation Counsel, Office of<br>Immigration Litigation |
| 10 | | JEFFREY S. ROBINS<br>Trial Attorney, Office of Immigration |
| 11 | | Litigation<br>P.O. Box 878, Ben Franklin Station |
| 12 | | Washington, D.C. 20044 |
| 13 | | |
| 14 | | By:   _____/s/_____<br>ELIZABETH J. STEVENS |
| 15 | | Attorneys for Defendants |

| | |
|---|---|
| 1   Dated: March 21, 2008 | CECILLIA D. WANG |
| | LUCAS GUTTENTAG |
| 2 | AMERICAN CIVIL LIBERTIES UNION |
| |    FOUNDATION |
| 3 | IMMIGRANTS' RIGHTS PROJECT |
| | 39 Drumm Street |
| 4 | San Francisco, CA 94111 |

Dated: March 21, 2008

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN
  CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
  RELATIONS (CAIR) – SAN
  FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875


By: _____/s/_____
    JULIA HARUMI MASS

Attorneys for Plaintiffs-Petitioners

**ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the mediation conference set for March 26, 2008 be taken off calendar.

.

SO ORDERED.

Dated:  March  24 , 2008

_____
HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE