IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIA AHMADI, IGOR OVCHINNIKOV, and SERGEI SAPOZHNIKOV,<br><br>            Plaintiffs,<br><br>    v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security, ROBERT S. MUELLER, III, Director of the Federal Bureau of Investigation, MICHAEL MUKASEY, Attorney General of the United States, EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship an Immigration Services, DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>            Defendants.<br>_____/ | No. C 07-03455 WHA<br><br>**RULE 54(b) JUDGMENT** |

For the reasons stated in the accompanying order granting plaintiffs' motion for entry of judgment pursuant to FRCP 54(b), **FINAL JUDGMENT IS HEREBY ENTERED** in favor of defendants and against plaintiffs Alia Ahmadi, Igor Ovchinnikov, and Sergei Sapozhnikov (parties to this action when the October 15, 2007, order was issued) with respect to the following claims: claim two for unreasonable delay in violation of the Administrative Procedure Act, claim three for failure to follow notice-and-comment requirements of the Administrative Procedure Act, and claim four for violation of the Fifth Amendment due process clause. These three claims are separable from plaintiffs' remaining individual claims under

8 U.S.C. 1447(b), and were fully adjudicated by the October 15 order. This order finds that there is no just reason for delaying an appeal of these issues.

**IT IS SO ORDERED.**

Dated: April 25, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE