UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: April 24, 2008

Case No.  C 07-03455 WHA

Title: ALIA AHMADI v. MICHAEL CHERTOFF

Plaintiff Attorneys: Cecillia Wang; Julia Mass

Defense Attorneys: Ed Olsen; Jeffrey Robins

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Wyatt

**PROCEEDINGS**

1)   Plaintiffs' Motions - Taken Under Submission

2)   _____


Continued to ___ for Further Case Management Conference

Continued to ___ for Pretrial Conference

Continued to ___ for Jury Trial

**ORDERED AFTER HEARING:**