1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

FILED
08 JUN 13 PM 3:47

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALIA AHMADI, IGOR OVCHINNIKOV, and SERGEI SAPOZHNIKOV,

Plaintiffs,

v.

MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,

Defendants.

Case No. 07-CV-3455-WHA

**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**

Fed. R. App. P. 3, 12(b); 9th Circuit R. 3-2

Judge: Hon. William A. Alsup

---

1
NOTICE OF APPEAL AND REPRESENTATION STATEMENT
No. 07-CV-3455-WHA

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
  (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875

1 **NOTICE OF APPEAL**

2 Please take notice that Plaintiffs Alia Ahmadi, Igor Ovchinnikov and Sergei Sapozhnikov
3 hereby appeal to the United States Court of Appeals for the Ninth Circuit from the District
4 Court's Order Granting in Part and Denying in Part Motion to Dismiss dated October 15, 2007
5 (Dkt. #38), insofar as that Order dismissed Plaintiffs' claims of unreasonable delay in violation
6 of the Administrative Procedure Act, failure to follow notice-and-comment requirement of the
7 Administrative Procedure Act, and violation of the Fifth Amendment due process clause. Those
8 portions of the October 15, 2007 memorandum order were made a final and appealable partial
9 judgment pursuant to Federal Rule of Civil Procedure 54(b) by the District Court's Order
10 Granting Plaintiffs' Motion for Rule 54(b) Judgment (Dkt. #76) and Judgment dated April 25,
11 2008 (Dkt. #77).

# REPRESENTATION STATEMENT

Pursuant to Federal Rule of Appellate Procedure 12(b) and Ninth Circuit Rule 3-2, Plaintiffs submit this representation statement listing the parties to this appeal and their respective counsel:

## I. Plaintiffs/Appellants.

The Plaintiffs/Appellants in this appeal and their respective addresses and telephone numbers are:

ALIA AHMADI
4140 Wakefield Loop
Fremont, CA 94536
(510) 742-0559

IGOR OVCHINNIKOV
869 37th Avenue
San Francisco, CA 94121
(415) 933-6005

SERGEI SAPOZHNIKOV
2356 Tice Valley Blvd
Walnut Creek, CA 94595
(925) 788-6136

Plaintiffs/Appellants are represented by the following counsel of record:

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
  FOUNDATION OF NORTHERN
  CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

| | |
|---|---|
| 1 | SIN YEN LING |
|  | JOREN LYONS |
| 2 | ASIAN LAW CAUCUS |
|  | 939 Market Street, Suite 201 |
| 3 | San Francisco, CA 94103 |
|  | Telephone: (415) 896-1701 |
| 4 | Facsimile: (415) 896-1702 |
| 5 | TODD GALLINGER |
|  | Of Counsel |
| 6 | COUNCIL ON AMERICAN-ISLAMIC |
|  |    RELATIONS (CAIR) – SAN FRANCISCO BAY AREA |
| 7 | 3000 Scott Boulevard, Suite 212 |
|  | Santa Clara, CA 95054 |
| 8 | Telephone: (408) 986-9874 |
|  | Facsimile: (408) 986-9875 |
| 9 | |
| 10 | **II. Defendants/Respondents.** |
| 11 |     The Defendants/Respondents in this appeal and their respective addresses are: |
| 12 | MICHAEL CHERTOFF, U.S. Secretary of Homeland Security |
| 13 | U.S. Department of Homeland Security |
|  | Washington, D.C. 20528 |
| 14 | |
|  | ROBERT S. MUELLER III, Director, Federal Bureau of Investigation |
| 15 | J. Edgar Hoover Building |
|  | 935 Pennsylvania Avenue, NW |
| 16 | Washington, D.C. 20535-001 |
| 17 | |
|  | MICHAEL MUKASEY, Attorney General of the United States |
| 18 | Department of Justice |
|  | 950 Pennsylvania Avenue, NW |
| 19 | Washington, D.C. 20530-001 |
| 20 | JONATHAN SCHARFEN, Acting Director |
|  | U.S. Department of Homeland Security |
| 21 | Bureau of U.S. Citizenship and Immigration Services |
|  | 20 Massachusetts Avenue, N.W. |
| 22 | Washington, D.C. 20529 |
| 23 | |
|  | DAVID STILL, District Director |
| 24 | U.S. Department of Homeland Security |
|  | Bureau of Citizenship and Immigration Services, San Francisco District. |
| 25 | Washington D.C. 20528 |
| 26 | |
| 27 | |
| 28 | |

1     Defendants/Respondents are represented by the following counsel of record:

2 SCOTT N. SCHOOLS
United States Attorney
3 JOANN W. SWANSON
Chief, Civil Division
4 EDWARD A. OLSEN
Assistant United States Attorney
5 450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
6

7 PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
8 ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
9 JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
10 P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044
11

12 / / /

13 / / /

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| Dated: June 13, 2008 | Respectfully submitted, |
| | CECILLIA D. WANG |
| | LUCAS GUTTENTAG |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION |
| | IMMIGRANTS' RIGHTS PROJECT |
| | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | |
| | JULIA HARUMI MASS |
| | ALAN L. SCHLOSSER |
| | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA |
| | 39 Drumm Street |
| | San Francisco, CA 94111 |
| | |
| | SIN YEN LING |
| | JOREN LYONS |
| | ASIAN LAW CAUCUS |
| | 939 Market Street, Suite 201 |
| | San Francisco, CA 94103 |
| | Telephone: (415) 896-1701 |
| | Facsimile: (415) 896-1702 |
| | |
| | TODD GALLINGER |
| | Of Counsel |
| | COUNCIL ON AMERICAN-ISLAMIC RELATIONS (CAIR) – SAN FRANCISCO BAY AREA |
| | 3000 Scott Boulevard, Suite 212 |
| | Santa Clara, CA 95054 |
| | Telephone: (408) 986-9874 |
| | Facsimile: (408) 986-9875 |
| | |
| | By: /s/ Cecillia D. Wang |
| | CECILLIA D. WANG |
| | |
| | Attorneys for Plaintiffs |

# CERTIFICATE OF SERVICE

I, Jessica Paz-Cedillos, declare as follows:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court at whose direction the following service was made. I am over the age of eighteen years and am not a party to the within action. My business address is the American Civil Liberties Union Foundation, Immigrants' Rights Project, 39 Drumm Street, San Francisco, CA 94111.

On this day, I served one copy of the foregoing **NOTICE OF APPEAL AND REPRESENTATION STATEMENT** by U.S. mail, first-class, postage pre-paid, addressed to the following:

Edward A. Olsen
United States Attorney's Office
450 Golden Gate Avenue
Box 36055
San Francisco, CA 94102

Elizabeth J. Stevens
United States Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Jeffrey S. Robins
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

I declare under penalty of perjury that the above is true and correct.

Date: June 13, 2008
San Francisco, California

*/s/ Jessica Paz-Cedillos*