UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

June 18, 2008

**CASE INFORMATION:**
Short Case Title:  ALIA AHMADI -v- MICHAEL CHERTOFF
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: Northern District of California, Judge William Alsup
Criminal and/or Civil Case No.:  CV 07-03455 WHA
Date Complaint/Indictment/Petition Filed: 07/02/07
Date Appealed order/judgment *entered* 04/25/08
Date NOA *filed* 06/13/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)       ☐ denied in full (send record)
                          ☐ granted in part (attach order)       ☐ pending

Court Reporter(s) Name & Phone Number:

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 06/13/08        Date Docket Fee Billed:
Date FP granted:                       Date FP denied:
Is FP pending? ☐ yes  X no             Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes   x no
Companion Cases?  Please list: N/A

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:  Cecillia Derphine Wang        Appellee Counsel: Jeffrey S. Robins
American Civil Liberties Union Foundation         U.S. Department of Justice, Civil Division
Immigrants Rights Project                         Office of Immigration Litigation
39 Drumm Street                                   P.O. Box 878, Ben Franklin Station
San Francisco, CA 94111                           Washington, DC 20044
415-343-0775                                      202-616-1246
Fax: 415-395-0950                                 Fax: 202-233-0397
Email: cwang@aclu.org                             Email: jeffrey.robins@usdoj.gov


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☒ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                           Address:
Custody:
Bail:

**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                        9th Circuit Docket Number:

Name & Phone Number of Person Completing this Form: Susan Imbriani
(415) 522-2061