1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
        FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,<br><br>           Plaintiffs-Petitioners,<br><br>      v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>           Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>**Local Civil Rule 6-2**<br><br>Judge:  Hon. William H. Alsup<br>Previous Date:  July 10, 2008<br>New Date:  July 17, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor |

1

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming


Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
   (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On June 18, 2008, Defendants filed a motion to dismiss in part, remand in part, and strike in part Plaintiffs' Third Amended Complaint. Defendants noticed the motion for a hearing date of July 10, 2008 ("Motion").

2. The parties have engaged in an effort to reach agreement on acceptable terms for a stipulated dismissal of the Third Amended Complaint, but have not completed their negotiations prior to the due date for Plaintiffs' opposition or statement of nonopposition in response to Defendants' Motion.

3. In order to allow the parties to exhaust efforts to reach a stipulated resolution of the Third Amended Complaint, the parties stipulate pursuant to Local Civil Rule 6-2 to continue the hearing date on Defendants' Motion to July 17, 2008.

4. There have been no previous continuances in this case and the proposed continuance of one week will have a negligible effect on the schedule for this case.

| | |
|---|---|
| Dated: June 19, 2008 | Respectfully submitted, |

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

SIN YEN LING
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875

By: _____/s/_____
    JULIA HARUMI MASS

Attorneys for Plaintiffs-Petitioners

| | |
|---|---|
| Dated: June 19, 2008 | SCOTT N. SCHOOLS<br>United States Attorney<br>JOANN W. SWANSON<br>Chief, Civil Division<br>EDWARD A. OLSEN<br>Assistant United States Attorney<br>450 Golden Gate Avenue, Box 36055<br>San Francisco, CA  94102<br><br>GREG KATSAS<br>United States Department of Justice<br>Acting Assistant Attorney General, Civil Division<br>ELIZABETH J. STEVENS<br>Assistant Director, Office of Immigration Litigation<br>JEFFREY S. ROBINS<br>Trial Attorney, Office of Immigration Litigation, District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C.  20044<br><br>By:  _____/s/_____<br>JEFFREY S. ROBINS<br><br>Attorneys for Defendants |

1
2 **<u>ORDER</u>**
3
4    Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the hearing
5 on Defendants' Motion to Dismiss in part, to Remand in part, and to Strike in part Plaintiffs'
6 Third Amended Complaint will be continued to July 17, 2008.
7      SO ORDERED.
8
9 Dated:  June ___, 2008
10
11                                          _____
                                             HON. WILLIAM H. ALSUP
12                                           UNITED STATES DISTRICT JUDGE
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Julia Harumi Mass, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that today I served true and correct copies of the STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.

3

4  Dated:  June 19, 2008
         San Francisco, California

5
                                                    _____/s/_____
6                                                   JULIA HARUMI MASS