1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12

13  AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,

14              Plaintiffs-Petitioners,
                                              Case No. 07-CV-3455-WHA
15       v.

16  MICHAEL CHERTOFF, U.S. Secretary of       **DECLARATION OF JULIA HARUMI**
    Homeland Security; ROBERT S. MUELLER      **MASS IN SUPPORT OF STIPULATION**
17  III, Director of the Federal Bureau of    **TO CONTINUE HEARING ON MOTION**
    Investigation; MICHAEL MUKASEY,           **TO DISMISS**
18  Attorney General of the United States;
    JONATHAN SCHARFEN, Acting Director,
19  U.S. Department of Homeland Security,     **Local Civil Rule 6-2**
    Bureau of Citizenship and Immigration
20  Services; DAVID STILL, District Director, Judge:  Hon. William H. Alsup
    U.S. Department of Homeland Security,     Previous Date: July 10, 2008
21  Bureau of Citizenship and Immigration     New Date: July 17, 2008
    Services, San Francisco District,         Time: 8:00 a.m.
22                                            Courtroom: 9, 19th Floor
               Defendants-Respondents.
23

24

25

26

27
                                      1
28
    DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON
                                  MOTION TO DISMISS
                               CASE NO. 07-CV-3455-WHA

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
  (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS
CASE NO. 07-CV-3455-WHA

I, Julia Harumi Mass, hereby declare under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of California and a member of good standing of the Bar of this Court. I am one of the counsel for Plaintiffs in this matter. I make this Declaration in support of the parties' stipulation to continue the hearing date on Defendants' motion to dismiss in part, remand in part, and strike in part Plaintiffs' Third Amended Complaint ("Motion").

2. Defendants filed their Motion on June 18, 2008 and noticed the Motion for a hearing date of July 10, 2008

3. In the last week, the parties have engaged in an effort to reach agreement on acceptable terms for a stipulated dismissal of the Third Amended Complaint, but have not completed their negotiations prior to the due date for Plaintiffs' opposition or statement of nonopposition in response to Defendants' Motion.

4. In order to allow the parties to exhaust efforts to reach a stipulated resolution of the Third Amended Complaint, the parties stipulate pursuant to Local Civil Rule 6-2 to continue the hearing date on Defendants' Motion to July 17, 2008.

5. The instant motion has not been previously continued, and there have been few if any continuances in this case. I do not remember any stipulated or other continuances prior to the instant stipulation. The proposed continuance of one week will have a negligible effect on the schedule for this case.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on June 19, 2008 in San Francisco, California.

_____/s/_____

JULIA HARUMI MASS

3

DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS
CASE NO. 07-CV-3455-WHA

# CERTIFICATE OF SERVICE

I, Julia Harumi Mass, declare as follows:     I hereby certify that today I electronically filed the foregoing DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

    Alan Lawrence Schlosser      *Via ECF*
    American Civil Liberties Union      *at aschlosser@aclunc.org*
      Foundation of Northern California

    Joren Lyons      *Via ECF*
    Asian Law Caucus      *at joren@asianlawcaucus.org*

    Lucas Guttentag      *Via ECF*
    American Civil Liberties Union      *at lguttentag@aclu.org*
      Immigrants' Rights Project

    Julia Harumi Mass      *Via ECF*
    American Civil Liberties Union      *at jmass@aclunc.org*
      Foundation of Northern California

    Edward A. Olsen      *Via ECF*
    United States Attorney's Office      *at edward.olsen@usdoj.gov*

    Elizabeth J. Stevens      *Via ECF*
    United States Department of Justice      *at elizabeth.stevens@usdoj.gov*

    Jeffrey S. Robins      *Via ECF*
    United States Department of Justice      *at jeffrey.robins@usdoj.gov*

In addition, I hereby certify that today I served true and correct copies of the DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS by U.S. Mail on the following non-ECF filers:

    Sin Yen Ling      Todd Gallinger
    Asian Law Caucus      Council on American-Islamic Relations
    939 Market Street, Suite 201      3000 Scott Boulevard, Suite 212
    San Francisco, CA 94103      Santa Clara, CA 95054

DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS
CASE NO. 07-CV-3455-WHA

1

2   I declare under penalty of perjury under the laws of the State of California that the above

3   is true and correct.

4

5   Dated:  June 19, 2008
              San Francisco, California

6

7                                                          _____/s/_____
                                                           JULIA HARUMI MASS

8

5

DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF STIPULATION TO CONTINUE HEARING ON
MOTION TO DISMISS
CASE NO. 07-CV-3455-WHA