1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,<br><br>    Plaintiffs-Petitioners,<br><br>    v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>    Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER**<br><br>**Local Civil Rule 6-2**<br><br>Judge:  Hon. William H. Alsup<br>Previous Date:  July 10, 2008<br>New Date:  July 17, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor |

1

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 07-CV-3455-WHA

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
   (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

The parties hereby stipulate and agree as follows:

1. On June 18, 2008, Defendants filed a motion to dismiss in part, remand in part, and strike in part Plaintiffs' Third Amended Complaint. Defendants noticed the motion for a hearing date of July 10, 2008 ("Motion").

2. The parties have engaged in an effort to reach agreement on acceptable terms for a stipulated dismissal of the Third Amended Complaint, but have not completed their negotiations prior to the due date for Plaintiffs' opposition or statement of nonopposition in response to Defendants' Motion.

3. In order to allow the parties to exhaust efforts to reach a stipulated resolution of the Third Amended Complaint, the parties stipulate pursuant to Local Civil Rule 6-2 to continue the hearing date on Defendants' Motion to July 17, 2008.

4. There have been no previous continuances in this case and the proposed continuance of one week will have a negligible effect on the schedule for this case.

1  Dated: June 19, 2008                              Respectfully submitted,

2                                                    CECILLIA D. WANG
                                                     LUCAS GUTTENTAG
3                                                    AMERICAN CIVIL LIBERTIES UNION
                                                         FOUNDATION
4                                                    IMMIGRANTS' RIGHTS PROJECT
                                                     39 Drumm Street
5                                                    San Francisco, CA 94111

6                                                    JULIA HARUMI MASS
                                                     ALAN L. SCHLOSSER
7                                                    AMERICAN CIVIL LIBERTIES UNION
                                                         FOUNDATION OF NORTHERN
8                                                        CALIFORNIA
                                                     39 Drumm Street
9                                                    San Francisco, CA 94111

10                                                   SIN YEN LING
                                                     JOREN LYONS
11                                                   ASIAN LAW CAUCUS
                                                     939 Market Street, Suite 201
12                                                   San Francisco, CA 94103
                                                     Telephone: (415) 896-1701
13                                                   Facsimile: (415) 896-1702

14                                                   TODD GALLINGER
                                                     Of Counsel
15                                                   COUNCIL ON AMERICAN-ISLAMIC
                                                         RELATIONS (CAIR) – SAN
16                                                   FRANCISCO BAY AREA
                                                     3000 Scott Boulevard, Suite 212
17                                                   Santa Clara, CA 95054
                                                     Telephone: (408) 986-9874
18                                                   Facsimile: (408) 986-9875

19
                                             By:  _____/s/_____
20                                                JULIA HARUMI MASS

21                                                Attorneys for Plaintiffs-Petitioners

22

23

24

25

26

27
                                                 4
28

STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS
CASE NO. 07-CV-3455-WHA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: June 19, 2008 | SCOTT N. SCHOOLS<br>United States Attorney<br>JOANN W. SWANSON |

Dated: June 19, 2008

SCOTT N. SCHOOLS
United States Attorney
JOANN W. SWANSON
Chief, Civil Division
EDWARD A. OLSEN
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA  94102

GREG KATSAS
United States Department of Justice
Acting Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Assistant Director, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation, District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044

By: _____/s/_____
JEFFREY S. ROBINS

Attorneys for Defendants

5

## **ORDER**

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that the hearing on Defendants' Motion to Dismiss in part, to Remand in part, and to Strike in part Plaintiffs' Third Amended Complaint will be continued to July 17, 2008.

SO ORDERED.

Dated: June 20, 2008

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Julia Harumi Mass, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that today I served true and correct copies of the STIPULATION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS AND [PROPOSED] ORDER by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

1  I declare under penalty of perjury under the laws of the State of California that the above
2  is true and correct.

4  Dated: June 19, 2008
         San Francisco, California

                                             _____/s/_____
6                                            JULIA HARUMI MASS