# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-16443                    U.S. District Court Case No. 07-CV-3455-WHA

Short Case Title   Ahmadi, et al. v. Chertoff, et al.

Date Notice of Appeal Filed by Clerk of District Court   06/13/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/11/07 | Sahar McVickar | Motion to Dismiss |
| 04/24/08 | Kathy Wyatt | Motion for Class Certification, etc. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

(attach additional page for designations if necessary)

[ ]   I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[X]   As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[ ]   As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

Cecillia D. Wang
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA  94111

Date Transcript Ordered 6/23/08

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

## CERTIFICATE OF SERVICE

I, Jessica Paz-Cedillos, declare as follows:

I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court at whose direction the following service was made. I am over the age of eighteen years and am not a party to the within action. My business address is the American Civil Liberties Union Foundation, Immigrants' Rights Project, 39 Drumm Street, San Francisco, CA 94111.

On this day, I served one copy of the foregoing **Transcript Designation and Ordering Form** by U.S. mail, first-class, postage pre-paid, addressed to the following:

Jeffrey S. Robins
United States Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, D.C. 20044

I declare under penalty of perjury that the above is true and correct.

Date: June 24, 2008
San Francisco, California

_____
Jessica Paz-Cedillos