CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,<br><br>            Plaintiffs-Petitioners,<br><br>     v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>            Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**DECLARATION OF CECILLIA D. WANG IN SUPPORT OF PLAINITFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART**<br><br>Judge:      Hon. William H. Alsup<br>Date:       July 17, 2008<br>Time:       8:00 a.m.<br>Courtroom: 9, 19th Floor |

1

1 | Additional counsel:

2 | JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
3 | AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING*
7 | JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone: (415) 896-1701
Facsimile: (415) 896-1702
10 |
*Application for admission pro hac vice forthcoming
11 |

12 | Of counsel:

13 | TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14 |    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
15 | Santa Clara, CA 95054
Telephone: (408) 986-9874
16 | Facsimile: (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

I, Cecillia D. Wang, hereby declare under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of California and a member in good standing of the Bar of this Court.  I am one of the counsel for Plaintiffs in this matter.  I make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss in Part, Remand in Part, and Strike in Part Plaintiffs' Third Amended Complaint.

2. On March 13, 2008, Plaintiffs filed a Motion for Leave to File Third Amended Complaint for purposes of adding new putative class representatives.  Plaintiffs attached to the motion a copy of the proposed Third Amended Complaint, which identified new plaintiffs Biren Shah, Amir Sayed and Mieke Vandewalle-Callinan.

3. On March 14, 2008, counsel for Defendants contacted me by electronic mail and requested the A-numbers (*i.e.*, CIS's alien identification numbers) for each of the three new proposed plaintiffs "so that [Defendants] can request the status of their cases and be prepared to respond if and when your Motion to Amend is granted."

4. On March 17, 2008, I responded to defense counsel's request and provided the A-numbers of proposed plaintiffs Biren Shah, Amir Sayed and Mieke Vandewalle-Callinan by electronic mail.  A true and correct copy of the electronic mail exchange between me and counsel for Defendants on March 14 and 17, 2008, with content relating to settlement discussions redacted, is attached hereto as Exhibit A.

5. On May 15, 2008, pursuant to the Court's order granting Plaintiffs' Motion for Leave to file a Third Amended Complaint, Plaintiffs Amir Sayed, Biren Shah and Mieke Vandewalle-Callinan filed the Third Amended Complaint.

6. On or about May 19, 2008, plaintiff Biren Shah informed me that he had received a letter dated May 15, 2008, from U.S. Citizenship and Immigration Services ("CIS").  The letter stated that his naturalization application was approved as of May 15, 2008.  CIS had sent the May 15 letter directly to Mr. Shah, a represented party, without sending a copy to me or other plaintiffs' counsel.  I have reviewed a copy of the May 15, 2008 letter from CIS to Mr. Shah.

7. Through the course of this litigation, CIS has approved the naturalization applications of 13 plaintiffs including Mr. Shah.  To my knowledge, CIS has never sent to any of the other plaintiffs in this case any letter like the May 15, 2008, letter to Mr. Shah.  Instead, CIS has always sent a Notice of Naturalization Oath Ceremony as the sole notification that a naturalization application has been approved.

8. On May 27, 2008, I received a copy of a demand dated May 16, 2008, from CIS to plaintiff Amir Sayed for a Record of Sworn Statement, consisting of various questions seeking updated information relating to his naturalization application.  In same envelope, I received a copy of a demand from CIS to Mr. Sayed informing him that his fingerprints had "expired" and instructing him to appear at a CIS application support center for re-fingerprinting.

9. On June 10, 2008, I transmitted to Defendants' counsel Mr. Sayed's completed Record of Sworn Statement and proof that Mr. Sayed appeared for re-fingerprinting at a CIS application support center on May 30, 2008.

10. On June 25, 2008, I spoke with counsel for the Defendants to follow up on previous attempts to reach a stipulated resolution of the claims in the Third Amended Complaint.  Counsel reported that Defendants were unwilling to agree to a stipulation for dismissal that contains the same language as in previous stipulations for dismissal filed in this case.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on June 26, 2008 in San Francisco, California.

_____/s/_____
CECILLIA D. WANG

4

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing DECLARATION OF CECILLIA D. WANG IN SUPPORT OF PLAINITFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that today I served true and correct copies of the DECLARATION OF CECILLIA D. WANG IN SUPPORT OF PLAINITFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART by U.S. Mail on the following non-ECF filers:

DECLARATION OF CECILLIA D. WANG
NO. 07-CV-3455-WHA

1

2   Sin Yen Ling                        Todd Gallinger
    Asian Law Caucus                    Council on American-Islamic Relations
3   939 Market Street, Suite 201        3000 Scott Boulevard, Suite 212
    San Francisco, CA 94103             Santa Clara, CA 95054
4

5
    I declare under penalty of perjury under the laws of the State of California that the above
6
is true and correct.
7

8  Dated:  June 26, 2008
           San Francisco, California
9

10                                              _____/s/_____
                                                CECILLIA D. WANG
11

6