# Exhibit A

## Cecillia Wang

**From:** Cecillia Wang [cwang@aclu.org]
**Sent:** Monday, March 17, 2008 10:52 AM
**To:** 'Robins, Jeffrey (CIV)'; 'Stevens, Elizabeth (CIV)'; 'Olsen, Edward (USACAN)'; 'Julia Mass (E-mail)'; 'Sin Yen Ling (E-mail)'; 'Todd Gallinger (E-mail)'
**Subject:** RE: Status of March 26th Settlement Conference and Other Matters

Dear Jeff,

The A-numbers for the three proposed new plaintiffs are as follows:

Amir Sayed, A78-064-514
Biren Shah, A76-373-283
Mieke Vandewalle-Callinan, A71-929-120

**SETTLEMENT DISCUSSIONS REDACTED**

Best regards,

Cecillia

---

**From:** Robins, Jeffrey (CIV) [mailto:Jeffrey.Robins@usdoj.gov]
**Sent:** Friday, March 14, 2008 3:22 PM
**To:** Cecillia Wang; Stevens, Elizabeth (CIV); Olsen, Edward (USACAN); Julia Mass (E-mail); Sin Yen Ling (E-mail); Todd Gallinger (E-mail)
**Subject:** Status of March 26th Settlement Conference and Other Matters

Cecillia,

Betty and I just tried to reach Julia or you by phone, but you were both unavailable.

First, I wanted to take the opportunity to formally request the A Numbers of the newly named Plaintiffs, so that we can request the status of their cases and be prepared to respond if and when your Motion to Amend is granted.

### SETTLEMENT DISCUSSIONS REDACTED

Sincerely,

Jeff Robins

Jeffrey S. Robins
(202) 616-1246

---

**From:** Cecillia Wang [mailto:cwang@aclu.org]
**Sent:** Friday, March 14, 2008 1:21 PM
**To:** Stevens, Elizabeth (CIV); Robins, Jeffrey (CIV); Olsen, Edward (USACAN); 'Julia Mass (E-mail)'; 'Sin Yen Ling (E-mail)'; 'Todd Gallinger (E-mail)'
**Subject:** renoticing motion for leave to file amended complaint

Dear Counsel,

I just received a call from Judge Alsup's deputy. He is not available for motions on April 17, and has requested that Plaintiffs re-notice yesterday's motion for leave to file a third amended complaint for hearing on April 24. We will file the requested amended notice of motion today.

Best regards,
Cecillia

6/24/2008

Cecillia D. Wang
Senior Staff Attorney
ACLU Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
tel: (415) 343-0775
fax: (415) 395-0950
email: cwang@aclu.org

This e-mail message is intended only for the named recipient(s) above, and may contain information that is confidential or privileged. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

6/24/2008