CECILLIA D. WANG (CSB #187782)
LUCAS GUTTENTAG (CSB #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email: CWang@aclu.org

Attorneys for Plaintiffs-Petitioners
*Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,<br><br>Plaintiffs-Petitioners,<br><br>v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants-Respondents. | Case No. 07-CV-3455-WHA<br><br>**DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF PLAINITFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART**<br><br>Judge:     Hon. William H. Alsup<br>Date:      July 17, 2008<br>Time:      8:00 a.m.<br>Courtroom: 9, 19th Floor |

1

Additional counsel:

JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
Facsimile: (415) 255-8437

SIN YEN LING*
JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702

*Application for admission pro hac vice forthcoming

Of counsel:

TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
   (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone:  (408) 986-9874
Facsimile:  (408) 986-9875

I, Julia Harumi Mass, hereby declare under penalty of perjury as follows:

1. I am an attorney admitted to practice in the State of California and a member of good standing of the Bar of this Court. I am one of the counsel for Plaintiffs in this matter. I make this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss in Part, Remand in Part, and Strike in Part Plaintiffs' Third Amended Complaint.

2. Defendants filed their Motion to Dismiss in Part, Remand in Part, and Strike in Part Plaintiffs' Third Amended Complaint ("Motion to Dismiss") on May 30, 2008 and noticed the Motion for a hearing date of July 10, 2008.

3. On or about June 10, 2008, I spoke to counsel for Defendants regarding the Motion to Dismiss. I asked counsel if the government would agree to a stipulation for voluntary dismissal of the Third Amended Complaint, similar to those the parties have previously filed for other plaintiffs in this action. Counsel for Defendants suggested that counsel for Plaintiffs draft a proposed stipulation and send it to him for Defendants' review.

4. On or about June 16, 2008, I sent a proposed stipulation for dismissal of the Third Amended Complaint by electronic mail to counsel for Defendants. Consistent with previous stipulations filed by the parties in this case, Plaintiffs' proposal was that that the stipulation should provide for dismissal contingent upon the government's *grant* of the naturalization applications of Plaintiffs Sayed and Vandewalle-Callinan within 30 days contingent upon their continued eligibility for naturalization.

5. Due to computer problems at my office, I did not receive defense counsel's electronic mail response when he sent it. I telephoned him on or about June 17, 2008 and learned that Defendants had rejected our proposed stipulation. Defendants counterproposed that the government would stipulate only to adjudicating, not granting, the applications within 30 days, and that in the event of any failure to adjudicate, plaintiffs Sayed and Vandewalle-Callinan could refile their claims under § 1447(b). Defendants also proposed that Plaintiffs agree not to seek attorneys' fees and costs.

3

6. In a telephone conversation on June 18, 2008, I mentioned to counsel for Defendants that as to plaintiff Biren Shah, Plaintiffs were uncomfortable dismissing his claim without further assurance as to a date certain for his naturalization oath ceremony. Although U.S. Citizenship and Immigration Services ("CIS") had notified Mr. Shah directly by letter dated May 15, 2008 that his naturalization application had been approved as of that date, CIS had not sent him a Notice of Naturalization Oath Ceremony, as it previously had for other plaintiffs in this case.

7. Counsel for Defendants and I exchanged further electronic mail, draft stipulations, and telephone calls but we were unable to reach a resolution. I suggested we use the same language the parties had used in the stipulated dismissal for former plaintiffs Mikulicic, Petrovic, Taky and Wang, filed February 20, 2008. Counsel for defendants recommended language that would require Plaintiffs to exhaust administrative appeals and file a new action under 8 U.S.C. § 1421(c) if CIS denied their naturalization applications. Plaintiffs insisted and Defendants refused to allow the Court to regain jurisdiction in the event that Defendant CIS did not grant (as opposed to adjudicate) the naturalization applications of Plaintiffs Sayed and Vanderwalle-Callinan.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on June 26, 2008 in San Francisco, California.


_____/s/_____
JULIA HARUMI MASS

4

DECLARATION OF JULIA HARUMI MASS
CASE NO. 07-CV-3455-WHA

6. In a telephone conversation on June 18, 2008, I mentioned to counsel for Defendants that as to plaintiff Biren Shah, Plaintiffs were uncomfortable dismissing his claim without further assurance as to a date certain for his naturalization oath ceremony. Although U.S. Citizenship and Immigration Services ("CIS") had notified Mr. Shah directly by letter dated May 15, 2008 that his naturalization application had been approved as of that date, CIS had not sent him a Notice of Naturalization Oath Ceremony, as it previously had for other plaintiffs in this case.

7. Counsel for Defendants and I exchanged further electronic mail, draft stipulations, and telephone calls but we were unable to reach a resolution. I suggested we use the same language the parties had used in the stipulated dismissal for former plaintiffs Mikulicic, Petrovic, Taky and Wang, filed February 20, 2008. Counsel for defendants recommended language that would require Plaintiffs to exhaust administrative appeals and file a new action under 8 U.S.C. § 1421(c) if CIS denied their naturalization applications. Plaintiffs insisted and Defendants refused to allow the Court to regain jurisdiction in the event that Defendant CIS did not grant (as opposed to adjudicate) the naturalization applications of Plaintiffs Sayed and Vanderwalle-Callinan.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Executed on June 26, 2008 in San Francisco, California.

_____/s/_____
JULIA HARUMI MASS

4

DECLARATION OF JULIA HARUMI MASS
CASE NO. 07-CV-3455-WHA

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF PLAINITFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that today I served true and correct copies of the DECLARATION OF JULIA HARUMI MASS IN SUPPORT OF PLAINITFFS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART by U.S. Mail on the following non-ECF filers:

5

| | |
|---|---|
| Sin Yen Ling | Todd Gallinger |
| Asian Law Caucus | Council on American-Islamic Relations |
| 939 Market Street, Suite 201 | 3000 Scott Boulevard, Suite 212 |
| San Francisco, CA 94103 | Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated:  June 26, 2008
San Francisco, California

_____/s/_____
CECILLIA D. WANG