1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,

Plaintiffs-Petitioners,

v.

MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,

Defendants-Respondents.

Case No. 07-CV-3455-WHA

**DECLARATION OF BIREN SHAH IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART**

1

2  Additional counsel:

3  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
4  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
5  39 Drumm Street
   San Francisco, CA 94111
6  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
7
   SIN YEN LING*
8  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
9  939 Market Street, Suite 201
   San Francisco, CA 94103
10 Telephone: (415) 896-1701
   Facsimile: (415) 896-1702
11
   *Application for admission pro hac vice forthcoming
12

13 Of counsel:

14 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
15     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
16 Santa Clara, CA 95054
   Telephone: (408) 986-9874
17 Facsimile: (408) 986-9875

18

19

20

21

22

23

24

25

26

27

28

I, Biren Shah, hereby declare under penalty of perjury as follows:

1. I am a plaintiff in the above-captioned matter.

2. On or about May 17, 2008, I received a letter dated May 15, 2008 and postmarked May 16, 2008, from Francis Siciliano of U.S. Citizenship and Immigration Services. Mr. Siciliano's letter stated that my application for naturalization was approved on May 15, 2008. A true and correct copy of the letter is attached hereto as Exhibit A.

3. On or about June 21, 2008, I received a Notice of Naturalization Oath Ceremony from U.S. Citizenship and Immigration Services. The envelope containing the notice was postmarked June 19, 2008. A true and correct copy of the notice is attached hereto as Exhibit B.

I hereby declare that the foregoing is true and accurate under penalty of perjury pursuant to 28 U.S.C. § 1746.

Dated: June 26, 2008
San Jose, California

_____
BIREN SHAH

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing DECLARATION OF BIREN SHAH IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *aschlosser@aclunc.org* |
| Joren Lyons<br>Asian Law Caucus | *Via ECF*<br>at *joren@asianlawcaucus.org* |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | *Via ECF*<br>at *lguttentag@aclu.org* |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | *Via ECF*<br>at *jmass@aclunc.org* |
| Edward A. Olsen<br>United States Attorney's Office | *Via ECF*<br>at *edward.olsen@usdoj.gov* |
| Elizabeth J. Stevens<br>United States Department of Justice | *Via ECF*<br>at *elizabeth.stevens@usdoj.gov* |
| Jeffrey S. Robins<br>United States Department of Justice | *Via ECF*<br>at *jeffrey.robins@usdoj.gov* |

In addition, I hereby certify that on this 15th day of May 2008, true and correct copies of the DECLARATION OF BIREN SHAH IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AUTHORITIES IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS IN PART, TO REMAND IN PART, AND TO STRIKE IN PART were served by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above

1  is true and correct.

2  Dated: June 26, 2008
            San Francisco, California

                                               _____/s/_____
                                               CECILLIA D. WANG