# Exhibit A

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services
1887 Monterey Highway
San Jose, CA 95112



U.S. Citizenship
and Immigration
Services

Date: May 15, 2008

A file #: A 76 373 283

Biren Shah
4291 Norwalk Drive, #V206
San Jose, CA 95129

Dear Mr. Shah,

Your application for naturalization was approved on May 15, 2008. You will be notified in a separate notice when and where to report for the Oath Ceremony. Please bring your permanent resident card to your scheduled Oath Ceremony. If you change your address, please notify USCIS of your new address.

Sincerely,

Francis Siciliano
Field Office Director