# Exhibit B

☐ Reentry Permit  ☒ I-551/I-151  ☒ 316(a)  ☐ 319(a)  ☐ 50/20;55/15  ☐ I-215 in file

**U.S. Department of Justice**
Immigration and Naturalization Service
Oath Ceremony

OMB No. 1115-0062
Notice of Naturalization

1887 Monterey HWY.
San Jose, CA. 95112

AR __A76373283__
Dat __June 18, 2008__

BIREN VIPINCHANDRA SHAH

4291 NORWALK DR # v206

SAN JOSE, CA 95129

You are hereby notified to appear for a Naturalization Oath Ceremony on: __Thursday July 24, 2008__

At **U.S. DEPARTMENT OF HOMELAND SECURITY
CITIZENSHIP AND IMMIGRATION SERVICES
CAMPBELL HERITAGE THEATRE
1 WEST CAMPBELL AVENUE
CAMPBELL, CA 95008**

Please report promptly at __1:00__ P.M.   __FRONT ENTRANCE__

Allow a minimum of four (4) hours for processing and Final Hearing Ceremony.

You must bring the following with you:

☒ This letter, WITH ALL OF THE QUESTIONS ON THE OTHER SIDE ANSWERED IN INK OR ON A TYPEWRITER.
☒ Alien Registration Card.
☒ Reentry Permit, or Refugee Travel Document
☒ Any Immigration documents you may have.
☐ Other

Proper attire should be worn.

If you cannot come to this ceremony, return this notice immediately and state why you cannot appear. In such case, you will be sent another notice of ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

**NOTE:** Please, answer the questions on the back of this form. These questions refer to actions since the date you were firs interviewed. They *do not* refer to anything that happened *before* that interview

(SEE OTHER SIDE)

Form N-445 (Rev. 01/08/92)

In connection with your application for naturalization, please **answer each of the questions by checking "Yes" or "No".** You should answer these questions the day you are to appear for the citizenship oath ceremony. These questions refer to actions since the date you were first interviewed on your <u>Application for Naturalization</u>. They do not refer to anything that happened before that interview.

After you have answered every question, sign your name and fill in the date and place of signing, and provide your current address.

You must bring this completed questionnaire with you to the oath ceremony, as well as the documents indicated on the front, and give them to the Immigration employee at the oath ceremony. You may be questioned further on your answers at that time.

| AFTER the date you were first interviewed on your Application for Naturalization, Form N-400: | ANSWERS |
|---|---|
| 1. Have you married, or been widowed, separated, or divorced? (If "Yes" Please bring documented proof of marriage, death, separation or | 1. ☐ Yes ☐ No |
| 2. Have you traveled outside the United States? | 2. ☐ Yes ☐ No |
| 3. Have you knowingly committed any crime or offense, for which, you have not been arrested; or have you been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any | 3. ☐ Yes ☐ No |
| 4. Have you joined any organization, including the Communist Party, or become associated or connected therewith in any way? | 4. ☐ Yes ☐ No |
| 5. Have you claimed exemption from military service? | 5. ☐ Yes ☐ No |
| 6. Has there been any change in your willingness to bear arms on behalf of the United States; to perform non-combatant service in the armed forces of the United States; to perform work of national importance under civilian direction, if the law requires it? | 6. ☐ Yes ☐ No |
| 7. Have you practiced polygamy; received income from illegal gambling; been a prostitute, procured anyone for prostitution or been involved in any other unlawful commercialized vice; encourage or helped any alien to enter the United States illegally; illicitly trafficked in drugs or marihuana; given any false testimony to obtain | 7. ☐ Yes ☐ No |

I certify that each of the answers shown above were made by me or at my direction, and that they are true and correct.

Signed _____   On _____
         City and State                        Date

_____        _____
      Full Signature              Full Address and ZIP Code

Authority for collection of the information requested on Form N-445 is contained in Sections 101(f), 316, 332, and 336 of the Immigration and Nationality Act (8 U.S.C. 1101(f), 1427, 1443, 1446, and 1447). Submission of the information is voluntary. The principal purposes for requesting the information are to enable examiners of the Immigration and Naturalization Service to determine an applicant's eligibility for naturalization. The information

requested may, as a matter of routine use, be disclosed to naturalization courts and to other federal, state, local or foreign law enforcement and regulatory agencies, the Department of Defense, including any component thereof, the Selective Service System, the Department of State, the Department of the Treasury, the Department of Transportation, Central Intelligence Agency, Interpol and individuals and organizations in the processing of any application for naturalization, or during the course of investigation to elicit further information required by the Immigration and Naturalization Service to carry out its functions. Information solicited which indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, may be referred, as a routine use, to the appropriate agency, whether federal, state, local or foreign, charged with the responsibility of investigating, enforcing or prosecuting such violations. Failure to provide all or any of the required information may result in a denial of the application for Naturalization.

Public Reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or aspect of this collection of information, including suggestions for reducing this burden to: US Department of Justice, Immigration and Naturalization Service, (Room 5304), Washington, DC 20536; and to the Office of Management and Budget, Paperwork Reduction Project: OMB No 1115-0052, Washington, DC 20503.

*U.S. GPO: 1992-312-328/51138