1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN,<br><br>        Plaintiffs-Petitioners,<br><br>    v.<br><br>MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; ALBERTO GONZALES, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>        Defendants-Respondents. | Case No.  07-CV-3455-WHA<br><br>**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS IN PART, REMAND IN PART, AND STRIKE IN PART PLAINTIFFS' THIRD AMENDED COMPLAINT; [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF BIREN SHAH'S CLAIMS**<br><br>Judge:  Hon. William H. Alsup |

1 | Additional counsel:

2 | JULIA HARUMI MASS (CSB #189649)
ALAN L. SCHLOSSER (CSB #49957)
3 | AMERICAN CIVIL LIBERTIES UNION
      FOUNDATION OF NORTHERN CALIFORNIA
4 | 39 Drumm Street
San Francisco, CA 94111
5 | Telephone: (415) 621-2493
Facsimile: (415) 255-8437
6 |
SIN YEN LING*
7 | JOREN LYONS (CSB #203403)
ASIAN LAW CAUCUS
8 | 939 Market Street, Suite 201
San Francisco, CA 94103
9 | Telephone:  (415) 896-1701
Facsimile:  (415) 896-1702
10 |
*Application for admission pro hac vice forthcoming
11 |

12 | Of counsel:

13 | TODD GALLINGER (CSB #238666)
COUNCIL ON AMERICAN-ISLAMIC RELATIONS
14 |    (CAIR) – SAN FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
15 | Santa Clara, CA 95054
Telephone:  (408) 986-9874
16 | Facsimile:  (408) 986-9875

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE MOTION TO DISMISS IN PART, REMAND IN PART, AND STRIKE IN PART;
[PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF BIREN SHAH'S CLAIMS
07-CV-3455-WHA

## ORDER

Having considered the parties' briefing, evidence, and arguments, the Court hereby ORDERS as follows:

It is ORDERED that Defendants' Motion to Dismiss in Part, Remand in Part, and Strike in Part Plaintiffs' Third Amended Complaint is DENIED.

It is further ORDERED that upon the request of Plaintiffs, the claims of Plaintiff Biren Shah are DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further ORDERED that Counts Two and Three of the Third Amended Complaint are DISMISSED without prejudice, on the ground that Defendants have represented that the FBI has completed the FBI name checks of all Plaintiffs, and thus any relief sought under Counts Two and Three are no longer necessary.

SO ORDERED.

Dated: July _____, 2008

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS IN PART, REMAND IN PART, AND STRIKE IN PART PLAINTIFFS' THIRD AMENDED COMPLAINT; [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF BIREN SHAH'S CLAIMS with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | Via ECF<br>at aschlosser@aclunc.org |
| Joren Lyons<br>Asian Law Caucus | Via ECF<br>at joren@asianlawcaucus.org |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | Via ECF<br>at lguttentag@aclu.org |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | Via ECF<br>at jmass@aclunc.org |
| Edward A. Olsen<br>United States Attorney's Office | Via ECF<br>at edward.olsen@usdoj.gov |
| Elizabeth J. Stevens<br>United States Department of Justice | Via ECF<br>at elizabeth.stevens@usdoj.gov |
| Jeffrey S. Robins<br>United States Department of Justice | Via ECF<br>at jeffrey.robins@usdoj.gov |

In addition, I hereby certify that today I served true and correct copies of the [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO DISMISS IN PART, REMAND IN PART, AND STRIKE IN PART PLAINTIFFS' THIRD AMENDED COMPLAINT; [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF PLAINTIFF BIREN SHAH'S CLAIMS by U.S. Mail on the following counsel not registered for ECF:

| | |
|---|---|
| Sin Yen Ling | Todd Gallinger |
| Asian Law Caucus | Council on American-Islamic Relations |
| 939 Market Street, Suite 201 | 3000 Scott Boulevard, Suite 212 |
| San Francisco, CA 94103 | Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: June 26, 2008
San Francisco, California

_____/s/_____
CECILLIA D. WANG