# EXHIBIT 1

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6915
        FAX: (415) 436-6927
7
   GREGORY G. KATSAS
8  United States Department of Justice
   Assistant Attorney General, Civil Division
9  ELIZABETH J. STEVENS VSBN 47445
   Assistant Director, District Court Section
10 Office of Immigration Litigation
   JEFFREY S. ROBINS NY SBN 4355244
11 Trial Attorney, District Court Section

12      P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
13      Telephone: (202) 616-1246
        FAX: (202) 305-7000
14
   Attorneys for Defendants
15

16                        UNITED STATES DISTRICT COURT

17                       NORTHERN DISTRICT OF CALIFORNIA

18                              SAN FRANCISCO DIVISION

19 AMIR SAYED, et al.,                    )   No. C-07-3455-WHA
                                          )
20            Plaintiffs,                 )
                                          )
21       v.                               )
                                          )   SECOND DECLARATION OF
22 MICHAEL CHERTOFF, et al.,              )   RANDALL RICKS
                                          )
23                                        )
              Defendants.                 )
24 _____ )

25

26

27

28

I, Randall Ricks, do hereby declare and say:

1. I am employed by the United States Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), formerly known as the Immigration and Naturalization Service ("INS"). I am employed as a Senior Adjudications officer at the San Francisco District Office, in the Citizenship Branch of the Adjudications Unit which oversees the adjudication of applications for Naturalization. I have been employed by the Department of Homeland Security (formerly Department of Justice), since May 26, 1998. During that time I have worked as an adjudications officer, supervisory adjudications officer, and senior adjudications officer.

2. I make this declaration based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

3. The record reflects that Mieke Vandewalle-Callinan filed her N-400 Application for Naturalization on January 27, 2004. An FBI name check was initiated on March 5, 2004. USCIS did not request the FBI to expedite the name check. USCIS remains prepared to adjudicate Plaintiff Vandewalle-Callinan's naturalization application.

4. The record reflects that Amir Sayed filed his N-400 Application for Naturalization on June 14, 2004. An FBI name check was initiated on June 30, 2004. USCIS did not request the FBI to expedite the name check. Having received Plaintiff Sayed's affidavit regarding his activities since his interview on February 7, 2005, and having received and processed his fingerprints, USCIS is now prepared to adjudicate Plaintiff Sayed's naturalization application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July, 2008 at San Francisco, California.

Randall Ricks
Senior Adjudications Officer

Second Declaration of Randall Ricks
C-07-3455-WHA                                            2