# EXHIBIT 2

JOSEPH P. RUSSONIELLO
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

GREGORY G. KATSAS
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS VSBN 47445
Assistant Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS NY SBN 4355244
Trial Attorney, District Court Section

    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 616-1246
    FAX: (202) 305-7000

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMIR SAYED, et al., | No. C-07-3455-WHA |
|     Plaintiffs, | |
|     v. | DECLARATION OF TED QUIZON |
| MICHAEL CHERTOFF, et al., | |
|     Defendants. | |

Declaration of Ted Quizon
C-07-3455-WHA

I, Ted Quizon, do hereby declare and say:

1. I am employed by the United States Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), formerly known as the Immigration and Naturalization Service ("INS"). I am employed as a Senior Adjudications officer at the San Jose District Office, in the Citizenship Branch of the Adjudications Unit which oversees the adjudication of applications for Naturalization. I have been employed by the Department of Homeland Security (formerly Department of Justice), since August 25, 1991. During that time I have worked as an immigration inspector, adjudications officer, supervisory adjudications officer, and senior adjudications officer.

2. I make this declaration based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

3. Attached as Exhibit A is a true and correct copy of a printout of a status report on Plaintiff Shah's naturalization application from the Claims IV database – the U.S. Citizenship and Immigration Services database that tracks information on naturalization applications. The printout has been redacted to remove personal information and law enforcement sensitive information. The times, reflected in Eastern Daylight Time, indicate that Plaintiff Shah's naturalization application was approved on May 15, 2008, and that the approval was entered into the Claims database on May 15, 2008, at 1:09 p.m. Eastern Daylight Time / 10:09 a.m. Pacific Daylight Time.

4. In naturalization cases where litigation is involved, and where USCIS has determined to grant a naturalization application, it is the practice of the San Jose District Office to issue a letter regarding the approval prior to the issuance of a notice to appear for an oath ceremony. This practice ensures that the applicant is notified of the approval of their application at the earliest possible moment. Such letters are issued to the applicant and any attorney of record who has filed a Form G-28, Notice of Entry of Appearance as Attorney or Representative.

5. In accordance with this practice, Mr. Shah was issued a letter notifying him of the approval of his naturalization application on May 15, 2008. Because no attorney had entered an

appearance by filing a Form G-28, no attorneys were sent copies of the approval letter. In a notice dated June 18, 2008, Mr. Shah was subsequently scheduled for an oath ceremony on July 24, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of July, 2008 at San Francisco, California.

Ted Quizon
Senior Adjudications Officer

# EXHIBIT A

## Case Status
Application ID: WSC*001082716     Form Number: N400

```
Case Information                                                    Attorney Information
Alien Number: A-076 373 283   Mailroom Dt: 02/06/2004 05:00:00 AM    Attorney Name: no data
Applicant Name: SHAH, BIREN                                          Attorney State License #: no data
Mailing Address: [REDACTED]                                          USCIS Attorney #: no data
Current USCIS Location: CALIFORNIA SERVICE CENTER                    VOLAG #: no data
Naturalization Date: no data                                         Address:
DOB: [REDACTED]
Payment:
ID: WSC$001171471    Status: no data    Fee Amount: $310

CIS Match Information
Name: SHAH, BIREN V    DOB: [REDACTED]    COB: INDIA    FCO: NSC    Last Updated: 02/18/2004
```

| Date | Result | User | Modified Date | Modified Result | Modified User |
|---|---|---|---|---|---|
| [REDACTED] | | [REDACTED] | | | |

| Date | Result | User | Modified Date | Modified Result | Modified User |
|---|---|---|---|---|---|
| [REDACTED] | | [REDACTED] | [REDACTED] | [REDACTED] | SFR5005A |

### Status

| User ID | Description | Status | State Date | Expected Start | Expected Expire |
|---|---|---|---|---|---|
| WkFlow | Print the Naturalization Certificate | Inactive | 06/18/2008 | 06/18/2008 | 06/18/2008 |
| WkFlow | Naturalization Oath Ceremony | Inactive | 06/18/2008 | 07/24/2008 | 07/25/2008 |

### History

| User ID | Description | Date/Time | End Condition |
|---|---|---|---|
| WkFlow | Produce Oath Ceremony Notice | 06/24/2008 04:10 AM | NtSent |
| COW7780A | Schedule Oath Ceremony | 06/18/2008 04:51 PM | Sched |
| COW7686A | Request for Oath Ceremony | 05/19/2008 09:48 AM | PlacedInQ |
| SFR7982A | Reverify Prior Grant | 05/15/2008 03:30 PM | OK |
| SFR5005A | Request to ship NATS A-file | 05/15/2008 01:09 PM | OK |
| SFR5005A | Ship NATS A-file | 05/15/2008 01:09 PM | |
| SFR5005A | Adjudication Decision | 05/15/2008 01:09 PM | Approve |