**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: July 17, 2008

Case No.  C07-3455 WHA

Title: Amir Sayed v. Chertoff

Plaintiff Attorneys:    Cecilla Wang, Julia Mass

Defense Attorneys:    Jeffrey Robins, Edward Olsen

Deputy Clerk: Frank Justiliano

Court Reporter: Katherine Wyatt

**PROCEEDINGS**

1)    Dfts' Motion to Dismiss, to Remand, and Strike - Held.

2)  

**ORDERED AFTER HEARING:**

The Court takes the matter under submission.