1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   GREGORY G. KATSAS
8  United States Department of Justice
   Assistant Attorney General, Civil Division
9  ELIZABETH J. STEVENS VSBN 47445
   Assistant Director, District Court Section
10 Office of Immigration Litigation
   JEFFREY S. ROBINS NY SBN 4355244
11 Trial Attorney, District Court Section

12     P.O. Box 868, Ben Franklin Station
       Washington, D.C. 20044
13     Telephone: (202) 616-1246
       FAX: (202) 305-7000
14
   Attorneys for Defendants
15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION

19 AMIR SAYED, et al.,                )  No. C-07-3455-WHA
                                      )
20         Plaintiffs,                )
                                      )
21     v.                             )
                                      )  STATUS REPORT
22 MICHAEL CHERTOFF, et al.,          )
                                      )
23                                    )
           Defendants.                )
24 _____    )

25

26

27

28

Status Report
C-07-3455-WHA

Case 3:07-cv-03455-WHA   Document 99   Filed 07/30/2008   Page 2 of 3

1  Defendants Michael Chertoff, Robert S. Mueller III, Michael Mukasey, Jonathan Scharfen,
2  and David Still (collectively "Defendants"), by and through their undersigned counsel, hereby file
3  this Status Report, which confirms Defendant USCIS's compliance with the instructions
4  accompanying this Court's remand order of July 18, 2008.  The N-400 naturalization applications
5  of Mieke Vandewalle-Callinan and Amir Sayed were adjudicated, and approved, by USCIS on July
6  21, 2008.  *See* Declaration of Richard Valeika ("Exhibit 1") at ¶ 3.  Both Ms. Vandewalle-Callinan
7  and Mr. Sayed have been scheduled for the oath of citizenship ceremony on August 12, 2008.  *Id.*
8  Accordingly, Defendants respectfully submit that the Defendants complied with the Court's
9  July 18, 2008, Order, and the matter may be closed.

11 Respectfully submitted,

13                                         JOSEPH P. RUSSONIELLO
                                          United States Attorney
14                                         JOANN M. SWANSON
                                          Assistant United States Attorney
15                                         Chief, Civil Division
                                          EDWARD A. OLSEN
16                                         Assistant United States Attorney

18                                         GREGORY G. KATSAS
                                          United States Department of Justice
                                          Assistant Attorney General, Civil Division
19                                         ELIZABETH J. STEVENS
                                          Assistant Director, District Court Section
20                                         Office of Immigration Litigation

21 Dated: July 30, 2008          By:     /s/  Jeffrey S. Robins
                                          JEFFREY S. ROBINS
22                                         Trial Attorney, District Court Section
                                          Office of Immigration Litigation

Status Report
C-07-3455-WHA                            2

**CERTIFICATE OF SERVICE**

Case No. C-07-3455-WHA

I hereby certify that on this 30th day of July 2008, one copy of the foregoing Status Report was served on counsel for Plaintiffs via the district court ECF system which will send notification of such filing to the following ECF filers:

Julia Harumi Mass
jmass@aclu.org
Alan L. Schlosser
aschlosser@aclu.org
Cecillia D. Wang
cwang@aclu.org
ACLU Foundation of Northern California
Lucas Guttentag
lguttentag@aclu.org
ACLU Immigrants' Rights Project
Christopher Joren Lyons
joren@asianlawcaucus.org
Asian Law Caucus
Edward A. Olsen
edward.olsen@usdoj.gov
United States Attorney's Office
Elizabeth J. Stevens
Elizabeth.Stevens@usdoj.gov
Department of Justice, Office of Immigration Litigation

In addition, I hereby certify that on this 31st day of July 2008, true and correct copies of the Status Report were served by Federal Express next-day delivery on the following non-ECF filers:

Sin Yen Ling                                Todd Gallinger
Asian Law Caucus                            Council on American-Islamic Relations (CAIR)
939 Market Street, Suite 201                3000 Scott Boulevard, Suite 212
San Francisco, CA 94103                     Santa Clara, CA 95054

　　　　　　　　　　　　　　　　　　　　　　/S/   Jeffrey S. Robins
　　　　　　　　　　　　　　　　　　　　JEFFREY S. ROBINS
　　　　　　　　　　　　　　　　　　　　Trial Attorney, District Court Section
　　　　　　　　　　　　　　　　　　　　Office of Immigration Litigation
　　　　　　　　　　　　　　　　　　　　Civil Division
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Post Office Box 868, Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044