# EXHIBIT 1

1  JOSEPH P. RUSSONIELLO
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102
6       Telephone: (415) 436-6915
        FAX: (415) 436-6927
7
   GREGORY G. KATSAS
8  United States Department of Justice
   Assistant Attorney General, Civil Division
9  ELIZABETH J. STEVENS VSBN 47445
   Assistant Director, District Court Section
10 Office of Immigration Litigation
   JEFFREY S. ROBINS NY SBN 4355244
11 Trial Attorney, District Court Section

12      P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
13      Telephone: (202) 616-1246
        FAX: (202) 305-7000
14
   Attorneys for Defendants
15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19 AMIR SAYED, et al.,                  )  No. C-07-3455-WHA
                                        )
20              Plaintiffs,             )
                                        )
21         v.                           )
                                        )
22 MICHAEL CHERTOFF, et al.,            )  DECLARATION OF
                                        )  RICHARD VALEIKA
23                                      )
                Defendants.             )
24 _____  )

25

26

27

28

Declaration of Richard Valeika
C-07-3455-WHA

I, Richard Valeika, do hereby declare and say:

1.    I am employed by the United States Department of Homeland Security ("DHS"), U.S. Citizenship and Immigration Services ("USCIS"), formerly known as the Immigration and Naturalization Service ("INS"). I am employed as a Naturalization Section Chief at the San Francisco District Office, in the Citizenship Branch of the Adjudications Unit which oversees the adjudication of applications for Naturalization. I have been employed by the Department of Homeland Security (formerly Department of Justice), since May 12, 1996. During that time I have worked as an adjudications officer and a supervisory adjudications officer.

2.    I make this declaration based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

3.    The record reflects that the N-400 naturalization applications of Mieke Vandewalle-Callinan and Amir Sayed were adjudicated, and approved, by USCIS on July 21, 2008. Both Ms. Vandewalle-Callinan and Mr. Sayed have been scheduled for the oath of citizenship ceremony on August 12, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of July, 2008 at San Francisco, California.

Richard Valeika
Section Chief