IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SAYED, BIREN SHAH, and MIEKE VANDEWALLE-CALLINAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>MICHAEL CHERTOFF, United States Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, United States Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, United States Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>    Defendants. | No. C 07-03455 WHA<br><br>**ORDER CLOSING CASE** |

Pursuant to the order dated July 18, 2008, this matter was remanded to the USCIS with the instruction that the agency adjudicate the naturalization applications of plaintiffs Sayed and Vandewalle-Callinan by August 1, 2008, with a hard deadline of August 18, 2008. Once the naturalization applications had been adjudicated, defendants were ordered to file an affidavit with the Court demonstrating compliance. Since then, defendants have filed such an affidavit stating that their naturalization applications have been adjudicated and approved by USCIS on July 21, 2008. They have been scheduled for the oath of citizenship ceremony on August 12, 2008. Accordingly, the clerk **SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: August 4, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE