**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SAYED, BIREN SHAH, and MIEKE VANDEWALLE-CALLINAN,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL CHERTOFF, United States Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, United States Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, United States Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District,<br><br>Defendants. | No. C 07-03455 WHA<br><br>**REQUEST FOR STIPULATED FORM OF FINAL JUDGMENT** |

The parties are requested to submit a stipulated proposed form of judgment by **AUGUST 28, 2008.**

**IT IS SO ORDERED.**

Dated:  August 21, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE