1  CECILLIA D. WANG (CSB #187782)
   LUCAS GUTTENTAG (CSB #90208)
2  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   Telephone: (415) 343-0775
5  Facsimile: (415) 395-0950
   Email: CWang@aclu.org
6
   Attorneys for Plaintiffs-Petitioners
7  *Additional counsel listed on following page

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | AMIR SAYED, BIREN SHAH and MIEKE VANDEWALLE-CALLINAN, |
14 | Plaintiffs-Petitioners, | Case No. 07-CV-3455-WHA
15 | v. |
16 | MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; ROBERT S. MUELLER III, Director of the Federal Bureau of Investigation; MICHAEL MUKASEY, Attorney General of the United States; JONATHAN SCHARFEN, Acting Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; DAVID STILL, District Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District, | **STIPULATED PROPOSED FORM OF FINAL JUDGMENT**

Judge:   Hon. William H. Alsup
17 |
18 |
19 |
20 |
21 |
22 | Defendants-Respondents. |

1

2  Additional counsel:

3  JULIA HARUMI MASS (CSB #189649)
   ALAN L. SCHLOSSER (CSB #49957)
4  AMERICAN CIVIL LIBERTIES UNION
       FOUNDATION OF NORTHERN CALIFORNIA
5  39 Drumm Street
   San Francisco, CA 94111
6  Telephone: (415) 621-2493
   Facsimile: (415) 255-8437
7
   SIN YEN LING*
8  JOREN LYONS (CSB #203403)
   ASIAN LAW CAUCUS
9  939 Market Street, Suite 201
   San Francisco, CA 94103
10 Telephone:  (415) 896-1701
   Facsimile:  (415) 896-1702
11
   *Application for admission pro hac vice forthcoming
12

13 Of counsel:

14 TODD GALLINGER (CSB #238666)
   COUNCIL ON AMERICAN-ISLAMIC RELATIONS
15     (CAIR) – SAN FRANCISCO BAY AREA
   3000 Scott Boulevard, Suite 212
16 Santa Clara, CA 95054
   Telephone:  (408) 986-9874
17 Facsimile:  (408) 986-9875

18

19

20

21

22

23

24

25

26

27

28

Pursuant to the Court's Request for a Stipulated Form of Final Judgment dated August 21, 2008, which followed Plaintiffs' August 18, 2008 letter requesting the entry of a final judgment, the parties jointly submit the attached proposed form of final judgment pursuant to Federal Rule of Civil Procedure 58.

Dated: August 28, 2008                              Respectfully submitted,

CECILLIA D. WANG
LUCAS GUTTENTAG
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111

JULIA HARUMI MASS
ALAN L. SCHLOSSER
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA
39 Drumm Street
San Francisco, CA 94111

SIN YEN LING*
JOREN LYONS
ASIAN LAW CAUCUS
939 Market Street, Suite 201
San Francisco, CA 94103
Telephone: (415) 896-1701
Facsimile: (415) 896-1702
* Application for admission pro hac vice forthcoming

TODD GALLINGER
Of Counsel
COUNCIL ON AMERICAN-ISLAMIC
    RELATIONS (CAIR) – SAN
FRANCISCO BAY AREA
3000 Scott Boulevard, Suite 212
Santa Clara, CA 95054
Telephone: (408) 986-9874
Facsimile: (408) 986-9875

By: _____/s/_____
       CECILLIA D. WANG

Attorneys for Plaintiffs

| | | |
|---|---|---|
| 1 | Dated: August 28, 2008 | JOSEPH P. RUSSONIELLO |
| | | United States Attorney |
| 2 | | JOANN W. SWANSON |
| | | Chief, Civil Division |
| 3 | | EDWARD A. OLSEN |
| | | Assistant United States Attorney |
| 4 | | 450 Golden Gate Avenue, Box 36055 |
| | | San Francisco, CA  94102 |

PETER D. KEISLER
United States Department of Justice
Assistant Attorney General, Civil Division
ELIZABETH J. STEVENS
Senior Litigation Counsel, Office of Immigration Litigation
JEFFREY S. ROBINS
Trial Attorney, Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C.  20044

By:  _____/s/_____
     JEFFREY S. ROBINS

Attorneys for Defendants

## [PROPOSED] FINAL JUDGMENT

On July 18, 2008, the Court issued an Order: (1) Granting Plaintiff's Request for Voluntary Dismissal; (2) Granting in Part Defendants' Motion to Remand; and (3) Granting Plaintiff's Request to Dismiss Second and Third Claims as Moot.

Accordingly, final judgment is hereby entered in this matter as follows: Pursuant to the Order: (1) Granting Plaintiff's Request for Voluntary Dismissal; (2) Granting in Part Defendants' Motion to Remand; and (3) Granting Plaintiff's Request to Dismiss Second and Third Claims as Moot dated July 18, 2008, final judgment is entered in accordance with the Court's order in favor of plaintiffs Sayed and Vandewalle-Callinan on their individual claims under 8 U.S.C. § 1447(b) (Count One of the Third Amended Complaint).

This final judgment disposes of all outstanding issues and claims raised by all parties before this Court.

IT IS SO ORDERED.

Dated: August ____, 2008

_____
HON. WILLIAM H. ALSUP
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, Cecillia D. Wang, declare as follows:

I hereby certify that today I electronically filed the foregoing STIPULATED PROPOSED FORM OF FINAL JUDGMENT with the Clerk of the Court using the ECF system, which will send notification of such filing to the following email addresses:

| | |
|---|---|
| Alan Lawrence Schlosser<br>American Civil Liberties Union<br>  Foundation of Northern California | Via ECF<br>at aschlosser@aclunc.org |
| Joren Lyons<br>Asian Law Caucus | Via ECF<br>at joren@asianlawcaucus.org |
| Lucas Guttentag<br>American Civil Liberties Union<br>  Immigrants' Rights Project | Via ECF<br>at lguttentag@aclu.org |
| Julia Harumi Mass<br>American Civil Liberties Union<br>  Foundation of Northern California | Via ECF<br>at jmass@aclunc.org |
| Edward A. Olsen<br>United States Attorney's Office | Via ECF<br>at edward.olsen@usdoj.gov |
| Elizabeth J. Stevens<br>United States Department of Justice | Via ECF<br>at elizabeth.stevens@usdoj.gov |
| Jeffrey S. Robins<br>United States Department of Justice | Via ECF<br>at jeffrey.robins@usdoj.gov |

In addition, I hereby certify that today I served true and correct copies of the STIPULATED PROPOSED FORM OF FINAL JUDGMENT by U.S. Mail on the following non-ECF filers:

| | |
|---|---|
| Sin Yen Ling<br>Asian Law Caucus<br>939 Market Street, Suite 201<br>San Francisco, CA 94103 | Todd Gallinger<br>Council on American-Islamic Relations<br>3000 Scott Boulevard, Suite 212<br>Santa Clara, CA 95054 |

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Dated: August 28, 2008
       San Francisco, California

_____/s/_____
CECILLIA D. WANG