Cecillia D. Wang (Csb #187782)
Lucas Guttentag (Csb #90208)
AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 343-0775
Facsimile: (415) 395-0950
Email:         CWang@aclu.org

Amitai Schwartz (CSB #55187)
Moira Feeney (CSB #233279)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:   (510) 597-0957
attorneys@schwartzlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMIR SAYED, et al., | No. 07-CV-3455-WHA |
| Plaintiffs-Petitioners, | |
| v. | NOTICE OF ASSOCIATION OF COUNSEL |
| MICHAEL CHERTOFF, U.S. Secretary of Homeland Security; , et al., | |
| Defendants-Respondents. | |

TO THE CLERK AND COUNSEL OF RECORD HEREIN:

　　　PLEASE TAKE NOTICE that plaintiffs and counsel for plaintiffs, hereby associate

Notice of Association of Counsel
Sayed v. Chertoff
No. 07-CV-3455 WHA                    1

Amitai Schwartz, State Bar No. 55187
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone: (510) 597-1775
Facsimile: (510) 597-0957
attorneys@schwartzlaw.com

as special counsel for plaintiffs for the purpose of pursuing claims for an award of attorneys' fees and expenses in this action.

Dated: August 26, 2008          /s/ Cecillia Wang
                                Cecillia D. Wang
                                Attorney for Plaintiff

The above association of counsel is accepted.

Dated: August 27, 2008          /s/ Amitai Schwartz
                                Amitai Schwartz
                                Attorney for Plaintiff